SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br><br>    Plaintiff,<br><br>    v.<br><br>1. Dennis Mahon<br>   (Counts 1,2,3)<br><br>2. Daniel Mahon<br>   (Count 1)<br><br>    Defendants. | NO.<br><br>**I N D I C T M E N T**<br><br>CR 09 0712 PHX DGC ECV<br><br>VIO:  18 U.S.C. §§ 844(n), 844(i)<br>(Conspiracy to Damage Buildings<br>and Property by Means of<br>Explosive)<br>Count 1<br><br>18 U.S.C. § 844(i)<br>(Malicious Damage of Building by<br>Means of Explosive)<br>Count 2<br><br>18 U.S.C. § 842(p)(2)(A)<br>(Distribution of Information<br>Related to Explosives)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

From on or about September 26, 2003 to on or about January 5, 2009, in the District of Arizona and elsewhere, defendants DENNIS MAHON and DANIEL MAHON and others known and unknown to the grand jury did knowingly and unlawfully combine, conspire, confederate and agree together to maliciously damage and destroy by means of fire and explosives, buildings and other real property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

//

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to promote racial discord on behalf of the "White Aryan Resistance"(WAR) by damaging and destroying buildings, facilities and real property of both the government and businesses whose activities defendants believed conflicted with their goals. Defendants also conspired to teach the tactics of terrorism with the intent that others commit violent acts on behalf of WAR.

## MANNER AND MEANS OF THE CONSPIRACY

1) It was part of the conspiracy that one or more of the conspirators build and deliver an explosive device to the City of Scottsdale Office of Diversity and Dialogue.

2) It was further part of the conspiracy that one or more of the conspirators teach an individual how to build a package containing a pipe bomb.

3) It was further part of the conspiracy that one or more of the conspirators send to others training materials on the production of and use of explosives, techniques to avoid detection by law enforcement, and methods to commit domestic terrorism.

## OVERT ACTS OF THE CONSPIRACY

In furtherance of the conspiracy, and to effect the illegal objects thereof, one or more of the conspirators knowingly performed one or more overt acts, in the District of Arizona and elsewhere within the United States, including but not limited to the following:

1) On or about September 26, 2003, DENNIS MAHON, using the telephone of DANIEL MAHON, called the City of Scottsdale Office of Diversity and Dialogue office, and left a voice message stating that "the White Aryan Resistance is growing in Scottsdale. There's a few white people who are standing up."

2) On or about February 21, 2004, DENNIS MAHON participated in the construction of a bomb, disguised in a cardboard box made to appear as a parcel package, that was delivered to the City of Scottsdale Civic Center Library. The label on the box was addressed to Donald Logan, Office of Diversity & Dialogue. The bomb did in fact explode on February 26, 2004

when Donald Logan opened the box. Donald Logan and Renita Linyard suffered personal injuries as result of the explosion.

3) On or about January 29, 2005, DANIEL MAHON discussed with an individual how to plan for criminal activity, how to dress to avoid detection by law enforcement, and how to blow-up a vehicle by releasing a phosphorus compound into its gas tank.

4) On or about February 1, 2005, DENNIS MAHON taught an individual how to blow-up a house using simple tools and a propane tank. As part of this instruction, DENNIS MAHON told this person to avoid detection by always wearing gloves when building or placing a bomb.

5) On or about February 2, 2005, DENNIS MAHON taught another individual how to construct a package pipe bomb that would use a 9-volt battery, black powder, an electric match and other components. DENNIS MAHON instructed the individual that a victim might survive a package bomb containing only black powder but that a "pipe bomb will kill him."

6) On or about February 4, 2005, DENNIS MAHON and DANIEL MAHON planned a trip to a gun show in Catoosa, Oklahoma for the purpose of purchasing periodicals and components related to bomb-making, including books, gun powder, an electric match, and a fuse.

