**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR09-712-01 PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Dennis Mahon (01), | |
| Defendant. | |

Defendant Dennis Mahon has filed two motions for disclosure. Dkt. ##154, 205. The motions will be denied.

Defendant's first motion, filed on December 21, 2009 (Dkt. #154), is moot. In the Case Management Order issued on January 25, 2010 (Dkt. #193), the Court required defense counsel to file a motion seeking to compel discovery from the government by February 5, 2010 (*id.* ¶ 1). That motion was to address "only those specific issues on which Defendants and the government are unable to reach agreement." *Id.* Counsel for Dennis Mahon complied with the order, filing a motion for Rule 16 disclosure on February 5 (Dkt #205). The Court will address this motion below, and will deny the first motion for disclosure (Dkt. #154) as moot.

In his motion for Rule 16 disclosure, Defendant states that, on December 18, 2009, he presented the government with "a list of 34 items requested but not yet disclosed to the defense." Dkt. #205 at 1. Defendant claims that the primary items in dispute are numbers 22-28 and 33 listed in the December 18 letter. *Id.* at 2. The government construes

1  Defendant's motion as a request for items 1-3 of the letter. Dkt. # 241 at 2. Defendant does not clarify this issue in his reply brief. Dkt. #246.

Neither side has provided the Court with a copy of the December 18 letter. The Court is unable from the parties' briefing to identify the issues that require the Court's ruling. The parties appear to be engaged in ongoing efforts to resolve discovery disputes. *See* Dkt. ##241 at 2, 246 at 1. The Court therefore will deny the motion for Rule 16 disclosure without prejudice.

**IT IS ORDERED:**

1. Defendant Dennis Mahon's motion to disclose confidential informant and *Brady* information (Dkt. #154) is **denied** as moot.

2. Defendant Dennis Mahon's motion for Rule 16 disclosure (Dkt. #205) is **denied** without prejudice.

Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to commence on December 21, 2009 for a total of 96 days.

DATED this 26th day of March, 2010.

David G. Campbell
United States District Judge