# Exhibit F

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

———————————

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                           )<br>            Plaintiff, )<br>                           )<br>         vs.            )<br>                           )<br>DENNIS MAHON, et al.,    )<br>                           )<br>            Defendants. )<br>———————————————————————————) | No. CR-09-712-PHX-DGC |

Phoenix, Arizona
May 25, 2001

TRANSCRIPT OF PROCEEDINGS
Taped Interview of DENNIS MAHON

Transcript Prepared for:
FEDERAL PUBLIC DEFENDER'S OFFICE
Deborah L. Williams, Esq.
Of Counsel

COPPERSTATE REPORTING SERVICE
Court Reporters
12601 North 59th Place, Suite 100
Scottsdale, Arizona 85254-4312
(602) 795-5515

Transcribed by:  Michael Vacca

1    MR. GOYETTE:  All right.  This is the

2 Charles Goyette Show on 550, KFYI.  And we invited

3 our -- our guest in.  He's been identified as a leader

4 of the White Aryan Resistance.  His name is Dennis

5 Mahon.

6    I have been reading about Dennis Mahon at

7 least for about four years.  He was interviewed and

8 reported on in the Secret Life of Bill Clinton, the

9 Uneported Stories.  And he is here with us in studio on

10 550, KFYI.

11    I like to -- I'm a little different talk

12 show host, Dennis, than other guys, so I like to start

13 out -- I mean, we'll get to all the meaty, juicy stuff

14 and stuff like that.  But I always like to start out

15 someplace different if that's okay.

16    MR. MAHON:  Sounds good to me.

17    MR. GOYETTE:  All right.

18    First of all, you know, we -- let me put

19 this to you this way.

20    If I met you in a line to renew my

21 driver's license, I wouldn't think, by looking at you,

22 that you were a particularly hateful guy.

23    Are you a particularly hateful guy?

24    MR. MAHON:  Oh, no.  Not really.  I --

25 there's always a time to hate.  Actually, I have a good

1  time.  I love good comedies.  I love fishing.  I -- I

2  love good music.  I like to laugh.  And I really am a

3  lover.  I love my race and my heritage.

4          And because I love my race and my heritage

5  and my culture, I -- I do hate the people who are out

6  to destroy my race and my heritage.

7          MR. GOYETTE:  Okay.  Then, well, let me

8  just tell you this.  I mean, we -- we let people say a

9  lot of things on this show, and a lot of them go

10  unremarked and sometimes we challenge some of them.

11          Well, you've heard the program.

12          MR. MAHON:  Great programs.

13          MR. GOYETTE:  Well, thank you.

14          But the other thing is that we don't --

15  I -- I don't want people to come on and -- and -- I

16  don't like to hurt people.  You know?

17          I'm not threatening you like I'm going to

18  hurt you or something, but --

19          MR. MAHON:  Oh, you -- I'm -- go ahead.

20          MR. GOYETTE:  No.  But I don't want -- I

21  don't want -- I don't want you to use any words or

22  terms that are designed to inflict pain on anybody

23  listening to this program.

24          MR. MAHON:  No.  I don't -- I don't use

25  racial slurs.

1    MR. GOYETTE:  You don't?

2    MR. MAHON:  Except for politicians,

3  usually, and corporate leaders.

4    MR. GOYETTE:  Okay.  But we don't want any

5  of that on this show, because I -- you know, I don't

6  let people use vulgar language, and I don't want to

7  use --

8    MR. MAHON:  No, I don't --

9    MR. GOYETTE:  Okay.

10    MR. MAHON:  I don't use vulgar language.

11  That's one of the reasons I got out of the Klan.  I

12  quit the Klan because most Klansmen use vulgar

13  language.

14    MR. GOYETTE:  Okay.  So where were you

15  raised?  Tell me about your parents.

16    MR. MAHON:  Well, I was raised in northern

17  Illinois, outside Chicago.

18    And my father's Irish, and my mother's

19  German.  We were raised out in the country.  And a

20  normal childhood.  My parents are still together.

21    I was able to develop an interest in

22  aviation at about five years of age, which I've kept my

23  whole life.

24    MR. GOYETTE:  Yeah.  You worked for a long

25  time for airlines, what, in mechanics and stuff?

1    MR. MAHON:  Yes.  I was an aircraft

2  mechanic, and I also flew my own private airplane.

3    Unfortunately, when you stand up for

4  politically incorrect things like I did, unfortunately

5  you pay the price.  And that is usually loss of --

6  usually loss of career, which entails loss of home and

7  family and so forth.

8    MR. GOYETTE:  What kind of education do

9  you have?

10    MR. MAHON:  I'm a college graduate with

11  some post-college.

12    MR. GOYETTE:  What -- what college?

13    MR. MAHON:  Rock Valley College, Miami

14  Dade College in Miami, Florida.  And I've had some

15  aviation courses and other college --

16    MR. GOYETTE:  Who are you?

17    MR. MAHON:  What?

18    MR. GOYETTE:  No, who are you?  I mean,

19  what are you doing on this planet?  I mean, who are

20  you?  Why are you --

21    MR. MAHON:  Well, most -- let's back up --

22    MR. GOYETTE:  Why do you think all of us

23  are here?  I mean, tell me about God for a minute.

24    MR. MAHON:  I -- I do believe in a supreme

25  being and a creator.  I'm kind of a deist.  I -- I

1  think this is all created, but I think the creator is
2  kind of, like, hands off.
3             MR. GOYETTE:  Mm-mm?
4             MR. MAHON:  Maybe he's in some other part
5  of the universe, creating other parts of the universe.
6  But I really don't think he's involved in the affairs
7  of man.
8             MR. GOYETTE:  Do you think he created some
9  things that are kind of junk and some things that are
10 not junk?
11            MR. MAHON:  Well, I -- I do think that
12 there's -- there's not -- there's no such thing as
13 equality in -- in nature, whether you're talking about
14 the human species or the animal species.
15            But I -- like I say, I don't know all the
16 answers.  Nobody does.  But I think that we should
17 strive to be the best we can.  We should take care of
18 the environment that God or nature gave us, and we
19 should protect our gene pool that -- that God or nature
20 gave us.
21            In other words, we shouldn't destroy our
22 bodies through drugs or alcohol.  We shouldn't mix our
23 blood with other races, because that's against nature.
24 And I think that the white race has been the superior
25 race on this planet until about 30 years ago.

1          MR. GOYETTE:  Starting when, because the
2    white race --
3          MR. MAHON:  We lost ground --
4          MR. GOYETTE:  There were people -- there
5    were white people running around in bearskins when
6    there was civilizations in other parts of the world
7    that were non-white.  Believe me.
8          MR. MAHON:  I don't believe that at all.
9          MR. GOYETTE:  Oh-ho-ho.
10         MR. MAHON:  I believe that -- I believe
11   that the India and -- and Egypt were white.  If you
12   look at the color paintings and the -- and their
13   sphinxes and their -- their pyramids, you'll notice
14   that the -- the leadership of, like, Egypt and India
15   were white.  And you can see that their slaves were
16   dark-skinned, just by looking at the paintings and
17   hieroglyphics and so forth.
18         But whether -- whether or not we did --
19   the white -- the Roman empire, the Greek empire, the
20   Assyrians, they were of the Aryan-type white race.
21         But -- and we were -- we conquered the
22   world at one time.  We were the ones that -- the
23   Phoenicians, we conquered --
24         MR. GOYETTE:  The Phoenicians were Semitic
25   people.

1      MR. MAHON:  Yes.  But that -- they were
2  not a black race.  They were not of the Negro race.
3      MR. GOYETTE:  Oh, so Semitic people are
4  okay with you.
5      MR. MAHON:  Well, if you look at Semitics,
6  the Semitic race, you'll look at the Arabs and the --
7  mostly would be considered Semites, but --
8      MR. GOYETTE:  Were you -- were you ever on
9  the payroll of the Iraqi government?
10      MR. MAHON:  No.  But I got -- I got a lot
11  of finances from the -- the Iraqi friends of mine.  I
12  don't know if they were government agents or not.
13      During the Gulf War, the massacre of the
14  Iraqi nation that we did, I led some protests.  One
15  protest I led in Chicago, Illinois, and we had about
16  250 people show up.  Leftists, including.
17      And I led a protest in Tulsa.  And I video
18  taped that coverage and sent it to the Iraqi
19  intercession in Washington, D.C.
20      MR. GOYETTE:  And they start sending you
21  checks?
22      MR. MAHON:  Yeah.  Well, they start
23  sending cash and money orders.  A couple of hundred
24  dollars a month.  Helped out.
25      MR. GOYETTE:  Yeah.  How do you keep going

1  today?

2           MR. MAHON:  Basically I -- I get a lot of

3  donations from overseas, from Europe, from the Middle

4  East, Canada, and in this country.

5           I do some aviation maintenance on private

6  aircraft; 100 hour inspections, engine changes and so

7  forth.

8           I buy and sell cars.

9           I rob banks.  No.  Just kidding --

10          MR. GOYETTE:  No.  No.  No.

11          MR. MAHON:  A lot of people think I do.

12          But you got to do what it takes to

13  survive.  And I'd like to get back in -- into big

14  aviation, trunk aviation, airlines.  I work -- I love

15  working on the big aircraft.  I worked on 747s,

16  L-1011s, with TWA, and Eastern and so forth.

17          MR. GOYETTE:  Why are you in Arizona?

18  What's this Gilbert and Kingman stuff, and why -- why

19  don't you just stay in Oklahoma where you came from?

20          MR. MAHON:  Well, first of all, Oklahoma

21  is -- I just got tired of the backwardness of that

22  state.  I mean, unfortunately, a people making up to

23  their own sisters there.  I'm sorry.  I'm telling you

24  stuff.

25          One out of four adults in Oklahoma are

1  functionally illiterate.  It's one of the highest dope
2  producing areas in the country.  And it's got the most
3  corrupt government, state government, in the country.
4  You can't go anywhere in Oklahoma without paying all
5  kind of tolls on Interstate 44.
6          I thought -- I was there nine years, and I
7  figured times -- it's time to go.  And I've always
8  liked the Kingman area.  I have a friend that lived
9  there.  I visited there several times.  Mild winters,
10  mild summers, beautiful scenery.  Good hunting, good
11  fishing, places to shoot.  People are -- a lot of
12  freedom-loving people, anti-government people there.
13  And --
14          MR. GOYETTE:  Why -- why Gilbert?
15          MR. MAHON:  Well, Gilbert is -- I don't
16  live in Gilbert.  I -- I have some friends I'm staying
17  with in Gilbert who happen to be Aryan -- White Aryan
18  Resistance associates.  And I'm not recruiting anybody
19  there.  You know.  I don't -- if they want to contact,
20  they can get ahold of Tom Metzger in Fallbrook,
21  California, Box 65.  He's the main leader.  I'm not a
22  leader anymore.
23          But I helped some people in Gilbert pack
24  up some W.A.R. newspapers, which is a pro-white
25  newspaper, and they mail those out to -- to a couple of

1   hundred people in the -- in the Phoenix area, including
2   some city council people.
3           MR. GOYETTE:  You know, I read a story of
4   some guys on the city council out there says, "You
5   know, my wife picked this stuff up -- stuff up and
6   started crying."
7           I mean --
8           MR. MAHON:  Well, she ought to cry,
9   because when you -- when you show people the truth,
10  they're going to cry, because our civilization is going
11  downhill so fast that I don't think we're going to be
12  able to survive another five to ten years.
13          But I've always said this.  The white race
14  has lost more ground than any other race.  We have
15  become more dope addicted, gambling addicted.  We've
16  killed off a generation and-a-half of our children.  We
17  have -- a generation and-a-half have been killed off.
18  There's no workers out there between 20 and 30.
19  They're dead.  And this is why we have to import
20  foreign labor.  There's just nobody out there.
21          MR. GOYETTE:  A lot of times people pick
22  up this White Aryan business in prison.
23          Have you ever been behind bars?
24          MR. MAHON:  Quite a few times.  Yes.
25          MR. GOYETTE:  For what?

1    MR. MAHON:  Assault -- assault and
2  battery, inciting to riot, inciting to overthrow the
3  government of Canada, incitement to riot and overthrow
4  the government of Germany.  And so it's been pretty
5  wild.
6    MR. GOYETTE:  Who do you -- who do you --
7  who do you hate most?
8    MR. MAHON:  I hate most is the corporate
9  leaders and the political leaders of America who are
10  selling out the working class white people of this
11  country; who have allowed abortion to go un --
12  unstopped and without giving incentives to have more
13  children.  And I am very upset with corporate America.
14  They have just sold out not just the white race here,
15  but they're selling out the working class of all the
16  countries.  They don't care about the coolies that work
17  for a dollar a day in China.  They don't care for the
18  Mestizos that work for four dollars a day in Mexico.
19  And they don't care about the working people here.  All
20  they care about is their global plantation and global
21  control.  One world government.
22    And these people are traitors.  They are
23  Satanists.  Use the word there.  They're the most evil
24  people on the face of this -- this earth.
25    And the politicians are controlled by

13

1  them, or at least they -- they rent -- rent the

2  politicians, so the politicians do whatever corporate

3  America says to do.

4          MR. GOYETTE:  Who do you -- who do you

5  like in our national life amongst our elected officials

6  and --

7          MR. MAHON:  James Traficant, who is now

8  being indicted for some kind of a criminal act.

9          MR. GOYETTE:  Doesn't that strike you as

10  odd?

11          MR. MAHON:  Well, I met -- no.  I talked

12  to James Traficant.  He's the only one that tells it

13  like it is.  And he's --

14          MR. GOYETTE:  Is he --

15          MR. MAHON:  He's a democrat, but --

16          MR. GOYETTE:  Is he a race guy like you

17  are?  Is he an Aryan guy?

18          MR. MAHON:  Well, he's -- I don't know.

19  I'm -- first, I'm not an Aryan.  I'm not German.  I'm

20  Celtic.  But I don't know --

21          MR. GOYETTE:  I thought you told me you're

22  half German and half --

23          MR. MAHON:  Well, yeah.  But I think I'm

24  more Irish than German.

25          MR. GOYETTE:  Well, you got two parents.

1   You only get 50-50.  You don't go in thirds.

2              MR. MAHON:  Yeah, but put it this way.

3   Let's just put it this way.  I -- I hung around the

4   Irish side of my family more than the German side.

5              MR. GOYETTE:  Okay.  All right.

6              All right.  Well, let's -- in fact, let's

7   open up the phones and take some -- some telephone

8   calls from Dennis Mahon.  He is here, was Heartland

9   Director of the White Aryan Resistance.  Seems like

10  he's been involved in all of this stuff; kicked out of

11  Canada for neo-Nazi activities, scorned in Germany,

12  defender of Timothy McVeigh.

13             Did you know McVeigh?

14             MR. MAHON:  Yeah.  I met him at a gun show

15  in Tulsa in '93.  I was trying to buy a special bayonet

16  for one of my rifles.  And I had a little talk with

17  him.

18             And he had some Turner Diaries he was

19  selling.  It's a very interesting book to read about a

20  race war and so forth.

