INDEX OF EXHIBITS

<u>United States v. Dennis Mahon</u>
CR-09-712-PHX-DGC

**Defendant's Motion to Suppress for Violation of Miranda**

Exhibit 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Audio Recording of Miranda (CD)

Exhibit 2 . . . . . . . . . . . . . . . . . Audio Recording of Special Agent Moreland (CD)

# Exhibit 1



# Exhibit 2

