ATTACHMENT A

1    (CD-1 Daniel Mahon.WMA – Position 1 of 437)

2    (AUDIO ONLY)

3    (SHUFFLING SOUND)

4    S/A TRISTAN MORELAND:          Okay, uh…this is S/A Moreland, the following is

5                                   gonna be, uh…me discussing things with Daniel

6                                   Mahon on the, uh… date of the warrant.

7    (SHUFFLING SOUND)

8    (PAUSE)

9    (OUTDOOR / AMBIENT NOISE)

10   (CD POSITION – 63 WAV)

11   S/A TRISTAN MORELAND:          You Daniel?

12   DANIEL MAHON:                  Sure.

13   S/A TRISTAN MORELAND:          Okay. You guys can leave him here. //Hey, I'll be

14                                  good.

15   DANIEL MAHON:                  //Yeah, I may not know about, anybody gonna

16                                  come.

17   S/A TRISTAN MORELAND:          //Yeah, go ahead…//go on…

18   DANIEL MAHON:                  //No, but I'm just getting ready to…fall down here.

19   S/A TRISTAN MORELAND:          My name's Tristan Moreland.

20   DANIEL MAHON:                  Mmm-hmm…

21   S/A TRISTAN MORELAND:          I'm the…Case Agent  if you will on this whole…

22                                  incident here. The show…the debacle…if you

23                                  wanna call it that. Uhm…look I'm not, I'm not

Case No.: # 785080-04-0012
Date:     June 25, 2009 @ Time Not Specified
Name:     DANIEL MAHON, Interview
Matter:   CD Audio Recording / WMA (Original Court Transcript)

2

| | | |
|---|---|---|
| 1 | | gonna interview ya', I really don't-don't have any |
| 2 | | questions for you. I just want you to hear me out |
| 3 | | because I'm gonna explain what's gonna happen, |
| 4 | | the-…kind of the process…for you guys…uhm… |
| 5 | | I'm out of Phoenix, Arizona, I've been investigating |
| 6 | | the Logan Bombing since the day it occurred. |
| 7 | DANIEL MAHON: | Mmm-hmm… |
| 8 | S/A TRISTAN MORELAND: | You guys were my primary suspects from the |
| 9 | | beginning of the case. |
| 10 | DANIEL MAHON: | Mmm-hmm… |
| 11 | S/A TRISTAN MORELAND: | I presented the case to a Grand Jury in Phoenix, |
| 12 | | uh… your brother and you were indicted on three |
| 13 | | (3) counts, uhm…I'm not interested in talking to |
| 14 | | you right now, okay? I just wanna explain things to |
| 15 | | you. |
| 16 | DANIEL MAHON: | Mmm-hmm… |
| 17 | S/A TRISTAN MORELAND: | You're gonna be brought in front of a magistrate |
| 18 | | here, uh…in Rockford. |
| 19 | DANIEL MAHON: | Mmm-hmm… |
| 20 | S/A TRISTAN MORELAND: | Uhm…they'll give you an initial appearance, uh… |
| 21 | | probably between sometime…tomorrow and |
| 22 | | Monday or Tuesday they'll have what's called a |
| 23 | | removal hearing. It has to do with…identity. Are |

Case No.: # 785080-04-0012
Date:     June 25, 2009 @ Time Not Specified
Name:   DANIEL MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

3

| | | |
|---|---|---|
| 1 | | you the person that's been indicted, and they'll have |
| 2 | | probably a detention hearing. |
| 3 | DANIEL MAHON: | Mmm-hmm… |
| 4 | S/A TRISTAN MORELAND: | And if you're held…then you'll be transferred out |
| 5 | | to Arizona. |
| 6 | DANIEL MAHON: | Mmm-… |
| 7 | S/A TRISTAN MORELAND: | Okay? |
| 8 | DANIEL MAHON: | My son's there…I can see my son again. |
| 9 | S/A TRISTAN MORELAND: | Oh, good, yeah, in Chandler. Uh…Willie. |
| 10 | DANIEL MAHON: | Yeah. |
| 11 | S/A TRISTAN MORELAND: | Yeah. Uhm…and then you'll be brought in front of |
| 12 | | the Judge there, the same kind of thing will go on, |
| 13 | | okay? Now…I know virtually everything in this |
| 14 | | case already, okay? My interest, I'm gonna tell you |
| 15 | | right now is Tom Metzger. I'm pretty sure that he |
| 16 | | green lighted this bombing…I know that Dennis |
| 17 | | helped make the bomb…I don't really care whether |
| 18 | | you were specifically the one that…that put it in the |
| 19 | | library or he did…uhm…I've got the recording of |
| 20 | | the…the call that Dennis made to Logan's office, |
| 21 | | I've got virtually every step of this case…the |
| 22 | | bomb…the description of it, who put it together, |

