**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-09-712-PHX-DGC |
| Plaintiff, | **CASE MANAGEMENT ORDER NO. 6** |
| vs. | |
| Dennis Mahon (1); and Daniel Mahon (2), | |
| Defendants. | |

The Court held a status conference with the parties on September 2, 2010. Defendants and their counsel were present, as were counsel for the government. This order will reflect decisions made at the hearing.

**1. Discovery Matters.**

The Court reviewed the discovery matters set forth in the parties' discovery matrix. Doc. 523. The Court will provide decisions on these matters in a separate order.

**2. Pending Motions.**

The Court will hold oral argument and an evidentiary hearing on **September 22, 2010 at 9:00 a.m.** regarding all outstanding substantive motions. The Court will hold time open from 9:00 a.m. to 11:30 a.m. and from 1:15 p.m. to 4:00 p.m. on that day. The Court will also hold time open on its calendar from 9:00 a.m. until noon on **September 23, 2010**. The Court anticipates that not all of this time will be necessary to resolve the motions.

**3. Litigation Schedule.**

    **A.** Defendants shall file two additional motions arising from the

superceding indictment by **October 15, 2010**.

**B.** The Court granted Defendants' motion to continue trial. Doc. 485. For reasons stated on the record, trial will begin on **January 11, 2011 at 9:00 a.m.** The Court will hold five weeks open for trial (January 11-14, 18-21, 25-28, February 1-4, and 8-11, 2011). This is a firm trial setting.

**C.** Motions in limine will be filed on **November 19, 2010**. Responses shall be filed on **December 3, 2010**. Replies shall be filed on **December 10, 2010**. A hearing on motions in limine will be held on **December 17, 2010 at 2:00 p.m.**

**IT IS ORDERED:**

1. Defendants motion to continue trial (Doc. 485) is **granted**.

Excludable delay pursuant to 18:3161(h)(7)(A) and (h)(7)(B)(iv) is found to commence on November 10, 2010 for a total of 63 days.

DATED this 7th day of September, 2010.

_____
David G. Campbell
United States District Judge