FILED ✓ / LODGED __
RECEIVED __ / COPY __

SEP 2 3 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

/ X / Motions Hearing    /__/ TRO    /__/ Non-Jury Trial    /__/ ~~Jury Trial~~

JUDGE CODE:  7031    DATE:  January 11, 2011

UNITED STATES v. DENNIS MAHON
CR-09-712-PHX-DGC

/__/ PLAINTIFF    /X/ DEFENDANT

| EXHIBIT NUMBER | DATE: MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 100 | | 9-22-10 | 2/19/2004 New Times Article |
| 101 | | 9-22-10 | SA Moreland's Affidavit dated 11/16/2007 (Bates 31-32) |
| 102 | | 9-22-10 | Intentionally Left Blank |
| 103 | | 9-22-10 | Birthday card and photo sent by the CI (Bates 2518-2520) |
| 104 | | 9-22-10 | Transcript of video excerpt from E-019 dated 1/26/05 re "No sex with a dummy" |
| 105 | | 9-22-10 | Video excerpt from E-019 dated 1/26/05 re "No sex with a dummy" |
| 106 | | 9-22-10 | Transcript of video excerpt from E-019 dated 1/26/05 re "Everclear consumption" |
| 107 | | 9-22-10 | Video excerpt from E-019 dated 1/26/05 re "Everclear consumption" |
| 108 | | 9-22-10 | Transcript of video excerpt from E-019 dated 1/26/05 re "FBI & CIA vouching" |
| 109 | | 9-22-10 | Video excerpt from E-019 dated 1/26/05 re "FBI & CIA vouching" |
| 110 | | 9-22-10 | Transcript of video excerpt from E-019 dated 1/26/05 re "Northern Ireland" |
| 111 | | 9-22-10 | Video excerpt from E-019 dated 1/26/05 re "Northern Ireland" |
| 112 | | | Intentionally Left Blank |
| 113 | | 9-22-10 | Transcript of video excerpt from E-043 dated 5/1/07 re CI touches herself |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | marked | admitted | |
| 114 | | 9-22-10 | Video excerpt from E-043 dated 5/1/07 re CI touches herself |
| 115 | | 9-22-10 | Transcript of video excerpt from E-043 dated 5/1/07 re CI grabs Dennis Mahon |
| 116 | | 9-22-10 | Video excerpt from E-043 dated 5/1/07 re CI grabs Dennis Mahon |
| 117 | | 9-22-10 | Transcript of video excerpt from E-101 dated 1/4/08 re "Towel drop" |
| 118 | | 9-22-10 | Video excerpt from E-101 dated 1/4/08 re "Towel drop" |
| 119 | | | Intentionally Left Blank |
| 120 | | | Intentionally Left Blank |
| 121 | | | Intentionally Left Blank |
| 122 | | 9-22-10 | Photo of CI with grenade |
| 123A - 123K | | 9-22-10 | photographs |