**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 09-712 PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Dennis Mahon (1); and Daniel Mahon, (2) | ) ) | |
| Defendants. | ) ) ) | |

The government has filed a sealed, ex parte motion asking the Court to review a Postal summary report of an investigation into a letter bomb delivered to Ridgeway High School in New Jersey for exculpatory material pursuant to *Brady v. Maryland*, 373 U.S. 83 (1976). Doc. 1020 (lodged). The government has concluded that the report has no relevance to this case, and asks the Court to conduct an in camera review.

The government explains that a Postal employee working on the Ridgeway investigation inadvertently took two photographs on a camera that had photographs related to the Mahon case, that the two Ridgeway photos were included in disclosures to the defense in this case, and that defense counsel asked for an explanation. Counsel for the government emailed defense counsel on May 26, 2010, and explained how the two photographs were inadvertently included in the Mahon disclosure. The government also stated that it had reviewed the Postal summary report and found no connection between the Ridgeway case and the Mahon case. Daniel Mahon's counsel was not satisfied with the explanation and requested all reports in the Ridgeway case. The Postal Service objects to disclosing reports

from an unsolved case. Defense counsel apparently requested that this Court review the summary report.

The Court has reviewed the summary report. It has nothing to do with the Mahon case and contains no exculpatory information. The government will not be required to provide the report to defense counsel.

**IT IS ORDERED** that the government's motion for in camera review (lodged at Doc. 1020) is **granted**. The Court has conducted the in camera review and concludes that the submitted material contains no exculpatory information under *Brady v. Maryland*, 373 U.S. 83 (1976).

DATED this 1st day of July, 2011.

_____
David G. Campbell
United States District Judge