JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams St., Ste. 201
Phoenix, Arizona 85007
Telephone: (602) 382-2746

DEBORAH L. WILLIAMS #010537
MILAGROS A. CISNEROS #020410
Asst. Federal Public Defenders
Attorneys for Defendant
deborah_williams@fd.org
milagros_cisneros@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Dennis Mahon,<br><br>   Defendant. | No.  CR 09-712-PHX-DGC<br><br>**MOTION *IN LIMINE*<br>RE. FRE 404(b) re.<br>TOM METZGER** |
|---|---|

Dennis Mahon, through counsel, moves *in limine* to preclude at trial any evidence of Tom Metzger's life preceding September 2003, and specifically the Porland trial discussed herein. This motion is based on Federal Rules of Evidence 401, 402, 403, and 404(b), as well as the Defendant's Reply re. Motion in Limine *[Docket 1125]* and the Defendant's Response to the Government's Motion to Introduce Defendant's Statements *[Docket 1127]*.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: August 11, 2011.

JON M. SANDS
Federal Public Defender

*s/ Deborah L. Williams*
DEBORAH L. WILLIAMS
MILAGROS A. CISNEROS
Asst. Federal Public Defenders

## MEMORANDUM OF POINTS & AUTHORITIES

### Factual Background

For decades, Tom Metzger has been a long-standing and very controversial figure in various political circles. At 73 years old, he remains outspoken about his views on race, immigration, and other political topics. He was involved with the Ku Klux Klan in the early 1970s, and a decade later he founded the White Aryan Resistance (WAR). He has appeared on many television and radio shows over the years, and has run for federal office in California and Indiana. In 1990, Metzger and WAR were sued and they were ultimately ordered to pay $12.5 million in civil damages, after a civil trial in Portland spearheaded by the Southern Poverty Law Center and the Anti-Defamation League. *See Berhanu v. Tom Metzger, et. al,* 850 P.2d 373 (Or. App. 1993).

Metzger's activities, and most especially the Portland lawsuit, are irrelevant to the allegations in the instant indictment. The Mahons were not involved in the lawsuit, and they would be unfairly prejudiced by any mention of that lawsuit or other activities of Tom Metzger.

### Argument

The government has created a sweeping theory of the alleged conspiracy in this case, and the defense believes it will try to admit "co-conspirator bad acts" such as the 1990 Portland case discussed above. There is no connection between the Portland case and Dennis Mahon, and evidence of that case would be unfairly prejudicial to the defense.

Despite the fact that he has been named as an "unindicted co-conspirator," and the government may try to introduce some of his statements under Fed. R. Evid. 801(d)(2)(E), Tom Metzger's own activities such as that lawsuit have no relevance to this case. Such evidence would be nothing more than an opportunity to inflame the jurors, and it would waste time in what will already be a lengthy trial. *See United States v. Allen*, 341 F.3d 870, 886 (9th Cir. 2003) ( "Unfair prejudice" in

1  this context means "'an undue tendency to suggest decision on an improper basis,
2  commonly, though not necessarily, an emotional one.'").  The defense could find no
3  case law directly on point; however, this evidence should be precluded as irrelevant
4  and unfairly prejudicial under Fed. R. Evid. 402, 403, 404(b).
5        Respectfully submitted:   August 11, 2011.
6                    JON M. SANDS
                     Federal Public Defender
7
8
                     *s/Deborah Williams*
9                    DEBORAH L. WILLIAMS
                     MILAGROS A. CISNEROS
10                   Asst. Federal Public Defenders

11
   I hereby certify that on August 11, 2011, I electronically transmitted the attached
12 document to the Clerk's Office using the ECF System for filing and transmittal of a
   Notice of Electronic Filing to the following ECF registrants:
13
14 CLERK'S OFFICE
   United States District Court
15 Sandra Day O'Connor Courthouse
   401 W. Washington
16 Phoenix, Arizona 85003

17 Michael Morrissey/John Boyle
   Assistant U.S. Attorney
18 Two Renaissance Square
   40 N. Central, Suite 1200
19 Phoenix, Arizona  85004-4408

20 Barbara Hull
   Counsel for Co-defendant
21
   Copy of the foregoing
22 MOTION mailed this 11th
   day of August, 2011,  to:
23
   Dennis Mahon
24 Defendant

25
    s/  *S. B.*
26 S. B.

27
28

3