ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

JOHN BOYLE
Assistant U.S. Attorney
Arizona State Bar No. 015640
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
john.boyle@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>           Plaintiff,<br>     v.<br><br>Dennis Mahon,<br><br>           Defendant. | CR-09-00712-PHX-DGC<br><br>**GOVERNMENT'S RESPONSE TO MOTION IN LIMINE REGARDING RULE 404(B) AND TOM METZGER** |

The government hereby responds to defendant's Motion in Limine Re: FRE 404(b) and Tom Metzger. The government responds to Defendant's motion "to preclude at trial any evidence of Tom Metzger's life preceding 2003, and specifically the Portland trial discussed herein." (Motion, Page 1, Lines 16-18.)

**Portland Lawsuit**: The government will not introduce evidence concerning the Portland lawsuit [1] in this case in its case-in-chief. The government agrees to preclude this evidence with the exception that if the government believes the defense in this case makes this topic relevant, the government will bring this issue to the attention of the Court and allow the parties to argue the matter. The government will not discuss the Portland lawsuit at any time without obtaining the permission of this Court.

**Tom Metzger's Life Prior to 2003:** The government will not discuss the actions, lawsuits, and life of Tom Metzger prior to 2003 in its case-in-chief. If these issues become relevant, the

---

[1] In 1988, Mulugeta Seraw was killed by three associates of the White Aryan Resistance. Tom Metzger and WAR were successfully sued and ordered to pay $12.5 million in damages in connection with Mr. Seraw's death.

government will seek the permission of the Court to introduce this type of evidence. The sole exception is that the government intends to introduce evidence that Tom Metzger founded and led WAR prior to 2003. This evidence will be presented as context to how Defendants are connected to Tom Metzger and WAR.

Defendant references Rule 801(d)(2)(E) of the Federal Rules of Criminal Procedure. The government will not attempt to admit a statement of Tom Metzger without first receiving permission and ruling from this Court pursuant to Rule 801(d)(2)(E) of the Federal Rules of Evidence.

**The government's case-in-chief.**

The government refers to its case-in-chief because the government cannot be expected to disclose rebuttal "other act" evidence. First, this Court would not rule on a motion without knowing the context and the relevance of the subject matter. This Court has not heard the trial evidence, and it cannot be expected to make decisions regarding rebuttal evidence prior to trial. Moreover, the government does not know what the defense will be presenting in their case. How could the government submit rebuttal Rule 404(b) evidence without knowing what evidence it was rebutting? The government cannot be expected to anticipate every possible piece of defense evidence, then submit every possible piece of rebuttal Rule 404(b) evidence, and then cogently argue relevance without knowing the realm of evidence admitted at trial.

Respectfully submitted this 2nd day of September, 2011.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

s/ *John Boyle*
JOHN BOYLE
Assistant U.S. Attorney

2

Certificate of Service
I hereby certify that on September 2, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Deborah L. Williams, Attorney for Dennis Mahon
Barbara L. Hull, Attorney for Daniel Mahon

By:  *S/ John Boyle*