7) On or about February 5, 2005, DENNIS MAHON and DANIEL MAHON traveled to a gun show for the purpose of acquiring bomb-related materials. DENNIS MAHON and DANIEL MAHON discussed measures to avoid detection by law enforcement at the gun show, including the necessity to travel separately to the gun show, to wear hats and sunglasses and to split up at the show.

8) On or about February 5, 2005, DENNIS MAHON demonstrated to an individual the assembly of a bomb using a cardboard box, wires, and other components of a pipe bomb. DENNIS MAHON told the individual that the bomb would either kill the victim or injure the victim's fingers and face.

9) On or about April 15, 2005, DENNIS MAHON mailed to an individual in Wickenburg, Arizona, a book titled <u>Forgive? Forget it! Creative Revenge at its Best</u>. In this book, DENNIS

MAHON enclosed an index card with the words "padded envelope," "9x12," and "6x9." The card was enclosed at the chapter of the book explaining how to build "a poor man's mail bomb."

10) On or about May 3, 2005, DENNIS MAHON mailed to an individual in Wickenberg, Arizona, a book titled <u>Poor Man James Bond 2</u>. The book contains numerous chapters explaining the manufacture and use of improvised explosive devices.

11) On or about October 11, 2006, DENNIS MAHON mailed to an individual in Wickenburg, Arizona, a book titled <u>A Manual of Urban Guerilla Warfare, Fighting in the Streets</u>. This book contains several chapters explaining the manufacture and use of improvised explosive devices.

12) On or about October 20, 2007, DENNIS MAHON directed an individual to travel to Missouri for the purpose of learning how to make improvised explosive devices and learn techniques to avoid law enforcement detection.

13) On or about February 13, 2008, DENNIS MAHON directed an individual to conduct violent action on behalf of the movement and show the results to DENNIS MAHON by mailing copies of newspaper articles that would report the violent acts.

14) On or about January 5, 2009, DENNIS MAHON directed an individual to take action against the power grid in Arizona or Texas in the event that leaders of the white resistance, such as himself, were arrested by law enforcement.

All in violation of Title 18 United States Code, Sections 844(n) and 844(i).

## NOTICE OF SPECIAL FINDING

The allegations of Count 1 of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference. With regard to Count 1 of this Indictment, the Grand Jury makes the special finding that Donald Logan and Renita Linyard suffered personal injury as a result of prohibited conduct by defendants.

## COUNT 2

On or about February 26, 2004, in the District of Arizona, defendant DENNIS MAHON did maliciously damage by means of an explosive, a building and real property used in activity affecting interstate and foreign commerce and used in interstate and foreign commerce, namely

the City of Scottsdale Office, Office of Diversity and Dialogue located in Scottsdale, Arizona; that prohibited conduct resulted in personal injury to Donald Logan and Renita Linyard.

In violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 3

From on or about January 29, 2005 up to and including on or about May 15, 2005, in the District of Arizona and elsewhere, defendant DENNIS MAHON taught and demonstrated the making and use of an explosive and destructive device, and distributed information pertaining to in whole and in part the manufacture and use of an explosive and destructive device, in that DENNIS MAHON taught an individual how to blow up a house using simple tools and a propane tank, taught that individual how to construct a package pipe bomb, mailed to that individual in Wickenburg, Arizona, a book titled <u>Forgive? Forget it! Creative Revenge at its Best</u>, and a book titled <u>Poor Man James Bond 2</u>, with the intent that the teaching, demonstration, and information be used for and in furtherance of an activity that constitutes a Federal crime of violence, that is, a violation of Title 18, United States Code, Section 844(d), transportation and attempted transportation in interstate commerce of an explosive for the purpose of killing, injuring, or intimidating an individual and unlawfully damaging and destroying any building, vehicle, or real and personal property.

All in violation of Title 18, United States Code, Sections 842(p)(2)(A).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 16, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona


s/
JOHN BOYLE
MICHAEL T. MORRISSEY
Assistant U.S. Attorneys

5