21             And --

22             MR. GOYETTE:  Has a scene about blowing up

23  a federal building in it.

24             MR. MAHON:  No, he didn't say anything

25  about that.

1          MR. GOYETTE:  No.  But the book does.  The

2    Turner Diaries.

3          MR. MAHON:  Yes, it does.

4          MR. GOYETTE:  Yeah.

5          MR. MAHON:  But it doesn't show how to do

6    it.

7          But Tim McVeigh -- I didn't know Tim

8    McVeigh was going to bomb a federal building.  He was

9    very upset at Waco.  And I was going to give him a

10   calling card of mine.  I -- I ran out of them.  I guess

11   I was pretty lucky that day.

12         But I've always said that I was glad to

13   see an Aryan man stand up against the great Satan

14   and -- and -- and take it to a federal power center.

15         MR. GOYETTE:  You know, they killed a

16   bunch of people there.

17         MR. MAHON:  Well, I -- here's another

18   thing I said.  I said this dozens of times.

19         It would have been much better if he would

20   have bombed the building at three in the morning as a

21   statement.  You don't run revolutions by killing

22   innocent kids and innocent people.

23         MR. GOYETTE:  You think we need a

24   revolution?

25         MR. MAHON:  Well, we're overdue for it.

1          MR. GOYETTE:  Armed one?

2          MR. MAHON:  If that's what it takes.  I

3  hate the federal government with a perfect hatred.

4  They destroyed me and my family.  Any person -- not

5  just me, but look at black leaders, like Marcus Garvey.

6  Marcus Garvey, and Elijah Muhammad.

7          MR. GOYETTE:  Were you on the payroll of

8  the ATF at any time?  Did they subsidize you in any

9  way?

10          MR. MAHON:  No.  I wouldn't take their

11  money if they -- in fact, they tried to --

12          MR. GOYETTE:  Knowingly?

13          MR. MAHON:  No.

14          MR. GOYETTE:  Did -- were -- did you have

15  a little honey named Carol Howe that was on the payroll

16  of the ATF?

17          MR. MAHON:  Yes.  Yes.  Carol Howe is a

18  debutante, runner-up for Miss Oklahoma, very beautiful.

19  And she contacted me, and --

20          MR. GOYETTE:  Was she on the payroll of

21  the ATF?

22          MR. MAHON:  Yes, she was.

23          MR. GOYETTE:  Is that demon --

24  demonstrated in the record?

25          MR. MAHON:  Yes.

1          MR. GOYETTE:  Yeah.

2          MR. MAHON:  She was a CI-183.

3          MR. GOYETTE:  Were you -- were you casing

4   federal buildings with her?

5          MR. MAHON:  No.  I never did.  I don't

6   understand where she got the story at.

7          She was not just an informant.  She was a

8   provocateur.

9          She tried to get me to make explosives for

10  her.

11         MR. GOYETTE:  Was the ATF giving her

12  explosive devices?

13         MR. MAHON:  No.  I don't know for sure.  I

14  was very suspicious of her pretty quick, because all

15  she could do is talk about blowing up -- killing people

16  and blowing up her enemies and wanting me to help her

17  make some C-4 and pipe bombs and so forth.

18         And she almost entrapped me, because I was

19  in love with her and I wanted to marry her and have

20  children.  But all she wanted to do is make bombs and

21  so forth.

22         And all of a -- they're going to make a

23  movie about her.  She's in -- Colombia pictures has

24  already write up a script, it looks like.

25         MR. GOYETTE:  Where is she today?

1    MR. MAHON:  I believe she's in Culver

2  City, California, helping to make the script for an

3  upcoming movie and book.

4    MR. GOYETTE:  All right.

5    This is News Radio 550 KFYI.  We've got

6  Dennis in studio, Dennis Mahon, White Aryan Resistance

7  guy.

8    We've got a lot to talk about, and we've

9  got some phone lines as well.  You know the number,

10  258-5394.

11    It looks like it's a hotbed of White Aryan

12  activism now.  They're passing out -- passing out, I

13  gather, hate literature.

14    Do you have any of that stuff with you,

15  Dennis?

16    MR. MAHON:  Yes.  I got this right here.

17    MR. GOYETTE:  What is this?

18    MR. MAHON:  It's White Aryan Resistance.

19  It's got a lot of good cartoons in there and videos and

20  so forth.

21    MR. GOYETTE:  Is this a picture of

22  McVeigh?  A hand drawing of McVeigh on the cover?

23    MR. MAHON:  Yeah.

24    MR. GOYETTE:  Is he some kind of --

25    MR. MAHON:  A prisoner.  Yes.

1          MR. GOYETTE:  Is he, like, an icon for you

2    guys?  Is he a --

3          MR. MAHON:  Well, he certainly is a

4    soldier who is -- who stood tall and did not back down

5    at all.  And whether you agree with what he did or not,

6    the man is hanging tough.  And he killed 39 people for

7    our government in Iraq, and he just figured the

8    government kills all these people at Waco, take it to

9    them.

10          You notice since he bombed that building,

11    there's been no more Wacos.  So I guess it worked.

12          MR. GOYETTE:  Well, since Waco, there were

13    no more Wacos.

14          MR. MAHON:  Yeah.  There is a lot of

15    wackos in the federal government, though.

16          MR. GOYETTE:  All right.  Well, Dennis

17    Mahon is here in studio with us.  You got to forgive

18    me.  I used to know somebody by that name, so I

19    pronounce it a little different.

20          MR. MAHON:  Go ahead.  It doesn't matter.

21          MR. GOYETTE:  Mahon, though, is the way

22    you --

23          MR. MAHON:  That's fine.

24          MR. GOYETTE:  -- pronounce it.  Right?

25          MR. MAHON:  Yeah.

1              MR. GOYETTE:  All right.  Our telephone

2    number is 258-KFYI, 258-5394.

3              Jim in Mesa.

4              Hi, Jim.

5              CALLER JIM:  Hi, Charles.  How are you?

6              MR. GOYETTE:  Good, sir.

7              CALLER JIM:  Hello, Dennis.

8              MR. MAHON:  Hello, there.

9              CALLER JIM:  Say, you know -- you know

10   when -- years ago, the country was not separated so

11   much in terms of races.  I mean, the black people

12   were -- you know, like, take -- take, for instance,

13   Harlem was a thriving community with black businesses.

14              MR. MAHON:  Yes, it was.

15              CALLER JIM:  They did not need any federal

16   aid.

17              But I think all this -- the Great -- the

18   Great Society to where everybody's on, you know, trying

19   to get a piece of the federal pie, and it has

20   created -- and I think the last eight years have been

21   the worst.  I think they have tried to divide America.

22              MR. GOYETTE:  Dennis?

23              MR. MAHON:  Yes.  Well, the -- the country

24   has always been slightly divided.  But with the

25   liberals and their guilt trip handing out the

1    taxpayers' money, have done more damage.

2              I'm a separatist.  I believe that we work

3    better if we are separated.

4              But with liberalism and with the welfare

5    system, it has definitely destroyed the black

6    community, caused a lot of white resistance.  Like you

7    say, during the '30s and '40s, Harlem was private.  And

8    just in -- the black illegitimacy rate was very low.

9    And now it's, like, six out of -- seven out of ten

10   black babies are born illegitimately.

11             So you're right, it's done a lot of

12   damage.  Liberalism and white -- the white guilt trip

13   have done a tremendous amount of damage to the black

14   community.

15             MR. GOYETTE:  Here's Mark in Mesa, 550

16   KFYI.

17             Mark?

18             CALLER MARK:  Hi, there.

19             You know, I'm kind of tired of everybody

20   with this whole thing about race.  We're all these

21   human race.  We're all human beings.  My flesh is one

22   color.  Somebody's flesh is another color.  It doesn't

23   matter.  We're all human beings, and we all have the

24   same kind of blood.

25             Why doesn't everybody understand that?

1    MR. MAHON:  Well, birds have the same
2    blood, too.  And so do dogs and cats.  But we don't
3    breed with them.
4         Here's the problem.
5         MR. GOYETTE:  Wait.  Wait.  Wait.
6         MR. MAHON:  Here's the problem -- here's
7    the problem I have with that.  Here's the problem I
8    have with that.
9         We're all the same.  Right?  Then why is
10   it that everybody in South America and Africa want to
11   come to America?  Why can't they get their act
12   together?
13        MR. GOYETTE:  Well, you're kind of
14   wandering a little far afield there.
15        Look.  I -- I agree with Mark in Mesa.  I
16   am so tired of hearing about race.  And you guys
17   just -- it's all race, race, race.
18        MR. MAHON:  Well, it's race because --
19        MR. GOYETTE:  It's race, race, race.
20        MR. MAHON:  Well, let's -- let's look at
21   this.
22        MR. GOYETTE:  Every issue, race, race,
23   race, race, race.
24        MR. MAHON:  Well, you're born with two
25   things, Charles.  You're born with two things that make

1   you what you are:  Your race and -- and your gender.

2              And -- and if you look at the -- the

3   Mestizos of Mexico and South America, they certainly

4   believe in racism.  They -- they hang together.

5              The blacks certainly hang together.

6              But the only race that's not allowed to

7   have pride and hang together is the white race.  That's

8   Nazism and everything else.

9              You can't -- you just can't deny racial

10  differences.  Every race, like, wants to control a

11  certain area.  It's just nature.  They -- they want to

12  control that area because they feel more at least if

13  they do control that area.  And that's -- that's why

14  the Mexicans want to take the southwest back.  That's

15  just the way it is.

16              MR. GOYETTE:  Yeah, but -- but you want

17  Kingman.

18              MR. MAHON:  All I want's ten acres there.

19                   (Intermission)

20              MR. GOYETTE:  We have got the former

21  Imperial Dragon of the KKK here in studio, Heartland

22  Director of the White Aryan Resistance, and we've got a

23  telephone line available, 258-KFYI.  We'll go back to

24  the phones.

25              Are you going to be followed -- I mean,

1   are there going to be a bunch of guys dubbed White --

2   White Aryan Resistance guys out here in Arizona now?

3   Are you, like, the -- leading the insurgency here?

4               MR. MAHON:  No.

5               MR. GOYETTE:  Are you going to be the

6   Oklahoma of the future?

7               MR. MAHON:  No.  I hope not.  I hope no

8   federal buildings get blown up here.  I hope not.  I

9   definitely hope not.

10              I'm retired from the Klan and W.A.R.

11  I'm --

12              MR. GOYETTE:  Then why are you here on

13  this show.  See?  It doesn't make any sense.

14              MR. MAHON:  Because I want to -- I want --

15              MR. GOYETTE:  You want to lay low, but you

16  want to tell your story.

17              MR. MAHON:  No.  I want to set the record

18  straight.  This is the only way I can do it.

19              They said I'm going to -- I'm targeting

20  Arizona.  I'm -- I'm leading a big movement in Gilbert,

21  and I'm not.

22              Now, if -- if -- if these associates,

23  these pro-white patriots in -- in Gilbert want to go

24  ahead and organize and get big, that's up to them.  But

25  I can't be involved in it.

1          Financially, mentally, physically, I

2  don't -- after 22 years of this, I've had enough of it.

3  I've -- I'll always be a white separatist

4  anti-government, anti-tax, anti-immigration, but I'm

5  not ever going to be out there in the streets, heading

6  marches and --

7          MR. GOYETTE:  Then maybe you shouldn't be

8  going on radio shows, Dennis.

9          MR. MAHON:  I'm going to go on this radio

10 show because this is the only way I can set the record

11 straight.  I'm not here targeting.  I'm moving to

12 Kingman to retire.

13         MR. GOYETTE:  How are you going to support

14 yourself up there, by the way, selling this kind of

15 stuff?

16         MR. MAHON:  I never had to sell that.

17 I've always given those away.

18         No.  I've got ways to make a living.  I

19 wear many hats and many disguises.  There's no problem.

20 I can make a living.

21         MR. GOYETTE:  Doing what?

22         MR. MAHON:  Whatever it takes.

23         MR. GOYETTE:  All right.  Well, I -- I

24 have to tell you, I don't know what the big brouhaha

25 is.  I mean, you're not -- I don't think -- you know,

1    I'm trying to be kind, but you're not particularly

2    persuasive, or you haven't been on this radio show for

3    30 minutes.  You haven't persuaded anybody I don't

4    think about your philosophy.  I mean --

5              MR. MAHON:  Oh, I've -- I've got different

6    (indiscernible) people.  A lot of people.

7              Why do you think we have these gated

8    communities here?  There's a lot of racism in this

9    area.  Everybody wants to get away from the brown flood

10   of Spanish-speaking Mestizos.  There's very few blacks

11   here.  There's maybe a couple -- I mean, the Mestizos

12   are completely overwhelming the blacks.  But whites

13   want to be by themselves.  They want -- they feel more

14   at ease being by themselves.

15             MR. GOYETTE:  Well, look.  Look.  Dennis,

16   let's do this.

17             You want to be by yourself.  You want to

18   be in Hayden Lake or Idaho, or you want to be -- you

19   want to be in Kingman.  Fine.  You go to Kingman.

20   There are a lot of people.  Look around this town.

21   There are a lot of people that don't.

22             You see people -- there are -- there are

23   people of different races that date one another, that

24   marry one another.  They have children together.  They

25   have --

1          MR. MAHON:  That's -- that's -- they can
2  do that, but --
3          MR. GOYETTE:  They have perfectly happy
4  lives.  So you go live -- you go live with people that
5  think like you and --
6          MR. MAHON:  Well, let me tell you
7  something.  I had a lot of friends and a lot of cops in
8  Tulsa agree with me.  But let me tell you something.
9          You look at a neighborhood that is highly
10 Hispanic, or Mestizos; graffiti, trash.  You know,
11 whites just want to live in Gilbert and areas of Tempe
12 where they don't have to have illegal aliens on street
13 corners trying to get jobs, where they can live -- live
14 with low crime.  And this is really --
15         MR. GOYETTE:  Everybody wants to live with
16 low crime.  Everybody wants to live with clean streets.
17 Everybody does.  It doesn't matter what the race --
18 everybody wants to be prosperous.
19         MR. MAHON:  Look at Apache Junction.  I
20 mean, it's almost all white.  They're -- they're trying
21 to get away from the brown flood.  And if they're
22 honest, they'll tell you that.  And there's nothing
23 wrong with that.  They should not be considered evil
24 for that.
25         If you look at Jesse Jackson and Al

1  Sharpton, they're black activists for years.  Jesse

2  Jackson used to brag about spitting in white people's

3  food.  And Al Sharpton and Jesse Jackson are considered

4  civil rights leaders; prestigious.  They get money from

5  the government.  But they're not called civil Nazis.

6  They don't get set up by the BATF and FBI.  They don't

7  have -- lose their careers and so forth.

8              Why aren't they called black Nazis and

9  racists, like -- because they are racists.  They stand

10 up for black people.

11             MR. GOYETTE:  Well, let's go --

12             MR. MAHON:  Yeah.

13             MR. GOYETTE:  Let's go to the phones.

14             550-KFYI.  Here's Debbie in Mesa.