Case No.: # 785080-04-0012
Date:     June 25, 2009 @ Time Not Specified
Name:    DANIEL MAHON, Interview
Matter:   CD Audio Recording / WMA (Original Court Transcript)

4

| 1 | | how it's put together, buying all the parts separately |
|---|---|---|
| 2 | | and all that stuff. I know all that… |
| 3 | DANIEL MAHON: | Mmm-hmm… |
| 4 | S/A TRISTAN MORELAND: | Uhm…I know about all the hard drive stuff, the |
| 5 | | computer stuff, the conversation with Metzger. I've |
| 6 | | been listening to your phones for several months off |
| 7 | | and on over the years, I've wire-tapped you, I've |
| 8 | | wire-tapped Dennis, I wire-tapped //Tom Metzger. |
| 9 | DANIEL MAHON: | //Yeah, so-so…found a note, probably about that. |
| 10 | S/A TRISTAN MORELAND: | Okay. So…uhm…there's not a whole lot I don't |
| 11 | | know, but let me tell you this. Your minimum |
| 12 | | mandatory, if you're convicted is seven (7) years. |
| 13 | | You're looking up to forty (40) on one of the |
| 14 | | counts, okay? That's based on what's been indicted |
| 15 | | right now. I don't expect you guys to talk to me, I |
| 16 | | know your history with Tom, I know where |
| 17 | | everything lies. But, I'm telling you, he's gonnna |
| 18 | | abandon you guys…he's not gonna… |
| 19 | DANIEL MAHON: | Well, he was never my friend anyway. |
| 20 | S/A TRISTAN MORELAND: | //I know, but… |
| 21 | DANIEL MAHON: | //He was my brother's friend there. |
| 22 | S/A TRISTAN MORELAND: | He's gonna leave you hanging, trust me. I know |
| 23 | | how he works and he's gonna be…you're gonna be |

Case No.: # 785080-04-0012
Date:     June 25, 2009 @ Time Not Specified
Name:    DANIEL MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

5

1    on your own…we're raiding his house right now.

2    Okay? He's…seventeen thousand ($17,000) dollars

3    in cash he had on him. I guarantee you, none of that

4    money's gonna go toward your attorneys or your

5    attorney fees, and he ain't gonna friggen talk to you,

6    so…all I'm telling you is…you may not have a lot

7    of friends, but if there's ever a time that you wanna

8    sit down and you want me to listen, I'll be glad to

9    talk to you guys. I can't promise you anything as far

10   as what I can do for you…there were injuries,

11   uhm…and we have to deal with victim's rights and

12   all these other crazy things, but I-…you know, I get

13   everything about you guys, there's virtually nothing

14   I don't know about you guys. Uh…and I just

15   wanted you to know where I'm coming from, be

16   straight up with you, uh…about the whole incident,

17   uh…trying to think if there's anything else I-…I

18   wanted you to, uh…be aware of. Oh, Mr. Kountze,

19   uh…the Garhare [SP?] brothers, Tina Higgins, all

20   of them, all of this stuff is going on all over the

21   country right now, McLaughlin down in…in

22   Springfield…uh…Sawyer, Waddell, it goes on and

23   on and on…so…uhm…//that's, uh…

Case No.: # 785080-04-0012
Date:    June 25, 2009 @ Time Not Specified
Name:    DANIEL MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