15             Hi, Debbie.

16             CALLER DEBBIE:  Hey, listen.  I just

17 turned this on about 20 minutes ago.

18             Oh, I'm so mad just listening to this guy,

19 and don't let him interrupt me.

20             I got --

21             MR. MAHON:  I won't.

22             CALLER DEBBIE:  I got to tell you, he is

23 totally in the same category as Louis Farrakhan, Jesse

24 Jackson.  It takes guys like him, guys like Jackson,

25 guys like Farrakhan, to keep everybody hating

1  everybody. Because you know what? They don't know how
2  to make a living doing anything else. They have
3  nothing better to do than make people hate people.
4          And one -- one thing I -- I just -- I just
5  have to say this. I don't care what color anybody is.
6  You know, my grandmothers both came from Norway. I
7  have a grandfather from Germany, a grandfather from
8  we're not sure where. And I've got brown eyes, a
9  little bit of dark skin. So I've got all these blond,
10 blue-eyed grandmothers, et cetera, et cetera. It
11 definitely categorizes me as white. But I'll tell you
12 what. No matter what that quarter is -- and nobody
13 will talk about it -- so to be honest, it could be
14 Indian, it could be Hispanic. Lord only knows.
15 They've buried it, and this just goes back several
16 generations.
17          I -- I just don't get what the deal is.
18          But another thing, this African-American
19 stuff I have to say one thing, and it's separate from
20 this guy. What is it? I don't run around, or my
21 mother didn't run around saying she was
22 Norwegian-American. Or my grandfather didn't run
23 around saying he was German-American.
24          We're Americans. All of us are just
25 Americans. And you know what? Unless our country

1  wants to end up in some huge civil war, killing each

2  other between the Hispanics and the black people and

3  the Indians, we really just need to come together as a

4  nation, and that's it.

5         But you know what?  People like this guy

6  and Farrakhan and Jesse Jackson, they're all just

7  sponges.  They're just little bloodsuckers.  As long as

8  they can keep things stirred up, things will never be

9  good.  There's always going to be this -- this garbage.

10  And it also gives the -- the more that this guy does

11  what he does, it just gives the racists more reason to

12  suck off our government, all the taxpayers and say,

13  "Oh, poor me.  I'm this color, and I can't -- you know,

14  I can't do anything for myself."

15         So this guy, in my opinion, he's -- he's

16  just helping -- physically helping --

17         MR. GOYETTE:  Well, Debbie, let me -- let

18  me take the lead that you --

19         CALLER DEBBIE:    -- these bloodsuckers.

20         MR. GOYETTE:  Yeah.  Let me take the lead

21  you provide us.

22         I mean, look, I guess there's probably a

23  good deal of dogmatic agreement between you and Louis

24  Farrakhan, then, Dennis.

25         MR. MAHON:  Yes.  I've -- I've -- in fact

1  we -- we -- we've talked to each other before.  And we

2  respect each other.

3           Integration has not worked.  It will never

4  work.  If we separate, maybe we can work together.

5  Eventually the -- el Norte will become -- well, the

6  southwest will be controlled by Mexico.  They'll

7  eventually have it.  Reconquista (phonetic) el Norte,

8  that's the new -- northern Mexico will become a nation

9  of theirs.

10          In other words, this whole area will be

11 turned into Mexico eventually.

12          The blacks, we are willing to give the

13 blacks several states in the south.

14          Just give us five to 15 states, maybe even

15 ten states north, northwest, where we can find our --

16 our heritage, where we can find -- we'll be with our

17 own kind.

18          MR. GOYETTE:  But I want to live -- I want

19 to live in Arizona.

20          MR. MAHON:  Well, it's too hot here,

21 anyway.  But can I tell you one thing?

22          Go to ASU to their cafeteria and look

23 during lunch hour.  You'll see all the Asian students

24 sitting at their tables, speaking their language and

25 fellowshipping.

1          You'll see all the black students at their

2   table.

3          And you'll see -- and you'll see all the

4   whites at theirs.  It's just that they feel at ease

5   being around their own culture, their own kind.  It's

6   just a natural thing.

7          Birds of a feather flock together.

8          MR. GOYETTE:  All right.  Let's go to the

9   phones.

10          Jason in Goodyear.  Jason?

11          CALLER JASON:  Hey.  How are you doing

12   today?

13          MR. GOYETTE:  Good, sir.

14          CALLER JASON:  You know, first of all, let

15   me -- let me say that I'm Irish and African.  So I have

16   a pretty unique perspective --

17          MR. MAHON:  An Irish jig.

18          CALLER JASON:  Pardon?

19          MR. GOYETTE:  What did you say?

20          MR. MAHON:  You do the -- do you do Irish

21   jigs, dances?

22          MR. GOYETTE:  Is this like a racial slur?

23          MR. MAHON:  No.  This is my --

24          MR. GOYETTE:  You told me you didn't make

25   racial slurs.

1              MR. MAHON:  No.  It's a joke.  It's --

2  it's --

3              CALLER JASON:  No.  I'm not a very good

4  dancer.

5              MR. MAHON:  Okay.  Okay.  Go ahead.

6              CALLER JASON:  But my heritage is -- is

7  Irish and African.

8              MR. MAHON:  All right.  Go ahead.

9              CALLER JASON:  I'm -- so I've -- I've seen

10 this from both sides, growing up.  And, you know, I --

11 I -- well, I -- I think that -- I'm sorry, sir.  I

12 forgot your name.

13             MR. GOYETTE:  Yeah.  It's Dennis.

14             CALLER JASON:  Dennis.  I -- I think some

15 of your points are valid.  You know, I happen to agree

16 with you that taxation in this country is a joke, and

17 that there's a lot of things the government does that

18 it shouldn't be into.

19             I'm not an anti-government person.  I

20 served my country.

21             But I guess my -- my main point is that

22 people like you, Dennis, don't really worry me.  And

23 the reason that you don't is because the tactics that

24 you use, and the type of speech and the actions that

25 you use to further your cause are not attractive to the

1   majority of Americans in this country.  And, you know,

2   if -- if someone were to come along who was more

3   palatable to -- to the majority of American society,

4   then I think people like me would have something to be

5   concerned about.

6           MR. MAHON:  Well --

7           MR. GOYETTE:  Jason, I think you're right.

8   I don't find him particularly persuasive.

9           MR. MAHON:  Let me tell you.  The problem

10  is, I'm not afraid to be called a racist.  Everybody is

11  to a certain -- a certain extent.  And this country is

12  coming apart whether you like it or not.  The

13  corporations are sending all the jobs overseas.  We're

14  headed for the worst problems.  As long as things are

15  going good, the races will get along.

16          But no nation has ever survived -- a

17  multi-racial nation will never survive high stress.

18  And right now, it's not blacks you got to worry about.

19  I'm not worried about the blacks.  It's the Asian and

20  the Mestizo take over this country.  And you better

21  worry about it.  Because eventually if we don't stop

22  it --

23          CALLER JASON:  Oh, I'm -- I'm not worried

24  about.  But like I said --

25          MR. MAHON:  You should worry about it,

1   because it's going to happen in your generation.

2              CALLER JASON:  Pardon?

3              MR. MAHON:  It's going to happen before

4   you get old, my friend.

5              CALLER JASON:  Oh, yeah.  But, you know,

6   Dennis, I have a different perspective than you.  So,

7   you know, I'm --

8              MR. MAHON:  I'm not going to soft-sell

9   what I believe.  All these conservatives --

10             CALLER JASON:  The things that worry you

11  don't worry --

12             MR. MAHON:  All these conservatives will

13  all -- they live in white rich areas.  And they say,

14  "Oh, we live here because it's a nice area."

15             But they are there because there's no

16  blacks there.  They're phonies.  Hey, I'm a racist.

17  I'm a separatist.  I'm proud of it.

18             CALLER JASON:  I'm a conservative.  I'm a

19  registered republican.  I'm also --

20             MR. MAHON:  So was I.  Still am.

21             CALLER JASON:  -- in the upper class as

22  far as financial means.  So I -- I -- blanket

23  statements are something that I think are -- are --

24  it's part of the problem with -- with -- with you

25  getting a message across is that people don't like

1     those kinds of blanket statements.

2            MR. MAHON:  Well, I'm really anti -- the

3     reason that corporations love the Mestizo inva -- these

4     Mexicans are coming across the border with no debt.

5     They can load them down with debt, because Americans

6     are up to here.  We're all up to our neck in debt.  So

7     they've got to have these new people.

8            And also they need that cheap labor.  That

9     real cheap labor that drives the unions out.  Pretty

10    soon we'll all be working for five dollars an hour.

11    Mexicans can live in a travel trailer.  Ten of them.

12    And they think it's great.

13            Can you live in a travel trailer with your

14    family, or a tent?

15            CALLER JASON:  I choose not to.  But --

16            MR. MAHON:  It's coming.

17            MR. GOYETTE:  Dennis.  Dennis.

18            CALLER JASON:  I just wanted to get my

19    opinion in there.

20            MR. GOYETTE:  Yeah.  Go ahead.

21            CALLER JASON:  Thanks.

22                 (Intermission)

23            MR. GOYETTE:  And I'm Charles Goyette.

24    Dennis Mahon is here.

25            It's particularly interesting, I believe,

1   to you and to our audience because -- well, actually

2   for a number of reasons:  Because of his presence here,

3   because of this recent new distribution of this White

4   Aryan Resistance newspaper in the Gilbert area about

5   his plans to move to Kingman; what's going on up in

6   Kingman.

7           But the other reason is that, Dennis, we

8   have done a number of talk programs here over the last

9   couple of weeks on the Charles Goyette Show about the

10  Oklahoma City bombing.  And you figure in account after

11  account after account.  And I -- I will tell you I have

12  had guests on this program that have been intimately

13  involved, or believe they have good reason to allege,

14  for example, that there was some sort of entrapment

15  going on by the authorities, and it got out of hand.

16  And a lot of people got hurt.  And do you have any

17  insight into that?

18          MR. MAHON:  Well, I've had -- it -- I was

19  involved in the area of that bombing, and a lot of

20  people, players in this, I knew.  I did not know -- I

21  didn't know Tim McVeigh that -- that well.  I just met

22  him one time.  And he didn't -- of course I didn't know

23  he was going to bomb a federal building.

24          MR. GOYETTE:  What about Nichols?

25          MR. MAHON:  I met his brother, James

1  Nichols at a -- Bob Miles is a Klan leader,

2  anti-government type.  Really intelligent out about 40

3  miles from Detroit.  I believe it was in '87 when I

4  met -- I -- I saw James Nichols.

5            And, you know, easy guy to spot.

6  Remember.  And I talked to him several times.  He was

7  at those rallies.  I never saw -- I never saw his

8  brother.

9            MR. GOYETTE:  Do you -- did you feel you

10 recognized anybody in those photos, like the John Doe

11 Number 2 photos that were circulated?

12            MR. MAHON:  John Doe Number 2 looks very

13 similar to a friend of mine and a roommate of Andy

14 Strassmeir, who was a German visitor in America.

15            Mike Bresha (phonetic) is an Italian guy

16 who looks like, but he's not the muscular type.  I

17 don't -- I wouldn't call him the muscular type.  But

18 Michael Bresha was a cold-blooded silent brutal type of

19 Italian.  If I -- if I had knew of a Mafia hit man, it

20 would be Michael Bresha.  He actually scared me even.

21 Quiet.  I knew he was involved in illegal activity, but

22 I don't know if he was John Doe Number 2 or not.

23            MR. GOYETTE:  All right.  To the phones.

24 550-KFYI.

25            Let's welcome Ken in Mesa, next.

1          Ken?

2          CALLER KEN:  Yeah.  This guy really is

3    starting to irritate me something fierce.  He's --

4          MR. MAHON:  Good

5          CALLER KEN:  He's setting out things, that

6    he wants to give states -- certain states to the

7    blacks, certain states to the white, certain states to

8    this person, that person, and this person.

9          And the fact of the matter is Native

10   Americans were here first, and I'm Cherokee.  Okay?

11         And the other thing is is he's talking

12   about whites wanting to segregate themselves.  I live

13   in a brand new neighborhood in Mesa.  My wife is white.

14   I'm mostly Native American.  My neighbor is Filipino.

15   The one across the street is black.  Japanese on the

16   corner.  Hispanic around the corner over here.  We all

17   get together and sit and drink and have a good time

18   together.  We just want to live in peace.  We don't

19   want to have any race problems, and we don't have any

20   out there.  So this guy's full of it.

21         MR. MAHON:  As long as the economy's good,

22   you'll all be all -- what if the economy goes bad and

23   you have to compete with these other races.  You have

24   to compete with them to survive.

25         CALLER KEN:  I don't compete with anybody

1  to survive.  We get along just fine.  And

2  (indiscernible) kids survive just fine out in our

3  neighborhood.  There is no competition here.

4            You know, you guys -- you guys are the

5  ones who keep this stuff going.  You and the Jesse

6  Jacksons and the Al Sharptons, all you people keep this

7  stuff going so that you guys can keep going.

8            MR. GOYETTE:  I think you're right, Ken.

9            CALLER KEN:  So you have something to live

10 for.

11           MR. GOYETTE:  I mean, I think -- I think

12 you're right.

13           MR. MAHON:  What's going to happen, Ken,

14 when all of a sudden the Asians come here in such

15 numbers that half your neighbors don't speak English.

16           CALLER KEN:  All of my neighbors speak

17 English.  All of my neighbors speak English.

18           MR. MAHON:  I take it you live in a

19 high -- a very high -- a very high-priced area.  A

20 pretty high-priced home.

21           CALLER KEN:  Not at all.  My house cost me

22 140 thousand.  That's pretty low cost for around here.

23           MR. MAHON:  Well, actually, yeah.  It

24 actually is low cost -- no.  That's actually high cost

25 for Mestizos and Mexicans.

1           If you look at west Phoenix, those homes
2   are only about maybe ten to 20,000.  But they are
3   expanding.
4           CALLER KEN:  Oh, no, no, no, no, no.  We
5   priced them out there.  They are 100,000.
6           MR. GOYETTE:  Wait a minute.  There are no
7   ten to $20,000 -- I don't know --
8           MR. MAHON:  You know what?  If they're
9   paying $40,000 for some of those homes, or fifty
10  thousand, they're fools.
11          But there again, you see, there are so
12  many immigrants coming in here that the price of
13  housing is going to get so high that the average middle
14  class guy can't afford it.
15          CALLER KEN:  Well, you know what?  Your
16  ancestors were immigrants once.  Mine weren't.  We were
17  from here.
18          MR. MAHON:  Yeah, well, guess -- guess
19  what?  Now, (indiscernible) Cherokee Indians, I think
20  some of you guys may have come from the Vikings,
21  because you're on the east coast.
22          CALLER KEN:  Well, I'm mostly Chippewa and
23  Blackfoot.
24          MR. MAHON:  In fact, when I was in
25  Tulsa -- Oklahoma -- Oklahoma is full of Cherokee

1  Indians.  And most of them have light skin.  They have

2  light hair and blue eyes or light brown eyes.