6

| | | |
|---|---|---|
| 1 | DANIEL MAHON: | //Get, get Sawyer not to drink so much, he'd |
| 2 | | probably talk. |
| 3 | S/A TRISTAN MORELAND: | (CHUCKLES) Yeah. Well… |
| 4 | DANIEL MAHON: | (CHUCKLES) |
| 5 | S/A TRISTAN MORELAND: | Uhm…look, I don't know everything, but at some |
| 6 | | point, if you-…I'm gonna be here at least, probably |
| 7 | | 'til Monday, 'til your initial hearing's, uhm…they'll |
| 8 | | get you to…you know, attorney's down here in |
| 9 | | Rockford later on today and you can start talking to |
| 10 | | them about what you might wanna say, but for right |
| 11 | | now…do you need anything? You guys getting |
| 12 | | water…you getting //to the bathrooms, okay… |
| 13 | DANIEL MAHON: | //Yeah…I'm fine. |
| 14 | S/A TRISTAN MORELAND: | …we're gonna get you going here in a little bit, |
| 15 | | uhm… |
| 16 | DANIEL MAHON: | No problem. |
| 17 | S/A TRISTAN MORELAND: | Something I'm forgetting…uhm…oh…Mr. Joos |
| 18 | | property is also being raided right now down in, |
| 19 | | uh…Missouri, uhm…that's another issue that I'd |
| 20 | | like to talk to you about is this guy Coombs, if |
| 21 | | there's anything you might have to tell me about |
| 22 | | where that gentleman might be that-that shot the |
| 23 | | state trooper. I'd like to know about that, uhm… |

Case No.: # 785080-04-0012
Date:    June 25, 2009 @ Time Not Specified
Name:    DANIEL MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

7

| | | |
|---|---|---|
| 1 | DANIEL MAHON: | Charles Kountze? |
| 2 | S/A TRISTAN MORELAND: | No-no…Charles Kountze up in Michigan is //being |
| 3 | | raided, I'm talking about Timothy Coombs… |
| 4 | DANIEL MAHON: | //Uh…I-don't-… |
| 5 | S/A TRISTAN MORELAND: | The friend of Mr. Joos that shot the state trooper |
| 6 | | back in nineteen ninety-four (1994). Alright, that- |
| 7 | | that's…things of interest to me. Uhm…again my |
| 8 | | name's Tristan…and…if you need to talk to me… |
| 9 | DANIEL MAHON: | Uh…uh… |
| 10 | S/A TRISTAN MORELAND: | …just tell somebody. |
| 11 | DANIEL MAHON: | …alright. |
| 12 | S/A TRISTAN MORELAND: | Okay? |
| 13 | DANIEL MAHON: | Eh… |
| 14 | S/A TRISTAN MORELAND: | Alright, bye. |
| 15 | (SHUFFLING SOUND) | |
| 16 | S/A TRISTAN MORELAND: | I'm gonna have them, uh…put you back. Tell |
| 17 | | Dennis I'll be with him in a few minutes. Make a |
| 18 | | couple of phone calls and… |
| 19 | (PAUSE) | |
| 20 | S/A TRISTAN MORELAND: | You'll, uh…put him back. I'm gonna make three |
| 21 | | (3) or four (4) phone calls and then I'll talk to his |
| 22 | | brother. |
| 23 | UNKNOWN MALE: | Sure. |

Case No.: # 785080-04-0012
Date:    June 25, 2009 @ Time Not Specified
Name:   DANIEL MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

8

1     (PAUSE / SHUFFLING SOUNDS)

2     (OUTDOOR AMBIENT SOUND)

3     (CD POSITION – 426 WAV)

4     UNKNOWN MALE:          Just in…this (UNINTELLIGIBLE)...

5     DANIEL MAHON:          Alright, so…

6     UNKNOWN MALE:          Yeah…

7     (SHUFFLING SOUND)

8     (END OF RECORDING)

Case No.: # 785080-04-0012
Date:     June 25, 2009 @ Time Not Specified
Name:    DANIEL MAHON, Interview
Matter:   CD Audio Recording / WMA (Original Court Transcript)