3          CALLER KEN:  No, they don't.

4          MR. MAHON:  They are totally different

5  than the Indians in the southwest or the northwest.

6  They don't look Mongoloid at all.

7          CALLER KEN:  You know what?  You know

8  what?  We're all Americans, like the lady said before.

9  And why don't you get off your high horse and --

10         MR. MAHON:  Well, let me tell you

11  something.  I want you to -- I want you to --

12         CALLER KEN:  I don't care what you

13  believe.  I don't care what you believe.

14         MR. MAHON:  The Mexicans have a plan to

15  take over the southwestern states.  So if you don't

16  speak Spanish, and eventually you'll live under the

17  Mexican flag, because they have a program called We

18  Conquista, where they want to retake this land back.

19  And -- and if a Mexican is going to be honest with you,

20  they'll tell you.

21              "We want the southwest back.  You stole it

22  from us, gringo.  And we want it back."

23              And that's exactly -- you ought to talk to

24  some of these Mexican radicals.  I know.  I talked to

25  them.

1          MR. GOYETTE:  How does it feel to be

2   lumped together with Jesse Jackson and Louis Farrakhan,

3   huh?  It shouldn't feel too good.

4          Dennis Mahon is here.  He is the Heartland

5   Director at one time, White Aryan Resistance, former

6   Imperial Dragon, the KKK --

7          MR. MAHON:  Retired.

8          MR. GOYETTE:  Retired, he says.  But he

9   sure ain't laying low on the Charles Goyette Show.

10  550-KFYI.

11          Dennis, we made an executive decision.

12  We're going to keep you over next hour.

13          (Commercial.  Blank spot on recording.)

14          MR. GOYETTE:  -- activity in Canada; one

15  time leader of the White Aryan Resistance; apparently

16  still involved with them; Imperial Dragon of the KKK;

17  spent a lot of time in court, in depositions, I gather,

18  and in -- in testimony in the McVeigh case.  Is that

19  correct?

20          MR. MAHON:  Yes.  That's correct.

21          I had to go to two Grand Juries in

22  Oklahoma City, where they tried to indict me for the --

23  being a co-conspirator in the Oklahoma City bombing.

24          MR. GOYETTE:  And were you?

25          MR. MAHON:  No.

1       MR. GOYETTE:  Did you ever case the

2  building?

3       MR. MAHON:  I never even knew the building

4  was there, to tell you the truth.  I -- I -- I stayed

5  in Tulsa most of the time.  Of course, I know where

6  there federal building was there.

7       MR. GOYETTE:  Well, let me -- let me put

8  it to you like this.  We have on this show, on the

9  Charles Goyette Show next week, we have Charles Key,

10  former state representative from Oklahoma City, who has

11  spent a lot of time dogging this case.  And he says

12  that you're going to be indicted.

13       MR. MAHON:  Yeah.  He dogged me for about

14  two years, causing a lot of health problems.  In fact,

15  I talked to him once, asked him why he's so sure I had

16  anything to do with the bombing.  And he was quite --

17       MR. GOYETTE:  Maybe it's because of the

18  company that you keep.

19       MR. MAHON:  I admit, some of my -- some of

20  the company I keep are pretty dangerous folks.  They're

21  pretty dedicated, fanatical-type people.  Not

22  necessarily racist, either.  Just very anti-government.

23       MR. GOYETTE:  Dennis, during the news, we

24  were sitting in here watching on one of the monitors

25  this wedding hall disaster.  Everybody will see this on

1    their TV at home tonight.  This is a ballroom in

2    Jerusalem that collapsed under the feet.  Hundreds of

3    guests -- I mean, it's just -- the video is just

4    horrifying.  Twenty-five people -- at least twenty-five

5    people dead.  Injured some 300 people.  There were 700

6    people on the fourth floor of this ballroom when it

7    collapsed about 10:45 in the evening, Thursday.

8                    And, I mean, it's just -- it's a human

9    tragedy.  And you look at that, and do you -- do you

10   feel any sense of, like, the pain and the suffering

11   that these people have experienced, or are they the

12   wrong ethnic background for you?

13                    MR. MAHON:  No.  I -- it's quite shocking,

14   the footage.  But since I had nothing to do with it --

15                    MR. GOYETTE:  Well, I don't have anything

16   to do with it, either, but I mean I empathize with my

17   fellow man when he suffers.

18                    MR. MAHON:  Yeah.  It's sad to see --

19                    MR. GOYETTE:  Not really, is it.  You

20   don't really -- it's not too sad to you.

21                    MR. MAHON:  Well, actually if -- if they

22   would quit bombing the living heck out of the -- the

23   Palestinians with F-16s and -- and tanks, maybe I'd

24   feel more sorry for them.

25                    But maybe it's God's will that they

1  suffer, too.

2           MR. GOYETTE:  Do you think that all these

3  sins are collective?  I mean, if so -- if -- if the

4  United States has done something wrong -- and we have

5  done many thing wrongs as a -- many things wrong as a

6  nation -- if we've done something wrong, is it okay if

7  I suffer for it?  I mean, is that okay with you.  Are

8  all sins collective?  I mean, is it okay -- my pain's

9  okay because the Clinton administration bombed an

10 aspirin factory.  Is it okay if I suffer for that?

11          MR. MAHON:  Unfortunately, we -- we

12 supposedly live in a democracy.  And people overseas

13 believe the American people have control over their

14 government.  This is why Americans are being picked out

15 as targets, because they think we do have control.  But

16 we don't have control.

17          MR. GOYETTE:  I just want you to tell me,

18 is it okay if I suffer for it in retribution for some

19 act that the government has done that was intemperate

20 or injudicious?  Is it okay with you?

21          MR. MAHON:  I -- I -- I think we should

22 all suffer for it.  Yes.

23          MR. GOYETTE:  So everything's collective.

24 You don't believe in the right of the individual to be

25 free of -- of the board.

1          MR. MAHON:  When the American people allow

2    the -- allow our federal government to bomb innocent

3    people all over the world --

4          MR. GOYETTE:  It's okay if we get bombed

5    back.

6          MR. MAHON:  Well, if it happens, it

7    happens.  I mean, I --

8          MR. GOYETTE:  They -- they didn't ask me.

9          MR. MAHON:  If I was an Arab, lost my

10   family from an Israeli American-built F-16 that bombed

11   my family, I'd take it to America.

12          MR. GOYETTE:  So if a white guy holds up a

13   bank and kills somebody, then you should be in the

14   cross-hairs?

15          MR. MAHON:  No.  But I'll tell you one

16   thing.

17          MR. GOYETTE:  Huh?

18          MR. MAHON:  I'll just say this.  Okay?

19          The federal government power areas, such

20   as Washington, D.C. --

21          MR. GOYETTE:  They're comitting all these

22   crimes, but these are white guys committing these

23   crimes.

24          MR. MAHON:  These are white -- these are

25   renegades.

1          MR. GOYETTE:  You are to be held

2   accountable, Dennis.

3          MR. MAHON:  These are -- this is a white

4   civil war we're in, Charles.  These are white renegades

5   who I hate every bit as much as the Muslim

6   fundamentalist.

7               Every race, ever working class of every

8   race should hate these guys.  These guys are criminals.

9               We call Washington, D.C. the District of

10  Corruption, or the District of Criminals.

11              It's a criminal government, and every race

12  in the world should hate them, because this government

13  and the corporate leaders that support this

14  government -- it works both ways.  The government

15  supports the corporations.  They're all guilty of these

16  horrible crimes against humanity.

17          MR. GOYETTE:  Let's go to the phones.

18  550-KFYI.  Dennis Mahon from the White Aryan

19  Resistance, one time Imperial Dragon, KKK.

20              Rob in Mesa.

21              Hi, Rob.

22          CALLER ROB:  Good afternoon.

23              You are correct, sir, 100 percent, about

24  the corruption in the Federal Government, the Federal

25  Reserve being private run for profit, the I.R.S. being

1  a fed collection agency for them.

2          However, the global --

3          MR. MAHON:  You said that very good.

4          CALLER ROB:  Excuse me?

5          MR. MAHON:  You said that very good.

6          CALLER ROB:  Well, I'm a political

7  activist, sir.  I've been researching the trails of

8  corruption and the patterns of history.  And what a lot

9  of people don't realize is what's being placed upon us

10  is an ancient tactic called the Gaileon (phonetic)

11  Principle; create a crisis, wait for reaction, offer a

12  solution.

13          Hitler, Stalin, Lenin, Mao, Caesar, they

14  all did the same thing.  They all conquered their

15  civilizations by doing the same thing.

16          And what's happening is -- and the human

17  race is about to face its greatest challenge ever on

18  the face of this planet, because ever since mankind has

19  existed on this planet, there's always been a small

20  percent of those people.  They're elitists, and they're

21  scum.  They think that -- they -- they believe they're

22  the perfect --

23          MR. MAHON:  Amen.

24          CALLER ROB:  -- class to control

25  everybody.

1    Now, hold on.  And they use racism to

2  divide.  United we stand, divided we fall.

3    But I do question your motives, sir,

4  because when you speak of your separatism, all white

5  supremacist groups are all firmly controlled by the

6  federal government.  Did you know that.

7    MR. MAHON:  I believe a lot of the Klans

8  are, sure.

9    CALLER ROB:  Did you know when the KKK

10  first rallied; when they first assembled in protest, do

11  you know what they protested against?  It was the

12  income tax.  And a lot of people don't realize that.

13  Is that we're being so usurped.  We are -- we are being

14  so conditioned.  Okay?  And -- and -- and racism is an

15  ideal way to do it.  When tribe against tribe battled

16  each other in Africa --

17    MR. GOYETTE:  Yeah, hey, Rob.  Rob.

18    CALLER ROB:  -- were sold --

19    MR. GOYETTE:  Rob.  Rob.  Rob.  Rob.  Rob.

20  Listen.

21    CALLER ROB:  I'm sorry.

22    MR. GOYETTE:  No.  Wait a minute.

23    When -- when was the KKK founded?

24    CALLER ROB:  The KKK was founded in the

25  late 1800s.

1    MR. GOYETTE:  Yeah.  1865?

2    When was the income tax -- when was the

3    income tax passed.

4    CALLER ROB:  Well, actually -- oh, after

5    the passing of the Federal Reserve Act of 1913, which

6    was the biggest scandal in human history.

7    MR. GOYETTE:  That's right.  So the first

8    gathering of the KKK in 1865 couldn't have had anything

9    to do with the federal income tax that was passed in

10   1913.

11   MR. MAHON:  Actually, it was the Halloween

12   Party.

13   As far as the racism, globalism, the

14   globalists, the elitists that you're talking about,

15   they want to remove all national -- nationalism, all

16   races, all religions, and make us all into one

17   polyglot; no difference.  And this is why -- this is

18   why sometimes racism is good --

19   MR. GOYETTE:  Polyglot?  Polyglot.

20   What -- Dennis, I don't take --

21   MR. MAHON:  It's to mix everybody into one

22   thing.

23   MR. GOYETTE:  You know what a --

24   MR. MAHON:  -- all the same.

25   MR. GOYETTE:  You know what a poly -- I

1  wish I were a polyglot.  A polyglot is somebody that

2  has facility with a number of languages.  I would love

3  to be able to speak a number of languages.  What do you

4  mean polyglot?

5              This is why -- I mean, this is why --

6              MR. MAHON:  Multi-racialism,

7  multi-culturalism.  It's all the same.

8              MR. GOYETTE:  No.  No.  No.  No.  No.

9  Polyglot means somebody that speaks a number of

10  languages.

11              Dennis, I'm here to tell you.  You -- I

12  mean, I -- you're like, you know, anybody that's just,

13  like, reactive and up in arms about you guys, I'm

14  thinking, you know --

15              MR. MAHON:  I wanted to see if he accepts

16  that.

17              But look, look --

18              MR. GOYETTE:  No, you didn't.

19              MR. MAHON:  Seriously, one world

20  government wants to make all one race, one culture, one

21  religion, one language, everything.  One world K-Mart

22  or Wal-Mart.

23              MR. GOYETTE:  All right.  News Radio 550,

24  KFYI.

25              One world government.  Yes.  One world

1    government, but still two traffic reporters.

2                          (Commercial)

3                    MR. GOYETTE:  Right now, Dennis Mahon is

4    here.

5                    Apparently, your presence here has led to

6    the proliferation of racist literature in mailboxes in

7    the Gilbert area, and I guess new activity in -- in

8    Kingman.

9                    Dennis, you were Imperial Dragon of the

10   KKK, Director -- one of the Directors of the White

11   Aryan Resistance.  You were -- were you involved in the

12   (indiscernible) city in Oklahoma City.  Did you hang

13   out down there with Strassmeir and Carol Howe and all

14   of these other guys who were out casing federal

15   buildings?

16                   MR. MAHON:  I guess they were.  I don't

17   know.  I wasn't -- I didn't live there full-time.  I

18   stayed there three or four days a week; couple of days

19   a week.

20                   MR. GOYETTE:  All right.  Why did you

21   leave the KKK?

22                   MR. MAHON:  I got tired of speaking to men

23   highly uneducated with brown teeth, green teeth, no

24   teeth, very poor hygiene.

25                   I got tired of trying to get guys to not

1  blame blacks and Jews for all their problems.  The

2  average Klansman had the mental acuity of a bowling

3  ball.  And you try to get these guys to do something

4  with their lives, and most of them are 30, 35, still

5  washing cars, still washing dishes, no -- no high

6  school diploma.

7           And, "I just -- I just can't get ahead.

8  These Nig --" I won't say the word.

9           "These N-word and Jews, they won't let me

10 make a good living."

11          That's why I quit.  I just couldn't deal

12 with it.

13          MR. GOYETTE:  You got a little sick of it,

14 huh?

15          MR. MAHON:  Yeah.  They're -- they're

16 not -- they're not blaming the cause of their own

17 problems.  They need to develop themselves, and they

18 won't do it.

19          MR. GOYETTE:  All right.  Back to the

20 phones.  It's 550-KFYI.  Let's see who's holding next.

21          I believe it is Lee in Chandler.

22          Lee?

23          CALLER LEE:  Yes.  I think the gentleman

24 you got there is some kind of a nut.  He says he's not

25 a bigot.

1    MR. MAHON:  Oh, I am a bigot.  I am a
2  bigot.
3           CALLER LEE:  If he's not a bigot, they why
4  is he -- why is he a racist?
5           MR. MAHON:  I'm a racist and a bigot.  I
6  am.
7           CALLER LEE:  Well, you sure are.
8           MR. MAHON:  Yeah.  I admit to it.
9           CALLER LEE:  I -- I live in a neighborhood
10  that's a very, very nice neighborhood.  My house cost
11  about $160,000.
12           There's a black man lives across the
13  street from me.  There's Orientals that live in that
14  area.  There's Spanish families that live in that area.
15           We have no problems.  I don't know why you
16  people are always trying to stir up one race against
17  another.  It doesn't make any sense.
18           This is a wonderful country.  People like
19  you are shoving it right down the toilet.
20           MR. MAHON:  We'll see what happens when
21  you get laid off to make room for a minority.
22           CALLER LEE:  I'll never get laid off to
23  make room for a minority.  I own a store.
24           MR. MAHON:  You've never been laid off
25  before?

1      CALLER LEE:  Not for -- not for somebody

2  else to take my place.

3      MR. MAHON:  You know, it's funny about you

4  guys who believe in diversity and all this.

5      When it finally -- see, it's not you guys.

6  It's the working class.  It's not the guys who live in

7  the $160,000 homes.  It's the working man who is just

8  starting out; guys in their early 20s.

9      I take it you're probably 40 to 50 right

10  now.

11      CALLER LEE:  How about 71?

12      MR. MAHON:  Oh, well, see?  Yeah --

13      CALLER LEE:  I spent 22 years in the

14  military.

15      MR. MAHON:  Yeah, I see that.  You know,

16  it's kind of funny, you're 71, and you were -- you made

17  all your wealth when we had pretty much segregation.

18      CALLER LEE:  Well, so when -- when this --

19  when this was going on, I spent 22 years in the

20  military.

21      MR. MAHON:  Uh-huh.

22      CALLER LEE:  When I retired, I had six

23  kids, and I was making $595 a month.

24      MR. MAHON:  Let me tell you something,

25  sir.  The military's changed since you've been in

1    there.  Now it's a welfare service.  And the

2    minorities -- you can't discipline them.

3             I put in ten years in --

4             CALLER LEE:  Wait a minute.  Wait a

5    minute.  Wait a minute.

6             MR. MAHON:  They're very hard to

7    discipline.

8             MR. GOYETTE:  Wait a minute.  Wait a

9    minute.

10            We watched the U.S. military perform in

11   the Persian Gulf.  They had good, high quality.  The

12   enlisted men were -- they had better educated enlisted

13   men in the 1990s than probably in the history of the

14   U.S. Army.  What are you talking about?

15            MR. MAHON:  Well, did you notice that --

16            CALLER LEE:  He doesn't know what he's

17   talking about.

18            MR. MAHON:  Did you notice that they took

19   the National Guard, the Army Reserve.  They left a lot

20   of the -- the basic active duty guys behind.

21            Now, how come they took so much National

22   Guard and Army Reserve?  Because they're higher

23   quality.

24            Look, I was with the 24th Infantry

25   Division in Savannah, Georgia.  Let me tell you

1    something.  They had to have all the pop machines armor

2    plate them.  They armor plated these machines so they

3    could -- so the black soldiers would quit breaking into

4    them.

5              But I know, and I know how much trouble we

6    had with a lot of the black soldiers, when they -- you

7    couldn't get them to do anything.  They -- look at Nam.

8    Look how they (indiscernible) white officers.  They

9    never (indiscernible) a black officer.

10             Maybe it is getting a little better, but I

11   kind of doubt it is.

12             CALLER LEE:  You know, if you don't like

13   to be around people that are black, why don't you go

14   back to -- why don't you go to Ireland?  They have very

15   few over there.

16             MR. MAHON:  They're getting more and more

17   all the time.

18             Well, why don't you live next to a housing

19   project like I did?

20             CALLER LEE:  I lived in some pretty bad

21   places.

22             MR. MAHON:  I'll tell you what.  Twenty

23   years ago, you were 51.  Things were still fairly good.

24   But I was in the riots in Miami in '80.  Remember the

25   big riots they had when a black -- a black motorcyclist

1  was killed by five Cuban cops, and they let the Cuban

2  cops off.  It was called the Liberty City Riots

3  (phonetic).

4           I was there, and I -- you don't understand

5  how -- how dangerous these ghetto areas are.  Look at

6  Cincinnati.

7           MR. GOYETTE:  All right.  Hey, Lee, I

8  appreciate your call.

9           We'll take some more calls for Dennis

10  Mahon in a minute.

11           News radio 550, KFYI.

12                (Commercial)

13           MR. GOYETTE:  I'm Charles Goyette.  This

14  is News Radio, 550, KFYI.

15           The newspapers have been full of the story

16  about the Aryan leaders descending here on --

17           MR. MAHON:  Ha ha.

18           MR. GOYETTE:  Well, you laugh.  Well, are

19  you an Aryan leader?  Yeah.  The Aryan White

20  Resistance, former Imperial Dragon, whatever --

21           MR. MAHON:  Okay.

22           MR. GOYETTE:  Do you ever feel silly

23  putting those sheets on and stuff?

24           MR. MAHON:  Towards the last, yes.  In

25  fact, my robe is satin green.  It's in Germany right

1  now, in the Museum of Hate.

2          MR. GOYETTE:  There's a Museum of Hate

3  there, and you're featured prominently?

4          MR. MAHON:  Yeah.  My -- my -- my robe's

5  in there.  It's got four stripes.

6          MR. GOYETTE:  When you meet your maker,

7  will you be proud to say, "You know, I was honored in

8  the Museum of Hate."

9          MR. MAHON:  Well, you know, Yahweh is a

10  pretty mean God.  He drowned the whole world at one

11  time.  He's kind of hateful, and sometimes he gets

12  pretty hateful himself.

13          MR. GOYETTE:  And is that your deity?

14          MR. MAHON:  No.  I -- I go with Odin.  I

15  think he's a little more --

16          MR. GOYETTE:  Really?  There's a lot of

17  this Odinism going around in the white Aryan --

18          MR. MAHON:  Paganism, yeah.

19          MR. GOYETTE:  Yeah.  Are you guys Pagans?

20          MR. MAHON:  First of all, I -- I don't

21  know for sure.  I'm really an agnostic.  I hope that

22  there's a good God up there, that there's going to be a

23  heaven.  I hope there's no hell.

24          MR. GOYETTE:  Why?

25          MR. MAHON:  I've already been through it,

1  to tell you the truth.

2      MR. GOYETTE:  No.  Why do you hope there's

3  no hell?  I mean, you tell me you're living your life

4  doing the right thing.

5      MR. MAHON:  Well, the thing is, it's

6  not -- I believe that hell is a grave.  I don't believe

7  it's a burning hell, but the eternal grave --

8      MR. GOYETTE:  You're afraid of going to

9  hell, aren't you?  You are.

10      MR. MAHON:  Actually --

11      MR. GOYETTE:  You slip -- every time you

12  open your mouth, you slip like that.

13      You're afraid -- "I hope there's no hell."

14      MR. MAHON:  I'll -- I'll kick the devil's

15  butt if I go there.

16      MR. GOYETTE:  You're a pussycat.  You're

17  nothing -- I mean, you're just like -- Dennis, you're

18  just some guy.  You run into a guy like you in some

19  seedy bar somewhere.  You know?

20      MR. MAHON:  I go to high class places.  I

21  don't go to seedy bars.

22      MR. GOYETTE:  Okay.  All right.

23      Listen, we've got more phone calls

24  straight ahead.  I've got a couple of people who have

25  been holding for a long time, and I want to give them

1 all a chance.  And we'll get to -- it looks likes we'll

2 get to Sharon next who has some thoughts about this

3 whole subject about the white race and more.

4          I do want to mention two things:  First of

5 all, Tuesday afternoon we're going to talk with the

6 fellow that wrote the book, the All American Monster,

7 the Unauthorized Biography of Tim McVeigh.  He'll join

8 us Tuesday at two.

9          And then this is especially important.  I

10 think this is one of the key guys that will tell the

11 tale of the bombing.  Charles Key, former Oklahoma City

12 representative, who incidentally says my guest, the guy

13 that's here in studio with me right now, will be

14 indicted, sooner or later.  Charles Key will join me

15 Wednesday afternoon at three.

16          550-KFYI.  Let's get back right back to

17 the telephones this afternoon on the Charles Goyette

18 Show with the white racist, Dennis Mahon.

19          Dennis, do you like being introduced as a

20 white racist?

21          MR. MAHON:  I prefer white separatist.

22 But I'm not going to run away from the word racist, no.

23          MR. GOYETTE:  Here is Sharon in Glendale.

24          Hi, Sharon.

25          CALLER SHARON:  Hi, Charles, and hello,

1  Dennis.

2          Dennis, some really valid points that need

3  to be made, but you can never make a point if you

4  approach it from an avenue of hate.  If you speak of

5  hate toward other peoples, no one will ever listen.  So

6  we must just consider these facts.

7          All you have to do is look at a map of the

8  world.  The people who live in prosperity are the

9  Caucasian peoples.  They're the ones who have.  And the

10 dark countries are -- live in poverty.  They're

11 starving.  They have uncontrolled birth rates.

12          MR. MAHON:  Why -- why is that?  Oh, yeah.

13          CALLER SHARON:  -- and disease.

14          MR. MAHON:  Okay.

15          CALLER SHARON:  And the reason for this --

16 and this is a fact that remains -- is a matter of

17 intelligence.  And that's unfortunate, but it's still

18 the fact.

19          MR. MAHON:  Genetics?

20          CALLER SHARON:  Genetics.  Absolutely.

21 Blacks score ten to 15 percent lower on I.Q. tests.

22 That's a fact.

23          And Latinos are slightly above that.

24          Asians are in line with Caucasian peoples,

25 if not slightly above.

```
1              So it is the obligation of the Caucasian

2   and the people with higher intelligence to take care of

3   those who are lesser in intelligence.  I mean --

4              MR. MAHON:  Not in all --

5              CALLER SHARON:  My life isn't worth any

6   more than anybody else's, but these are facts that

7   remain.  And it's not a matter of hate.  I don't hate

8   anybody.

9              MR. MAHON:  No.  It's not -- it's not hate

10  at all.  It's looking at reality.  And just like the

11  Mexican problem in Mexico.

12              I -- I talk to Mexican radicals who say,

13  "You guys need -- you Anglos up there need to seal the

14  borders, because this way, we'll institute birth

15  control."

16              They don't institute -- the Catholic

17  church, which is the prominent religion in Mexico, do

18  not practice birth -- outlaws birth control.  But these

19  radicals say if we seal the borders up, they'll have to

20  practice birth control, and the government will have to

21  really reform itself and get jobs down there.

22              CALLER SHARON:  Well, think about this.

23              MR. MAHON:  Because we can't -- we can't

24  be the safety valve for the world's overpopulation

25  mess.
```

1    CALLER SHARON:  They -- they don't have

2  the same ideals.  If they have the intelligence to

3  overthrow their government and make a change, they

4  would stay in their own countries and make it better.

5    And America will fall if Caucasians are

6  not allowed to be the majority.  And that's happening

7  all over the world in all the Caucasian countries,

8  because those who have less always hate those who have

9  more.

10    MR. MAHON:  Amen.

11    CALLER SHARON:  They think that we have it

12  because we took it from them.  And they can have it if

13  they just take over our countries.  And it's just not

14  so.

15    MR. GOYETTE:  Sharon --

16    CALLER SHARON:  They don't have the

17  intelligence.

18    MR. GOYETTE:  Sharon, when this --

19    CALLER SHARON:  Well, let me just finish

20  my point -- to create the art, the music, the language,

21  the literature, the architecture that the Caucasian

22  people have striven to do.  It's a matter of

23  creativity.  And the intelligence in order to achieve

24  that.

25    MR. MAHON:  Very true.  I -- I don't hate.

1  I really don't hate these other races. I don't hate

2  Mexicans and -- when they're in Mexico and they don't

3  take my country.  I -- I -- I -- I really hate the idea

4  of slavery.  I hate the idea that the Christian

5  churches and the antebellum south use their Holy Bible

6  to justify slavery, for all that cheap labor.

7              It's sad that greed seems to be the white

8  man's --

9              CALLER SHARON:  Well, yes.

10             MR. MAHON:  -- Achilles heel.

11             CALLER SHARON:  Those at the top who have

12 exploited their positions in order to achieve their own

13 agenda are guilty.  But the countries who are starving

14 are not kept down because of Caucasian people.

15             MR. MAHON:  That's right.

16             CALLER SHARON: ·They're kept down because

17 they have not the intelligence to create anything

18 better than what they have.

19             MR. MAHON:  You know, in Kenya, about

20 eight years ago, they -- they asked the Kenyan people.

21 They had a poll.  Would you like to have the British

22 back to administer your country?  And, like, 85 percent

23 said yes, because when the British were there, they

24 taught the blacks how to farm, and they were able to

25 feed themselves.

1       But I tell you one thing.  We have to
2   institute birth control around the world and -- and I'm
3   very much against Bush.  Abortion sometimes is needed.
4   I hate to say that.  But we definitely need to finance
5   birth control around the world to help them.  Because
6   when they overpopulate, there's no way they're going to
7   get out of their poverty.

8       You're a very intelligent, a very good
9   caller.  And the thing is when I stand up for my race,
10  I'm automatically a hater.  But you know something?
11  Jesse Jackson and Al Sharpton, they stand up for their
12  race, and they're never called haters.  And you get to
13  the point where you finally say, you know, okay.  I'm a
14  hater.  But I really am a lover.  I -- I've sacrificed
15  my health to try to show the white race where they're
16  messing up.

17      I mean, look how greedy we've become.  The
18  casinos are so full of people totally addicted on --
19  on -- it's like a drug.  Gambling, drugs.  And the big
20  thing that bothers me is so many white couples refuse
21  to have children.  And they're getting all this wealth.
22  And then they are not -- who are they going to give
23  their wealth to when they get older.

24      But abortion, I'm very much against
25  abortion, period.

68

1              MR. GOYETTE:  Wait a minute.  Wait a
2    minute.
3              You were just -- you're so confused.  You
4    were just telling us --
5              MR. MAHON:  I'm not confused at all.
6              MR. GOYETTE:  You were just --
7              MR. MAHON:  Abortions for the non-white.
8              MR. GOYETTE:  Oh, you wanted -- I see.
9              MR. MAHON:  If they want it.  The white
10   race is dying out.
11             MR. GOYETTE:  Abortion's a bad idea, but
12   you like it in some cases.
13             MR. MAHON:  Well, the white race is dying
14   out.
15             MR. GOYETTE:  Okay.
16             MR. MAHON:  It's hurting us more than
17   anybody else, Charles.
18             MR. GOYETTE:  Okay.  Okay.  Hang on a
19   second.
20             He's -- he's Dennis Mahon.  I'm Charles
21   Goyette.  This is News Radio 550, KFYI.
22             Now, let me bring my old colleague and
23   friend, Bill Strauss in here.
24             Bill, I haven't talked to you in a long
25   time.  How are you doing, bud?

```
 1              MR. STRAUSS:  Good, Charles.  I listen to
 2    you.
 3              MR. GOYETTE:  Okay.  Bill is the regional
 4    Director for the Anti-Defamation League here in the
 5    Valley of the Sun.  We're old -- old colleagues.
 6              Bill, I have talked to this guy -- I've
 7    had him in studio now for going on an hour and
 8    forty-five minutes.  I've looked at their literature
 9    and stuff.
10              I don't -- I mean, what's the big deal,
11    Bill?  These guys are like el pussygatoes (phonetic).
12    I mean, they are not particularly persuasive.  They
13    make a lot of mistakes in the stuff they say.
14              I mean, is this -- do these guys
15    represent --
16              MR. MAHON:  No.  I --
17              MR. GOYETTE:  Hold on.  Dennis.  Dennis.
18    Dennis.  Dennis, you had a long time on the radio.  Let
19    me -- let me ask Bill why we should be concerned about
20    you.
21              MR. STRAUSS:  Well, number one, I think
22    Dennis should be very thankful that there weren't
23    people up protesting the admission of German and Irish
24    immigrants into the country, or he may not be here
25    right now --
```

1          MR. GOYETTE:  Uh-huh.

2          MR. STRAUSS:  -- at one point in our

3    history.

4          You know, as far as fearing, I don't know

5    that I -- I can think of an example of somebody

6    speaking their minds that I find scary.

7          What's scary is that the group, the White

8    Aryan Resistance, has a history of inciting people to

9    harm other people.

10          MR. MAHON:  You're just -- you're --

11          MR. GOYETTE:  Wait.  Wait.  Wait.  Wait.

12          Dennis, this is Bill's turn.  You told me

13    you weren't -- you were going to behave yourself.

14          Bill, this is your turn.

15          MR. MAHON:  Yeah.  But you know --

16          MR. GOYETTE:  Dennis, just shut up.

17          I'm sorry, Bill.

18          MR. STRAUSS:  That's okay.

19          MR. MAHON:  Go ahead, Bill.  I'm sorry.

20          MR. STRAUSS:  I've talked to -- I've

21    talked to -- I haven't talked to Dennis, but I've

22    talked to members of the group before.

23          MR. GOYETTE:  Yeah.  Well, I wanted to let

24    you -- I mean, you know, it's fine if he interjects

25    something when it's his turn, but --

1                    (End of recording.)

2                        -ooOoo-

3

4   STATE OF ARIZONA      )
                          )   ss.
5   COUNTY OF MARICOPA    )

6

7

8

9

10

11

12

13           I hereby certify that the foregoing pages,

14   numbered 1 through 71 inclusive, is a correct

15   transcript from the record of proceedings in the

16   above-entitled matter.

17

18

19

20

21

22

23

24
                        _____
25                      Michael N. Vacca, Transcriber
                        June 22, 2010

# Exhibit G

<u>SUPPLEMENT</u>

04-05716

BOMBING

Assigned Detective: Tom Van Meter #292

TVM:    **Detective Tom Van Meter**

VM:    **Velicia McMillan**

TVM:   This will be a taped interview conducted reference DR 04-5716, Detective Van Meter 292, the date is 4 – correction 2/26/04, the time is 1520 hours. I'm speaking with Velicia, V-E-L-I-C-I-A, middle Y, last McMillan M-C-M-I-L-L-A-N. She works in the south wing of the Human Resource building. She works directly out of Don Logan's office. I started off the interview with her by getting her personal information which will be restricted for this report. Velicia, just you were on the phone, and you were on the phone with who?

VM:    Renita.

TVM:   Okay. And Renita worked for Don Logan?

VM:    Yes.

TVM:   Okay. And just tell me in your own words what you heard.

VM:    Um, Renita and I were talking about, um, my coming back to cover a meeting for Don at 2:30.

TVM:   Okay.

VM:    And so I was telling her that the photo shoot was running about 45 minutes later than – than was scheduled, and that I thought Helen could probably come and cover the first five minutes. And so we were talking about that and then all of a sudden she was distracted so I was saying Renita, Renita. And I heard her scream, I heard a, you know, it was a bloodcurdling scream.

TVM:   Okay.

3/3/2004 059/001/kao

941

Page 6                                                        04-05716

TVM:  We'll figure it out, don't worry. We're back on tape. As I was speaking to Velicia she told me that back in September there was an incident where somebody had actually physically called HR?

VM:  Um-hum, called our office.

TVM:  Called HR and they said that they didn't appreciate the Hispanic cultural thing that the city was doing?

VM:  Um-hum. We did a Hispanic heritage celebration in El Dorado Park.

TVM:  Okay.

VM:  And they, because we had advertised in all the newspapers and, you know, press releases.

TVM:  Sure.

VM:  And they called the number that was there and –

TVM:  Okay. But the phone number that came, and the police department did look into it and they actually did go physically talk to this person?

VM:  Um –

TVM:  To your knowledge?

VM:  I don't know if they talked to him. They traced the phone number back.

TVM:  Right.

VM:  They knew – And then I guess they did a check on the name.

TVM:  Okay.

VM:  And he was recorded down as a known white supremacist.

TVM:  White supremacist.

VM:  So they knew, you know, so they actually increased a little of the security that day.

TVM:  Okay.

VM:  Because they were prepared that if anything were to happen they knew who to start with.

TVM:  Okay. And that would have been September of '03?

VM:  Yes.

TVM:  Okay. Well, that's –

VM:  And so there's a file on that.

TVM:  If there's a file we'll find it. And you know that Rodbell had something to do with that directly?

VM:  Oh, yeah, because that's who I called.

3/3/2004   000/059/kae

# Exhibit H

<u>SUPPLEMENT</u>

Assigned Detective:  Green #384

**A:    Detective Green**

**B:    Jacque Bell**

A:  The date is 2000 – or February 26th, 2004, the current time is 1608 hours.  I first spoke with Ms.

     Jacque Bell, B-E-L-L, at 1402 hours.  Our current location is the Scottsdale Police Department's

     District I Substation, 3700 North 75th Street, Scottsdale, Arizona.  I am sitting with Jacque, J-A-C-Q-

     U-E, K. Bell, B-E-L-L, DOB of ▮▮▮▮▮▮.  Jacque, what's your title over there at HR?

B:  Um, I'm the Senior Human Resources Specialist.

A:  Okay.

B:  Actually, representative.

A:  Representative?

B:  Uh-huh.

A:  Okay.  And what is your current extension over there?

B:  ▮▮▮▮

A:  Okay.  And your home phone number?

B:  ▮▮▮▮▮▮▮.

A:  Okay.  And where do you reside, please?

B:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮

A:  Okay.  And you're out of the Diversity and –

B:  The Office of Diversity and Dialogue which is a division of Human Resources.

A:  Okay.  Where exactly is your office located?

B:  It would be in what we call the south building, in other words, the back of the building I'm in faces

     south so we're in the middle, it's kind of an L-shaped building, we're in the center.  Um, our offices

     are closed – If you were standing by our office windows you'd be looking out at the little center

     fountain and all the flowers and so forth as you walk in.

A:  Okay.  At approximately 1200 hours what were you doing today?  Were you –

B:  What time is that?

2/28/2004   000/BELL/KAE                                                                                          879

PAGE 4

never saw the package so I don't know if it was an envelope or a real package or what it was. I thought what she said was it happened when I cut the string. But it would be unusual to have a string around the outside of a package, so whether she'd opened it already up and was starting to cut the tape or something that was binding it, I don't know. Because the paramedics came up, they asked her – possibly a police officer, I'm not sure, I think it was paramedics – asked her her name, what day it was, um, pretty much where she was, and she was very coherent. And she told them it's my eye, my eye hurts, but she was able to walk across Main over to the other corner and get into the ambulance. So, um, whatever trauma she's got is up here, hopefully it's her nose, maybe it scratched her eyes. She also wears contacts.

A: Did you ever – You never saw the package, correct?

B: Never saw the package. The reason, the only reason I knew that it was addressed to Don is he told me. He was sitting on the – on the curb.

A: This was after the explosion?

B: After the explosion, sitting on the curb. They were cutting, um – He took whatever trauma to this side, they were cutting off his shirt and jacket and doing something. And he said it was addressed to me, it had my name on it and it was from Arizona State Retirement System.

A: Okay. He was saying that?

B: He said that, he's the one that said that. And I could tell whether it was the concussion of it or whether he reared back or – but his neck was stiff, he was kind of, you know, favoring the one side of his head.

A: Okay.

B: But unfortunately I did not actually witness it, I heard it. And I think everybody kind of – Nobody could figure out what happened, and – and you know, for an instant –

A: Do you know if he's had any problems or anybody – any threats made to him in the past?

B: You know, um, we had a prank call six months ago from, um, somebody. He even gave his name, that he's with the, ah, Arizona White Supremacy Group and, um, upset that we would have a community Hispanic Heritage Celebration. We recently did a unity walk with five other East Valley – Gilbert, Tempe Lake – where we just walked in unity. That was part of Martin Luther King. And –

A: Was this call, what you're referring to, back approximately September?

# Exhibit I

| DEPA'  'T OF THE TREASURY<br>BUREAU OF A_  _HOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 1 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 004 |
|---|---|

**TITLE OF INVESTIGATION:**
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>4 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Tristan Moreland | SUBMITTED BY *(Title and Office)*<br>Special Agent, Phoenix V (Arson) Field Office | SUBMITTED BY *(Date)*<br>06/17/2004 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Tristan Moreland, AGS | REVIEWED BY *(Title and Office)*<br>Phoenix V (Arson) Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Lester D. Martz | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Phoenix Field Division | APPROVED BY *(Date)* |

**DESCRIPTION OF ACTIVITY:**

Report of interview with Susan Buchanan.

**SYNOPSIS:**

On June 16, 2004, Bureau of Alcohol, Tobacco, Firearms and Explosive's (ATF) Special Agents (SAs) Tristan Moreland, Michael Hildick, and Larry Bettendorf interviewed Susan Buchanan, a reporter for the New Times paper regarding phone calls and emails she received from Dennis MAHON and Thomas METZGER (DOB ▓▓▓▓▓

**NARRATIVE:**

1.  During the week of May 3, 2004, ATF SA Moreland began investigating various extremist groups and individuals in the Phoenix metropolitan area for possible involvement in the February 26, 2004 bombing of Donald Logan and others in Scottsdale, Arizona. During this time period, SA Moreland learned that Dennis MAHON and Thomas METZGER, leaders of the organization W.A.R. (White Aryan Resistance) made contact with New Times reporter Susan Buchanan. Buchanan co-authored an article on W.A.R. and others groups attending a gathering called Aryanfest 2004 during the last weekend of January 2004 in the Phoenix area.

2.  During this interview, Buchanan advised that the article in question was published on the Internet February 17 and circulated in the Phoenix area February 18 and 19, 2004. On February 20, 2004, Buchanan received two voice mail messages from cellphone number 480-650-6720. The caller identified himself as Dennis MAHON and referred to Buchanan as his Irish Sister. MAHON advised that he wanted to speak with Buchanan about the article. Buchanan recalled MAHON sounding intoxicated. Buchanan received another call and voice mail

| DEPA⋯ NT OF THE TREASURY<br>BUREAU OF A⋯ ⌐OL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 2 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 004 |
|---|---|

| TITLE OF INVESTIGATION:<br>Logan Bombing | |
|---|---|

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>4 |
|---|---|

message on February 21, 2004. MAHON again expressed a desire to talk to Buchanan and this time sounded sober. Buchanan recalled MAHON saying that he sometimes says things when he is drinking. Buchanan took this as a reference to some of the things MAHON was quoted in the article as having said at the Aryanfest gathering.

3. During the same time period, Buchanan advised that she had received two emails from Tom Metzger, the leader of W.A.R. about the article. SA Moreland subsequently received copies of these emails. In the first, METZGER tells Buchanan, "Amusing article. If you only knew. But you will. lol TM." This email was sent to Buchanan on February 19, 2004 at 2011 hours. The second email was in response to Buchanan offering to send Metzger a copy of the article. In this reply, MEZGER replies, "No thats ok I read it on the web. Thanks I guess.lol Security seemed that it was full of holes down there. I usually do strip searches so you can tell the cops the price of poker is going to rise sharply. By the way what are you folks going to do when the water goes away?TM."

4. In addition to these contacts, Buchanan advised that she also received numerous threatening emails and calls from various members of VolksFront and other racist organizations expressing anger over the article.

**ATTACHMENTS:**

Buchanan e-mails

**IDENTIFICATION INDEXING:**

MAHON, Dennis William. – TECS ID #'s P9011362900K01 & P8772746300K01.
METZGER, Thomas - TECS pending.

# Exhibit J



2 of 100 DOCUMENTS

Copyright 2004 The Arizona Republic
All Rights Reserved
The Arizona Republic (Phoenix)

February 29, 2004 Sunday Final chaser Edition

SECTION: LOCAL; Pg. 1B

LENGTH: 786 words

HEADLINE: WHY WAS MEDIATOR A TARGET?; SCOTTSDALE MAIL-BOMB ATTACK SHOCKS HIS FRIENDS

BYLINE: By Emily Bittner and Kristen Go, The Arizona Republic

BODY:

Don Logan has improved Scottsdale's image and promoted diversity Valley-wide.

He is a consensus builder, someone who has done a lot of good.

That's why so many people are struggling to grasp why someone would send a mail bomb to the 48-year-old Logan, director of Scottsdale's Office of Diversity and Dialogue.

"He's one of those 24/7 guys," said Alton Washington, an assistant city manager for Phoenix.

While investigators worked this weekend looking for clues that would explain Thursday's bombing, Logan and his secretary Renita Linyard remained at Scottsdale Healthcare Osborn Saturday. The blast at Logan's workstation in the human resources building sent flying shrapnel that pierced Logan's skin so deep that it almost hit bone. He was in serious condition Saturday with injuries to his hands and arms. Linyard was in good condition with eye injuries, and co-worker Jacque Bell was treated on the scene.

Investigators have not said whether they have a suspect in mind, but they are looking into Logan's personal and professional background for someone who might have a grudge. Logan handles training, community outreach, terminations and complaints from employees and citizens.

Even those who have been critical of Logan's work struggle to answer why he would be a target.

"Of all the people I could think of that would get a letter bomb, Don Logan would not be on the list," said the Rev. Oscar Tillman of the Maricopa Chapter of the NAACP, who has butted heads with Logan.

Sandra Rembrandt, who founded the non-profit organization Community Celebrating Diversity, said she can't imagine who would do such a terrible thing.

"Obviously someone is trying to make a point and is upset about something," she said.

WHY WAS MEDIATOR A TARGET?; SCOTTSDALE MAIL-BOMB ATTACK SHOCKS HIS FRIENDS The Arizona Republic (Phoenix) February 29, 2004 Sunday Final chaser Edition

Logan was handpicked in 1998 by then City Manager Dick Bowers to lead the Office of Diversity and Dialogue after the city was hit with a lawsuit alleging police racism.

"When we set up the office, there was nobody else that could do it except for him," Bowers said.

It isn't just that Logan is bright, articulate and has a strong sense of self-confidence, Bowers said.

"Don has walked through challenges in life," Bowers said. "Don grew up in south Phoenix, and he never saw it as a burden at all. And it's not like he wasn't dealing with something he had to read a book about ... he knows what he's talking about."

Bowers said it wasn't easy for Logan to work in a "lily white community." But Logan took the challenge of creating a diversity office seriously and has raised awareness.

In Scottsdale, he has promoted annual Martin Luther King, Jr. dinners, selected community diversity award winners and sponsored community forums. He made sure the city participated in the first-ever UNITY walk this year, even though some wanted to pass because it conflicted with the Parada del Sol.

Logan's lessons of tolerance were learned growing up in what was then one of Phoenix's most dangerous neighborhoods, near 24th Street and Broadway Road.

Logan eventually moved to Chandler, where he lives with his wife and two teenage sons, but he never forgot his roots.

About 15 years ago, Logan led the Community Excellence Project, and his fortitude led to one of Phoenix's first major attempts at revitalizing south Phoenix. "Now people are building homes in that same neighborhood," said Leonard Knight, special projects administrator for Phoenix.

Logan also works with youth in south Phoenix. He has brokered peace talks between rival gangs and serves as a role model for kids in trouble, friends said.

"He can walk into situations that have some level of intensity and make everyone feel comfortable," Glendale City Manager Ed Beasley said.

Judges call on Logan to intervene with kids. He talks to them or brings them to ballgames, Knight said.

Logan, who ran track at Arizona State University, and his brother-in-law, NFL player Byron Evans, invited professional athletes into the neighborhood to talk about staying in school and do fund-raisers, Knight said.

Logan also referees high school basketball games all over the Valley and coaches Pop Warner football.

Logan not only has a way with youths but with his peers as well.

He helped build the Arizona chapter of the National Forum of Black Public Administrators.

He and his peers often discuss the pressures in their jobs, struggles to prove themselves and biases they encounter.

"As an African-American, period, we grew up being told by our grandparents that you've got to be better in order to be accepted," Knight said.

Logan's friends can see his learning from this awful experience and turning it into something good.

"It will make what he has to say even more pertinent to people's lives," Beasley said.

# Exhibit K

MEMORANDUM OF INTERVIEW

PERSON INTERVIEWED          :     Sandra Rembrandt

DATE OF INTERVIEW          :     March 9, 2004

PLACE OF INTERVIEW         :     ████████████████

INTERIVEWED BY             :     Michael Casadei, Postal Inspector

ALSO PRESENT               :     Joe Leduc, Detective
                                 Scottsdale Police Department

                                 Todd Larson, Detective
                                 Scottsdale Police Department

------------------------------------------------------------------------

Ms. Rembrandt was told we were there to investigate the harassing call she received earlier this week. The call was received on her home phone on March 5th at approximately 12:18 PM. The number is ████████ The call came from 480-834-9979, a pay phone. She said the caller was male. He said "I just wanted to hear what an anti-white bitch sounds like." The caller talked about" diversity against white people." Then the caller said "there are a lot of people like McVeigh" and hung up. The caller never referred to the city hall bombing. Later that evening, after the evening news, she received five more hang up phone calls. Detective Leduc checked the call memory on her phone and determined there were five calls from pay phones. There was a call at 10:12 PM on March 5th from number 480-631-9442, and there were four more calls at 10:13, 10:14, 10:20 and 10:21 PM, all from 480-279-0482. The calls were all from pay phones.

I next played the recording made from the phone call to Jacque Bell at HR. Ms. Rembrandt stated the voice sounded a little like the call she received. She said the caller was of the same character type. She said if it is not him, it is real close.

We then discussed her relationship with Don Logan. She was asked if she knew of anyone who would be mad enough to send Don a bomb. She said that Don "can incite that kind of rage". She said "He is thief and a liar". Her next comment was "Don takes other peoples work and presents it as his own". I asked her to provide names of people who were intensely upset with Don. She could provide no names.

She then stated that Don owed her $3,000.00. This resulted from a diversity work shop she organized. The city agreed to a $3,000.00 sponsorship. Don did not give her the $3,000.00 for the work shop and that put her in a financial bind. "He is not one of my favorite people. I should not have put him on my board".

1209

Sandra was asked who would know the people upset with Don. She said "Renita knows where all the bodies are buried". Ms. Rembrandt then mentioned the name of Frances Young. She said Frances knows a lot. Her number is ▓▓▓▓▓▓▓▓ She also mentioned the name Marion Murray as one who knows a lot about Don's activities and who may be upset with him.

Ms. Rembrandt was asked about her son. She indicated her son was home and he works as a pool mechanic at the Butte's resort. She said his name is Christopher Rembrandt.


Michael L. Casadei
Postal Inspector

1210

# Exhibit L

| DEPA          NT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 1 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 007 |
|---|---|

**TITLE OF INVESTIGATION:**
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>7 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Michael Hildick | SUBMITTED BY *(Title and Office)*<br>Special Agent, Phoenix V (Arson) Field Office | SUBMITTED BY *(Date)*<br>06/18/2004 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Tristan Moreland | REVIEWED BY *(Title and Office)*<br>Phoenix V (Arson) Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Lester D. Martz | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Phoenix Field Division | APPROVED BY *(Date)* |

Description of Activity:

Receipt of information from Missouri State Penitentiary.

Synopsis:

On Friday June 18, 2004 Special Agent Michael Hildick of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information from Investigator Richard Bray of the Missouri State Penitentiary that an inmate had several pieces of mail from Dennis Mahon. Bray provided photocopies of the letters to ATF Special Agent Hildick.

Narrative:

1. On Friday June 18, 2004 ATF Special Agent Michael Hildick received information from Investigator Richard Bray of the Missouri State Penitentiary that an inmate named William Miller (inmate # 1040660) had several pieces of mail from Dennis Mahon. Bray provided photocopies of the mail to ATF Special Agent Michael Hildick.

2. In a letter dated April 28, 2003 Mahon writes that he plans to leave Arizona by March of 2004 stating that it is too expensive and hot in Arizona. In another letter dated January 10, 2004 Mahon writes that he and his brother want to move back to Tulsa, OK or northern Illinois and that south Arizona is the pits. He writes that the target date is April 15, 2004. He states that he wants to move back to help his elderly parents on their

| DEPA       NT OF THE TREASURY<br>BUREAU OF AL   JHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 2 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 007 |
|---|---|

**TITLE OF INVESTIGATION:**
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>7 |
|---|---|

farm.

3. Dennis Mahon also mentions being involved with a publication called the "America Free Press." He states in one letter that he is still sending Metzger $100.00 per month.

Attachment:

Photocopies of letters to William Miller.

ATF EF 3120.2 (5-98)

# Exhibit M

| DEPAR     NT OF THE TREASURY<br>BUREAU OF AL  .HOL, TOBACCO AND FIREARMS<br>**REPORT OF INVESTIGATION** | Page 1 of 2 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 006 |
|---|---|

**TITLE OF INVESTIGATION:**
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>6 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Michael Hildick | SUBMITTED BY *(Title and Office)*<br>Special Agent, Phoenix V (Arson) Field Office | SUBMITTED BY *(Date)*<br>06/17/2004 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Tristan Moreland | REVIEWED BY *(Title and Office)*<br>Phoenix V (Arson) Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Lester D. Martz | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Phoenix Field Division | APPROVED BY *(Date)* |

**Description of Activity:**

Inspection of Alaska Airlines facility in Phoenix, Arizona.

**Synopsis:**

On Thursday June 17, 2004 Special Agents Tristan Moreland, Larry Bettendorf and Michael Hildick of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) met with Lawerence Hough of Alaska Airlines to discuss the employment of Daniel Mahon.

**Narrative:**

1. On Thursday June 17, 2004 ATF Special Agents Tristan Moreland, Larry Bettendorf and Michael Hildick met with Lawerence Hough of Alaska Airlines to discuss the employment of Daniel Mahon. Hough is the supervisor of the maintenance department for Alaska Airlines in Phoenix.

2. Hough stated that he worked with Daniel Mahon for approximately three years in Phoenix and that Mahon got along well with the other employees at the airport in Phoenix. Hough stated that he did not associate with Daniel Mahon outside of work. He stated that he met Daniel's brother, Dennis, one time when he ran into Daniel and Dennis Mahon shopping at a Safeway food store near the intersection of Main Street and Dobson in Mesa, Arizona. When asked what he knew about Dennis Mahon, Hough stated that he heard that Dennis Mahon was a radical. Hough stated that Daniel Mahon was fired by American Airlines several years

| DEPAF      \T OF THE TREASURY<br>BUREAU OF AL   HOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION | Page 2 of 2 |
| --- | --- |

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-04<br>Report 006 |
| --- | --- |
| TITLE OF INVESTIGATION:<br>Logan Bombing | |
| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>6 |

ago.  Hough stated that the reason for Daniel's firing by American Airlines was Dennis' beliefs.

3.  Hough stated that Daniel had complained for several years about the hot dry climate in Phoenix.  Hough stated that Daniel would suffer with dry cracking skin and had been requesting that Alaska Airlines transfer him to Portland, Oregon.  Hough stated that due to union regulations governing the transfer of airline employees, Daniel Mahon did not have enough seniority to get the transfer.  Hough stated that Daniel Mahon resigned from Alaska Airlines on April 16, 2004.  Hough stated that Daniel Mahon provided a written notification and explanation for his resignation two weeks prior.  Hough provided Agents with Daniel Mahon's letter of resignation.  The latter stated that Daniel Mahon is resigning due to "chronic health concerns caused by the desert heat and excessively dusty and polluted air encountered here in the Phoenix area, plus some family issues..."  This reason contradicts the reason that Daniel Mahon provided to the manager of the mobile home park he was living in in Tempe, Arizona.

4.  At the time of his employment with Alaska Airlines Daniel and Dennis Mahon lived at the Travel Trailer Villa Park located at 1831 East Apache Blvd. in Tempe, Arizona.  During an interview with Agents, John and Tammy McKibben, mangers of the park, stated that they were told by Dennis and Daniel Mahon that they were leaving the park because Daniel Mahon got transferred by Alaska Airlines to another location.  John and Tammy McKibben stated that they thought Daniel and Dennis Mahon were going to San Diego, but that they had also mentioned that their mother was back in Chicago and that she was sick.

5.  Hough allowed Agents to examine Daniel Mahon's former work area.  Nothing of interest related to the bombing was found in the shop that Daniel Mahon worked in.  Special Agent Moreland was allowed to produce a document in Microsoft Word and print it out on the printer that Daniel Mahon would have used in the course of his shift.

6.  Hough provided Agents with the following phone numbers for Daniel Mahon.  Cell – 480-650-6720 and Home – 918-832-7819.  Hough has the following address for Daniel Mahon – ▮▮▮▮▮▮▮▮▮▮▮▮ in ▮▮▮▮▮▮▮▮▮▮▮▮.

Attachment:

Letter of resignation to Alaska Airlines by Daniel Mahon.
Photocopy of Rolodex cards re: Daniel Mahon

ATF EF 3120.2 (5-98)

# Exhibit N

From: Daniel Mahon
      Employee number &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;
      Artic number     65763

To:  Larry Hough, Dave Kieth, and H.R. Dept, Alaska Air

    Due to some chronic Health concerns caused by the desert heat and excessively dusty and pulluted air encountered here in the Phoenix area, plus some family issues, I need to relocate into a cooler and a cleaner atmospheric area such a Portland, Oregon.

    I am also disappointed that Alaska didn't open up a position for me in Portland. I have had a bid in for Portland, Ore. for two years.

    I must regretably. at this time submit my two week resignation letter. to Alaska Airlines. My last day of employment to be Friday, April 16, 2004. My three years tenure here working as an avionics technician has been very challenging and satisfying. I appreciate all of the extra formal technical training I received as well as the wonderful and fair treatment I received from management here at Sky Harbor Airport.

    This has not been an easy decision, but it seems to be my only option. On Friday, April 16, I will at that time, give up my company I.D., SIDA Ramp badge, Parking Pass, and any other company property I may have. Also, I would like to receive my last Paycheck with all vacation pay owed, etc, on that day.

              Sicerely Yours,

              Daniel W. Mahon

# Exhibit O

Page 1 of 2

# MESA POLICE DEPARTMENT SUPPLEMENTAL REPORT

| DR# 20032830427 |
|---|

| TYPE OF ADDITIONAL INFORMATION: | CONTINUATION ☒ | INFORMATION ONLY ☐ | CLEARANCE ☐ |
|---|---|---|---|

| CRIME/INCIDENT CODE# 00-4020 | | | A C | CONNECTING DR# |
|---|---|---|---|---|

Information - suspicious activity

| LOCATION | DATE & TIME OF REPORT | GRID | BOOKING # | BOOKING POS # |
|---|---|---|---|---|
| 106 E. Baseline Road, Mesa AZ | 10-10-03/1258 | BE11 | | |

**PERSON INVOLVED**

| TYPE | NAME TYPE | NAME: LAST, FIRST, MIDDLE | | | | | CITE(S)# | CODE(S)# |
|---|---|---|---|---|---|---|---|---|
| I | P | Mahon, Dennis W. | | | | | | |

| SEX | RACE | ETHNIC H N U | DOB | HT | WT | HAIR | EYES | SCARS/MARKS/TATTOOS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| M | W | | ▓▓▓▓ | 601 | 215 | BR | BR | | | |

| ADDRESS, CITY, STATE, ZIP CODE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1831 E. Apache Boulevard, Tempe AZ | | | | | | | |

| PHONE/HOME | PHONE/WORK | SSN | | DRIVER'S LICENSE # | | ST | CL |
|---|---|---|---|---|---|---|---|
| 480-650-6720 | | | ▓▓▓▓ | ▓▓▓▓ | | AZ | D |

| HAND USE | MARK | HAT | BUILD | GLASSES | FACIAL HAIR | HAIR STYLE/LENGTH |
|---|---|---|---|---|---|---|
| — | — | — | — | — | — | — |

| PHYSICAL CONDITION | CLOTHING | TEETH | COMPLEXION | SPEECH | TYPE OF INJURY | PHOTO/POLAROID |
|---|---|---|---|---|---|---|
| — | — | — | — | — | — | ☐ YES ☐ NO |

| CLOTHING DESCRIPTION OF SUSPECT/RUNAWAY/MISSING ADULT# |
|---|

**NARRATIVE:**

On 10-13-03 at 0930 Sgt. M. Collins #7152 assigned this case to me for further investigation. Upon reading Ofc. M. Greason's #15472 report I learned that Arizona Republic Reporter, James Walsh reported that he received a disturbing voice message left by an unknown caller on 10-10-03 at 0849 hrs.

Walsh told Ofc. Greason that he has been covering the murder of Balbir Singh Sodhi who was killed in the aftermath of the events of September 11th, 2001 and the subsequent trial of Frank Roque.

Ofc. Greason listened to the recorded message that included the following statements: "I can't believe an idiot like you and the republic".."you make this big thing 'bout this fuckin' Sikh".."we're going to come to power".."we're gonna have a hundred dollar reward for every time somebody shoots a Sikh".."and if they bring in a blood soaked diaper off their head we'll give 'em' a hundred dollars".."open season on all Sikhs".."hundred dollar reward on every goddam dead Sikh they bring in"..

Walsh told Ofc. Greason that he was concerned about the threatening tone of the voice mail and contacted Nat Villescaz, Lieutenant of security with the Republic. Lt. Villescaz told Ofc. Greason that he would make a copy of the voice message and make it available to the Mesa Police Department. Lt. Villescaz told Ofc. Greason that he was able to determine that the call originated from 480-650-6720. Lt. Villescaz also told Ofc. Greason that there had been a previous call from this number on 10-06-03 at 0753 hrs but it had not been recorded. Lt. Villescaz said that message did not contain any threatening statements but he did remember that it contained a statement about the "White Aryan Resistance."

| UNFOUNDED REPORT | EXCEPTIONALLY CLEARED | INVEST. CONT. | | CONN RPTS | PROPERTY | ARREST | |
|---|---|---|---|---|---|---|---|
| JUVENILE CLEARED | CLEARED ARREST | FIELD CLOSURE | | | JUVENILE | OTHER | |

| SUPERVISOR | 10372 | OFFICER NAME & SERIAL # | CID FOLLOW-UP REQUESTED? |
|---|---|---|---|
| | 10-U-03 | Detective C. Faulkner #10181 | YES   NO |

MPD 005 Rev 3/91

OCT 1   2000

2182

Exhibit P

Page 1 of 1

## MESA POLICE DEPARTMENT SUPPLEMENTAL REPORT

DR# 20032830427

TYPE OF ADDITIONAL INFORMATION: CONTINUATION ☒ INFORMATION ONLY ☐ CLEARANCE ☐

| CRIME/INCIDENT CODES 18-620 | | DCR | CONNECTING DRS |
|---|---|---|---|
| Information -- Suspicious Activity / Threats | | - | - |
| LOCATION | DATE & TIME OF REPORT | CHID | BOOKING #'S | BOOKING FOR # |
| 106 E. Baseline Road, Mesa | 10-14-03 / 1630 | BE11 | - | - |

PERSON INVOLVED

| TYPE | NAME TYPE | NAME: LAST, FIRST, MIDDLE | | | | | | CITE DR# | CODE DR# |
|---|---|---|---|---|---|---|---|---|---|
| I | P | Mahon, Dennis W. | | | | | | - | - |
| SEX | RACE | ETHNIC B N U | DOB | HT | WT | HAIR | EYES | SCARS/MARKS/TATTOOS | |
| M | W | | ▇▇▇ | | | | | | |

ADDRESS, CITY, STATE, ZIP CODE
1831 E. Apache Blvd., Tempe AZ 85281

| PHONE/HOME | PHONE/WORK | SSN | | DRIVER'S LICENSE # | | ST | CL |
|---|---|---|---|---|---|---|---|
| 480-650-6720 | | ▇▇▇ | | ▇▇▇ | | AZ | D |
| HAND USE | MARK | HAT | BUILD | GLASSES | FACIAL HAIR | HAIR STYLE/LENGTH | |
| -- | -- | -- | -- | -- | -- | -- | |
| PHYSICAL CONDITION | CLOTHING | TEETH | COMPLEXION | SPEECH | TYPE OF INJURY | PHOTO/POLAROID | |
| -- | -- | -- | -- | -- | -- | ☐ YES ☒ NO | |

CLOTHING DESCRIPTION OF SUSPECT/RUNAWAY/MISSING ADULT:

NARRATIVE:

On the afternoon of 10-10-03 I received phone number 480-650-6720 from Sgt. Scantlebury #10036. He advised me that the number was received from Sgt. Collins (CID). The number was related to DR#20032830427 and I was assigned to follow up on information related to the number.

I contacted Sgt. Collins who briefed me of the circumstances related to the phone number and had a copy of the report written by Ofc. Greason #15472 faxed to me.

I contacted Sprint PCS and spoke with Judy Evers. I advised her of the situation and was sent an Exigent Request Form (see attached copy.) I completed the form and faxed it back to her. I received the attached information via fax from Sprint on 10-10-03.

When I discussed the information I had received with Sgt. Scantlebury, which contained the name (I) Dennis W. Mahon, the name sounded familiar to both of us. Sgt. Scantlebury then located a recent article from the Arizona Republic newspaper that contained information regarding Mahon. Mahon is actively involved in a group called "WAR."

This information was provided to Sgt. Collins. The following week the attached phone order/petition were completed and signed.

Investigation continued. NFA.

| UNFOUNDED REPORT | EXCEPTIONALLY CLEARED ☑ | INVEST. CONT. ☑ | UCR | CONS RPT# | PROPERTY | ARREST | CLOSED INACTIVE |
|---|---|---|---|---|---|---|---|
| JUVENILE CLEARED | CLEARED ARREST | FIELD CLOSURE | | | JUVENILE | OTHER | |

SUPERVISOR: ▇▇ #10036   OFFICER NAME & SERIAL #: DET. TRAVILIN #10732   CID FOLLOW UP REQUESTED? - YES ☑

# Exhibit Q

| DEPAI  ENT OF JUSTICE<br>BUREAU OF ALCOHOL, Tu  ACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 1 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-05<br>Report 049 |
|---|---|

TITLE OF INVESTIGATION:
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>49 |
|---|---|

TYPE OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)*<br>Tristan Moreland | SUBMITTED BY *(Title and Office)*<br>Special Agent, Phoenix V (Arson) Field Office | SUBMITTED BY *(Date)*<br>05/11/2005 |
|---|---|---|
| REVIEWED BY *(Name)*<br>Tracy L. Hite | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Phoenix V (Arson) Field Office | REVIEWED BY *(Date)*<br>5/16/05 |
| APPROVED BY *(Name)*<br>Lester D. Martz | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Phoenix Field Division | APPROVED BY *(Date)*<br>5-19-05 |

**DESCRIPTION OF ACTIVITY:**

Report of undercover meeting.

**SYNOPSIS:**

On February 2, 2005, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Michelle Kaufman and cooperating individual 785000-986 met with Daniel and Dennis MAHON.

**NARRATIVE:**

1. On February 2, 2005, ATF SA Michelle Kaufman and CI 986 met with Dennis MAHON at an undercover residence located at the "KOA Kampground," 19605 E. Skelly Dr., Catoosa, Oklahoma 74015. SA Kaufman met briefly at the residence and then departed. The following is a summary of the conversation between MAHON and the CI.

2. During the initial conversation, the CI and Dennis MAHON discussed several non-evidentiary topics. At one point, the two began conversation about the CI's fictitious problem concerning a child abuser. During parts of this conversation, MAHON told the CI how to make a package bomb and conceal it. MAHON discussed purchasing components at various places, using a Kinko's copy store to make the mailing label and making sure to use a store at least 50 miles from your residence. MAHON advised that the CI should always disguise themselves as best as possible by wearing sunglasses, changing hairstyles, etc. MAHON then discussed how a victim-initiated device would work and discussed various components and designs. MAHON specifically discussed using a 9-volt battery, soldering connections, taping down or gluing down components, and using

2491

ATF EF 3120.2 (5-98)

| DEPA: .ENT OF JUSTICE<br>BUREAU OF ALCOHOL, Tu JACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 2 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-05<br>Report 049 |
|---|---|

| TITLE OF INVESTIGATION:<br>Logan Bombing | |
|---|---|

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>49 |
|---|---|

newspaper to partially conceal the bomb in the package.

3. At approximately 1800 hours, the CI and MAHON began discussing whether or not MAHON had ever successfully used a package bomb to bomb someone or something. The following is a transcription of this segment of the conversation.

Date: February 2, 2005

18:00:21

B: So you've had some that worked?

Dennis: Oh yeah!

B: Was it like similar too....

Dennis: In Tempe Arizona...God damn diversity officer...Scottsdale Police Department had his fingers blown off.

B: The Diversity...

Dennis: Yeah.

B: The Diversity Officer?

18:00:43

Dennis: Scottsdale Police Department. I didn't do it. But I advised a couple Scottsdale white cops how to do it. They pulled it off and never got caught. This is what they do. They did it. I was there to show them how to do it. Eh, because see more and more white cops are getting fed up, believe you me. A lot of them are assholes, but a lot of the older ones and the younger ones are pretty, you got to watch them.

B: So did it ever come back to anybody?

18:01:07

Dennis: No. The guy resigned. BATF, they couldn't find any fucking suspects. They had no suspects. What's really weird is they never came to me. I guess they thought I wouldn't be dumb enough to do something like that.

Talks about Hi-Jacker training in Scottsdale at Solar Aviation.
Investigation by FBI for 9/11 Bombing.

2492

ATF EF 3120.2 (5-98)

| DEPA⌐ ⌐ENT OF JUSTICE<br>BUREAU OF ALCOHOL, T∪ ⌐ACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 3 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-05<br>Report 049 |
|---|---|

**TITLE OF INVESTIGATION:**
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>49 |
|---|---|

Talk of reporter following him in Fountain Hills and article written.

18:06:48

Talks of reporter in Arizona.

18:09:17

B:  So the diversity thing in Scottsdale that was um...

Dennis: That happened in 2000..., early spring 2003.  It blew his desk up.  Took some fingers off.  He lived.  But they never found out who did it.  And then he quits. (Laughs) The BATF, the FBI...

B:  You got away with that one huh?

Dennis:  No I didn't do it.  The cops did it.

Dennis:  (Mouthing Only, no sound) Per CI; Words mouthed shown how they built the bomb.  Hands moving as if to show how it was built.  Needs perfect size, duct tape, and solder.

B:  So are they still working on the force?

Dennis:  Oh, yeah yeah

B:  So then nothing ever came back to them.

Dennis:   Not in Scottsdale.  98% white.  Mostly rich, and that...First of all they're not my kinda whites, cause they have Mexican's do their work.  They are pretty much assholes.

Ended at 18:11:35

The remainder of this tape was reviewed by SA Tom Gehlert and summarized as follows.

18:11:50  DM (Dennis MAHON) tells CI 986 that he really likes her because she is beautiful, spirit, intelligent, loyal, and because she takes action when fucked over.

18:12:30  DM said that he took action from '80 to '88 – until getting "outed."

18:12:57  DM whispered (unintelligible); said he (DM) hasn't done anything wrong in seven years.

18:13:57  DM whispered (unintelligible)

2493

| DEPA:    ENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOvACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 4 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Phoenix Field Division | MONITORED INVESTIGATION INFORMATION:<br>Phoenix Field Division<br>FY-05<br>Report 049 |
|---|---|

TITLE OF INVESTIGATION:
Logan Bombing

| CASE NUMBER:<br>785080-04-0012 | REPORT NUMBER:<br>49 |
|---|---|

18:14:23  DM said that if they are decent to him, he will not harass them; DM said that he forgave Carol Howl (ph) when she gave him the death sentence; DM said, "I will forgive people if they come across decently...(unintelligible)...it's the Irish in me, but God damn it, if you fuck me, and you try to fuck me again, and I've got the power over you, you're going to go to jail, at least you won't get on an airplane."

18:14:56  DM said, "...the reason is...(unintelligible)... they couldn't convict me, because they can't, and a Canadian conviction does not stand in this country; Interpol has dropped the international terrorist alert from charging us, they dropped that because they found out that he has a right to say what he wants to say as long as he doesn't do it, so they dropped that; so, I've been arrested eight (8) times in the last twelve years, ya' know, the only time I did jail time is two weeks in solitary confinement in a West (unintelligible) prison...(unintelligible)..., Ontario, Canada; in this country, they've had to drop charges; if they can't charge you in 24 to 48 hours...(unintelligible)."

18:25:20  (during the airing of the OK City bombing tape) DM said that he was in Illinois during the incident.

18:29:50  DM said that he is going to call up his buddy with the retreat and do some shooting on Saturday; DM said that he (DM) is going to go up there and check out his (DM's) cave.

18:34:12  DM departs the RV.

**ATTACHMENT:**

ATF form 3400.16.

2494

# Exhibit R

Page 1 of 4

## INVESTIGATIVE LEAD LIST



████████ is currently involved in a discrimination lawsuit against the City of Scottsdale. Although Logan did not feel that ████████ would have animosity toward him, Logan was involved in the situation and has been deposed by ████████'s attorney. In addition, multiple City employees have expressed their feelings and have reported ████████ as a likely suspect due to his anger. Some employees have described ████████ as being strange. Employees have also offered an additional motive stating that his lawsuit is not going well.

Anderson has a crime lab background.



████████ reportedly made a comment about how he could mail a bomb to anyone in the city and no one would be able to figure out where it came from or who sent it. In addition, ████████ also told a fellow employee that he had a "cookbook" that explained how to make bombs. ████████ has been reported to make multiple inappropriate comments about fellow coworkers and has been heard using slurs against Italians and Chinese people. Several years ago, Logan made a complaint against ████████ for inappropriate comments/behavior. The night of the bombing, Postal Inspectors (Popp) interviewed ████████. ████████ later blamed the reason why he was being looked at was due to the problem he had with Logan in the past.

Page 2 of 4



███████████s name was given to investigators by Logan.  Logan stated that ███████owed him approximately $2000 for officiating services Logan provided his organization, Jam Basketball.  Although ████████ did pay him by mailing him a check (to his home), Logan stated that their relationship was strained.  Logan stated that approximately one (1) year ago, ████████ accused Logan's basketball officials of making bad calls, which cost his team a tournament game.  ████████ claimed that the bad calls were a result of the money situation.  Logan stated that they had a confrontation in the parking lot (non physical).  Logan stated that he had not heard from █████████ since the bombing and thought it was unusual even considering the current status of their relationship.



████████ reported made a telephone call to the Scottsdale Dialog and Diversity Office in September of 2003.  He called in reference to a Hispanic cultural event that was taking place within the City of Scottsdale.  He identified himself as a member of the "White Arian Resistance" and used a racial slur.  He was displeased with the city holding the event.  A police report was made (Scottsdale Police Report Number 03-25993).

Page 3 of 4



is an employee at a city run gym. There was a claim made that ▓▓▓▓▓ was discriminating against Hispanic gym members. Logan was investigating the claim. In addition, Logan reported an incident where her and ▓▓▓▓▓ had a confrontation concerning ▓▓▓▓▓ always asking him to produce his identification card to get into the gym, even though Logan had been going to the gym regularly for a year and ▓▓▓▓▓ knew who he was.



▓▓▓▓▓'s name was given to investigators by human resources staff as someone who should be looked at. ▓▓▓▓▓ was an employee of the city of Scottsdale and left due to mental problems. Logan was involved in meetings that occurred during resignation negotiations. Logan felt that ▓▓▓▓▓ was not angry with him, but did say that ▓▓▓▓▓ was or had been on anti-depressants and anti-psychotic medication. This occurred recently. Other reports include that ▓▓▓▓▓ displayed abnormal, paranoid behavior and was outspoken during a recent visit by the Arizona Governor. ▓▓▓▓▓ was also described as have philosophical type conversations with coworkers.

Page 4 of 4



████is a mailroom employee for the City of Scottsdale.   He would have been responsible for running a meter strip on February 25, 2004. He told investigators that he did not recall running a meter strip for the package.  A Uline box was also found in ████'s work area and was the only Uline box found in that building.  Logan reported that approximately six (6) years ago ████ had written a letter to the Scottsdale city manager complaining about Logan using the work "Hell".  Logan wrote him an apology letter. ████ also reportedly frequents the library.



████ is another Scottsdale mailroom employee.  He is an avid gun enthusiast and stated that he also reloads.



████ supervises the mailroom.  He had a quote from Thomas Paine in his office.

1002

# Exhibit S

## Video Clip of trip to downtown Scottsdale dated 5/1/07 (ATF exhibit E-043) (CD)

## Hard copy to be filed separately

