EXHIBIT 1

# Defendants' Transcript Text Objections

Mahon Transcript February 5
17:40:11 to 18:00:00

DEM: (Unintel. ) I love your hat. New boots? I love this hat.

CI:     Oh that hat. Yeah. I'm glad.
DEM: UI

CI:     Kinda disappointed that I didn't find what I was looking for today.

DEM: Me too. Me too. Me --Me too. Me too. Me too.

CI:     And, ah, I thought you could run me through this one last time before, before I go?

DEM: Not in your trailer. My trailer.

CI:     Not in my trailer?

DEM: No. (Unintel.) Knowledge of silencers, knowledge of improvised munitions is not illegal, until you actually do it.

CI:     Right.

DEM: Do you understand that?

CI:     Um hmm. What are you worried about?

DEM: I just don't want you to get . . . don't want you to get hurt. I've got to get you the right books on this.

CI:     Books aren't going to help me right now. I told ya I got my mind set.

DEM: I know.

CI:     I have good intentions and I'm gonna go follow through with it.

DEM: I just don't want you to get caught.

CI:     I don't want to get caught either.

DEM: But --

CI:     Why would I be caught?

DEM: hatred and vengeance. It does feel real good. But sometimes . . .

CI: I went and picked up some things. (Unintel.) I don't know if I got everything other than the powder and the sparks and the . . .. I kinda realized after the fact that I bought it from different places so . . . is that good?

DEM: It's better than (unintel.).


CI: I'll hit a store when I head out of town.

DEM: UI

CI: No, but I can get one out of town. That way none of this stuff was bought within miles of each other.

DEM: UI

CI: I'm sorry, overkill?

DEM: UI gunshow UI

CI: She was?

DEM: UI

CI: Is that the right thing?

DEM: UI

CI: UI

DEM: UI

CI: UI

DEM: UI

CI: I don't think we'll be going through Utah.

DEM: Ssshhh.

CI: Did I do good?

DEM: Yeah.

CI: What's the angle?

DEM: UI

CI: I don't see that . . . (unintel.) right now.

DEM: UI

CI: This isn't gonna fit (unintel.).

DEM: UI

CI: I was thinking about doing that in a box.

DEM: (Unintel.)

CI: The only thing is how I keep it from rattling all around in there.

DEM: Box is too big.

CI: I could get a smaller box. I think it's going to be too heavy if you put into a package, to an envelope.

DEM: UI

CI: I can get an electronic match. I'm gonna get black powder. I'll get them both at different places.

DEM: UI

CI: Okay, so how exactly uh . . . do I get . . . just trying to go through it in my mind again, to try to figure out how we . . . ..

DEM: UI

CI: Is what I need to get to?

DEM: (He is talking to her again and cannot hear him from 17:49:47 to 17:49:53.)

CI: I'll make sure I get one.

DEM: (At 17:51:44)(Unintel.) "Contact!" "In his face and his fingers." (Unintel.)

CI:     Uh, I wanna . . . I need to go through it a couple times.

DEM:   UI

CI:     Is this when you got your . . .

DEM:   UI

CI:     She's lucky.
DEM:   UI
CI:     He was threatened?
DEM:   Yes.
CI:     Is he black?
DEM:   No, he's a white man.
CI:     Sergeant (unintel).
DEM:   UI
CI:     (Unintel.) What can you do?
DEM:   UI
CI:     Good thing we're leaving.
DEM:   UI
CI:     You haven't done anything.
DEM:   UI
CI:     What are they going to kick him out for?
DEM:   UI
CI:     So he was a sergeant?
DEM:   Yeah.
CI:     He was a friend of yours?
DEM:   UI "he showed me paperwork. They're gonna kick him out.  For racial . . . racial, . . . um, statements."
CI:     Um hm.
DEM:   He didn't (unintel.) He pled two years later.
CI:     UI
DEM:   UI
CI:     (Unintel.) maybe I'm just in time.
DEM:   UI
CI:     UI
DEM:   UI
CI:     We couldn't get it anyway . . . they didn't have it anymore.
DEM:   UI
CI:     I'll take fucking (unintel) apart if I have to.  I'll get what I need.
DEM:   UI
CI:     I can get it, don't worry.
DEM:   UI
CI:     I don't want you to do that. I'll take care of it. I got the willpower and the power and the courage to do it.

DEM: I know.  I do too. But UI"but you have a good disguise." (Unintel.)

CI: I'll dress up like an old man.  I'll pad my stomach so it doesn't look like I got any boobs.  I'll just put on like a bunch of man's clothing. Some man's clothing.

DEM: You can do that.

CI: I'll put on a man's wig.

DEM: You can do that. You can do that.  I just don't want you to get caught.

CI: I'm not gonna get caught.

DEM:  me and dan said that whether me and you have sex with you and have babies it's our kids we're twins so UI what if you do get caught and locked up for  10 years you have no (unintel).

CI: Lots of girls have babies in jail.

DEM: Really

CI: They got little quarters go in.

DEM: (Unintel.) What is it?

CI:     CI 986 today is Wednesday, excuse me, today is Thursday, May 4, 2006, calling Dennis Mahon.

DM: Hello

CI: Good Morning.

CI: Dennis?

DM: Who's this?

CI:  It's Becca.

DM: Oh, Becca.  You're calling from a different phone.  I didn't recognize the phone.

CI:  Yeah, umm.  Well, I had to use a phone card cause I'm low on my minutes on my cell phone.

DM: Yes, Cinco de Mayo is coming, at the Tulsa County fairgrounds Expo Center.  They cancelled it because the word got out that uh several Federal buses were gonna show up and immigration, ICE was going to show up and start busting illegals.

CI: Cool.

DM: See, it doesn't take much.

CI: Mmm, hmm.

DM: All it takes is about maybe every state lost about twenty-five companies. (UI) You know word gets out pretty quick.  It doesn't take much.

DM:  Your buddy there, ol' Don Logan.

CI:   Yeah, very arrogant, very arrogant bastard he is.  Go ahead, sorry.

DM: Well what's happening is he's, he (UI). Uh, if it happens again, and he doesn't understand...They're not going to hit him where he works, they're going to get him where he lives. You know their going, their gonna, their gonna tail pipe the son of a bitch, blow his car up when he's in it. I mean he's pretty stupid because, you know, I, I still believe, I totally believe that uh the Scottsdale cops are the ones that are going after him. Because he's been fucking with the Scottsdale cops for ten, well for 5 years or more.

CI: Yeah

DM: So, he's, he's just looking, you know, Niggers aren't very smart. Umm...

CI: Why do you think they did that, Why, why do you think they didn't do it right the first time. I mean why, what do you think...

DM: hey, you know they don't learn. They don't. They're, they're amateurs. They're learning.

CI: Yah

DM: Believe you me; they got the same books I have.

DM: You know, I just, just wanted to teach the motherfucker a lesson the first time. You know and, and you know there will be no lesson to learn the second time cause you know these guys learn pretty fast, these cops. Anyway I felt pretty good about that rally. (UI) It's been raining like hell, we got about six inches rain, it's flooding everywhere here.


(The line above is underlined for the Court's review. It is not underlined in the final transcript.)

E-43

CI 986: = CI
DM1: = Dennis Mahon
DM2: = Daniel Mahon

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪.

15:31:44

DM1: This is it.

DM2: This is it. Take a left and you go to the second parking lot.

DM1: Second parking lot we're getting pretty close.

DM2: It's probably that building right there.

CI: Where does it?

DM1: You read it hon (UI).

DM2: It says second something. This is it here. This is where Logan's from.

DM1: Yeah. Second Street. Damn.

CI: Oh, Second Street and something. Too bad they still ..... UI.

Dennis: You know, Becka, we had no idea the guy was going to call us up honey, ok.

Daniel: Yeah.

Dennis: We had no idea this was going to happen.

Daniel: Ok this is the street here, this is where UI.

Dennis: But I'm glad you were here

Dennis: Civic Center, City Hall right here.

CI: That says First.

Daniel: That's First Avenue you probably have to go to Second.

Dennis: Yeah next one.

Daniel: Next one up. This is First Street.

Dennis: Go honey, it's up here. That's the UI building. Go to the next, next.

CI: What is that building?

1

# Defendants' Transcript Substantive Objections

**Transcripts for Exhibit E-32**

Date: Tuesday, May 2, 2006

Voice: New messages, Tuesday 1:01 PM.

DM: Hello Becca. It's Dennis here. Um, It's about eh.., gosh it's very close to 1:45 my time, which it would be about 12:30, 12:45 your time. Calling uh, uh Tuesday, I got your stuff. Umm, Mr. Don Logan, umm, uh he must have a death wish. Umm believe you me, the Scottsdale Police, obviously didn't do the job right the first time. Now that's my opinion. I'm not gonna swear to it, you know. But the Scottsdale Police Department, the vast majority of the white officers hated that bastard's guts. So maybe next time, they'll plaster his innards all across the hall, you know. Uh, next time if they make a bomb, if they, which I think they did. I can't prove it, and I won't' testify that I helped them or know any of them. Thanks for calling again, bye.

**Voice Mail Message from Dennis Mahon to CI 986**

Date: Wednesday, May 3, 2006.

Voice: New message, Wednesday 5:48 AM

DM: Uh Becca, Dennis again here, umm, uh…it's Wednesday the 3rd, about 7:00 o'clock eh, 7:00 o'clock your time, quarter to 7. I guess you're already out. Umm, yeah, uh…that Don nigger Logan, again, I think that eh…he is pushing it, and I think the Tulsa boys uh, Tulsa P.D. are gonna set him up. This time it gonna be from a real bad one for him. That's my opinion. Uh, I was at the uh, uh Minute Man rally, big Minute Man rally here in Tulsa. Was there, almost 400 white people showed up. I'll tell you about it, it's pretty wild. I'll catch you later.

Voice: You have no more messages…

SA Moreland: This is SA Tristan Moreland 785080040012 2006. The preceding two voicemails were taken off the voicemail for UC CI 96 a phone being used by that CI tha phone number is 928-707-1088.

TM:    We put out the Tim McVeigh thing on the anniversary of the bombing, that painting or the picture I've got out here, I don't know whether you

DM:    oh yea

TM:    I put that on the internet, it said rest in peace Tim

DM:    You betcha

TM:    Fuck em, they bombed they killed Vicky Weaver, they killed all those people at Waco so

DM:    Hit hem, yeah hell ya man

TM:    ~~So our side killed some people~~

DM:    Damn right, it's too bad they couldn't have gotten the FBI or IRS building though, better than nothing

TM:    Yeah, yeah, well, I used to be more hesitant about getting into it, I'm getting so I don't give a shit anymore

DM:    Most folks are pussies, you know those same whites like you said Tom, those same whites we're sacrificing for, they got arrested for shooting a nigger or Mexican.

TM:    Yeah

DM:    Those are the ones getting the death sentence

TM:    Yeah, the way it's gone, it's gonna all come apart very soon one of these days anyhow, and we're all gonna be fucked....you know.  What the hell did I do?

| | |
|---|---|
| Session Number | 1604 |
| Case ID | 785080-04-0012 |
| Target ID | Daniel MAHON |
| Line Id | 8155015260 |
| Date | 04/25/2008 |
| Start Time | 06:57:40 GMT-07:00 |

DAM: Hello

DEM: Are you in the office yet

DAM: Huh?

DEM: I said are you in the doctor's office yet.

DAM: ah we just got here, we just got here by the van

DEM: I was going to do a radio show with Tom and ah he started lecturing me about Kountze being an informant and ah I said wait a minute ah he's had 15 years to do something to me ah he's just a nutcase

DAM: yeah

DEM: (mumbles) your too close to him and your too close to him and your close to me and it's a problem there. Uhm ah he shows up here once over 3 months on his way to visit his mother. I know all about his mother and his family

DAM: yeah

DEM: Oh by God he he's someday your going to see your going to see him in court he's going to get ya. Tom I ah I I don't tell anybody anything about what I've done. Well he could always say ah that that you talk about bombing buildings and everything.

DEM: Anybody could say that anybody could say that Tom but where's the where's the where's the proof?

DAM: Yeah

DEM: Anyway ah I told Tom and Tom said that he did not want to talk to me for a while and didn't want me to let me go on the show and I said Tom I said you know something, I'm so tired of this I'm I'm so burned out worrying about this now, you've got to find somebody else between 30 and 40 that can take over here you know.

DAM: yeah. Well he does

DEM: I mean I mean I said Tom I'm taking ah he said well what what have you done what have you done for this movement. I told him would you look at our would you just look what we've done in the past.

| Session Number | 2067 |
|---|---|
| Case ID | 785080-04-0012 |
| Target ID | Dennis MAHON |
| Line Id | 8159807337 |
| Date | 03/15/2008 |
| Start Time | 08:01:52 GMT-07:00 |

DEM: Yeah, go ahead Tom

TM: Hey is this Dennis the Menace are you out on the road today?

DEM: I sure am I'm always on the road it seems like. Hahaha

TM: Hey, all our listeners out there here's old Dennis the Menace Mahon and he's actually literally on the road in the heartland so we're gonna get a birds eye view of what you're seeing huh?

DEM: Yes it's been quite a while Tom, I've been in the middle of Rockford Illinois area, the second biggest city in Illinois,

TM: yeah

DEM: It's a total lack of white male leadership. That's why a lot of these white girls are going with these Mexicans and niggers.

TM: Well you know it's a change at the same you go back in history, they go on and on and on crying about the lynchings. Well, essentially there wasn't that many lynchings compared to the population but still a majority of those lynchings were justified.

DEM: Damn right

TM: These people did something, they raped or murdered or did something bad, and they totally in other words they're saying all lynchings was wrong, you see, that is wrong, well the, the the system lynches people all the time. I mean you know, figuratively and literally, so ah, you know what's the big deal. The system is a terrorist, they terrorize you and me, and I mean if we go out and do something and they catch us they're gonna wanna either give us 99 years in the electric chair or 99 years in a little cell or something like that.

DEM: Oh yeah, and the terrorism, it's not just physical terrorism, I mean they, they're never going to forgive us for standing up for our race, even though 90 percent of them don't deserve to be stood up for. But you know every time you get a job you gotta worry about God, Are they gonna google me? I'm finished, I mean, it's it's it's this mental terrorism that tears me apart, that that that I can't do anything against what's happening but you know, they gotta realize one thing, and this is why they got this bill out, S what, 1955.

TM: Yeah, Mmhmm, right.

DEM: They know that the sheep talk, the price of wheat's gone up, ah tripled? The price of gas is $3.40 a gallon, eventually the sheep, even though they don't have any pride, they're gonna be put so up against the wall, they are gonna come up striking back, but they're gonna strike back at anything that's around them. We have, they have to come to us, or they have to learn that they have to come to the realization that the corporate America and the politicians are the ones that they need to strike against- first.

TM: We have to write off a large percentage of the white people, you just have to write 'em off because you're not gonna save 'em they're not gonna change, and no matter how bad things get, they'll still whine the government will take care of me, the government will take care of me. Even when government is actually screwing them all along the way. So.

DEM: But then if the government can't come, if the government can't take care of 'em they're gonna be pissed off too though.

TM: Well they would but still they're so brainwashed that government has all the answers that they'd probably still be there "well as soon as you can, can you help me?"

DEM: Yeah

TM: Instead of burning down the capitol or something you know?

DEM: I don't understand why they're so fearful of us yet, ah, they must know the calibre of how terrible the white man has become in spirit and leadership, but why are they so fearful that they want to throw us in jail for being possible terrorists Tom?

TM: Because race is the most powerful weapon that's around, that's why, it's the only thing that can trump their economic terrorism is racial terrorism. And they know it and look at the democrats now, ever any time anything gets into a big donnybrook, race comes out, and just like with Obama and Hillary.

DEM: hehe, I love it

| | |
|---|---|
| Session Number | 2367 |
| Case ID | 785080-04-0012 |
| Target ID | Dennis MAHON |
| Line Id | 8159807337 |
| Date | 04/02/2008 |
| Start Time | 13:53:50 GMT-07:00 |

**DAM**  Hello

**DEM**  Hello go ahead

**DAM**  Wow,  I just found a new hobby shop here,  Two kits here, one of em a B-17 UI tail, and a U2 UI really beautiful kit, matter of fact I've haven't seen one, of course, U2 was used over Russia and Vietnam

**DEM** Hold on, What else did they have danny, you said they had a bunch of kits there

**DAM:** Well, disappointed, ok Very disappointed, very disappointed.

**DEM:** Yeah, That figures,

**DAM:** Vietnam veteran, he's got one of his Legs shot off, shrapnel coming out in the back, not quite right in the head, denny

**DEM:** Yeah well well told ya, sometimes these guys are so full of shit you know

**DAM:** Well I said, UI

**DEM:** Oh Jesus

**DAM:** The B-17 is UI Get 30 bucks out of it, Paid $10 for the u2, it's pretty never seen U2 ... UI finished to scale UI

**DEM:**  Well he lied

**DAM:** What happened is the son , son told him that, son UI

**DEM:** That figures

**DAM:** Anyway, nice little town.  Guess what, not one Mexican in the whole town, Denny.

**DEM:** Well of course, ya, small town, ya no shit man.

**DAM:** And uh, anyway, he uh, said that uh, there's a small company that's laying off all the white guys here and hiring Mexicans.

**DEM:** Oh really.

**DAM:** I said Don, you need to go up there, get some good ol' boy together, get some, get some alcohol, some, some, some uh vodka, throw it throw it through a window and light the place up and burn it right to the ground.

**DEM:** Well, that's up to him to, that's up to the people in the town to do that.

**(DAM and DEM talk over each other.)**

**DEM:** We can't, we can't, we can't, we can't fight their battle anymore, Donny.

**DAM:** I just told him, I just told him what you should do, you need to, you need to do pal, you need to get your friends together, just take care of business. UI around the country, lay off all the white people and put the Mexicans in there. Went to the VA , they said he can't get full disability, said goddamn man, your legs shot off.

**DEM:** go ahead

**DAM:** what was that noise?

**DEM:** just started my chainsaw

**DAM:** oh ok, I'm gonna head down, head down past St. Louis, take down, don't have enough money for a motel now I mean, I feel pretty good, get past St Louis, get down to UI, and find a place there

**DEM** good good catch ya later man  UI

**DAM:** Listen the good news, im gonna go to this antique mall in Tulsa, stuff there

**DEM:** Sure

**DAM:** Catch ya later

**DEM:** Bye.

Session Number                    3287
Case ID                              785080-04-0012
Target ID                        Dennis MAHON
Line Id                              8159807337
Date                                   05/22/2008
Start Time                    13:34:35 GMT-07:00

DEM: (talking while the phone is ringing) Ya know a man's got every man's got a break point

DAM: Hello

DEM: I tell you that's a pretty fucking dirty trick.

DAM: That sheriff comes over here anymore to chase him off

DEM: Well, they had a warrant see, to get our DNA

DAM: Yeah

DEM: Now Donnie the thing is the the only thing get DNA ah is ah envelopes, ya lick lick an envelope

DAM: Yeah

DEM: There's no way the BATF can bother us because you know what do you do you lick you lick you lick you lick some explosives with your tongue or something I mean you know

DAM: No they said they said it had to do with drugs

DEM: Drug Drugs?

DAM: Drugs explosive thing yeah

DEM: Drugs and explosives?

DAM: Yeah. I don't want to a

DEM: Well one of the the car the car that stopped me was a brand new red ah Ford Ford ah ah Explorer with Florida tag on it.

DAM: Huhm

DEM: A Florida tag. Jesus Christ, when was the last time we've been to Florida man?

DAM: Yeah

DEM: But they are worried about you and I because we ah we we are professionals see,

DAM: Yeah

DEM: Now I wonder I wonder if our little bitch done had something to do with this?

DAM: I wouldn't be surprised.

DAM: Well they don't talk with you, they want me, they want me, they don't want you at all.

DEM (talking over DAM) they got me too

DAM: No they they they came here with the warrants in my name Denny

DEM: yeah they gave me a warrant warrant too Donnie.

DAM: They they took your sample of your DNA?

DEM: Yeah

DAM: Oh, okay, well

DEM: Anyway anyway, let me tell you something ah this racial racial strike force thing I guess I guess it is for real, I thought it was a phony phony thing but, guess what Donnie, ah I you know I am a I gotta make a decision if they want to arrest me, I could I could go to court, they are going to put me in jail for the rest of my life, but at least I would know who the fucking bastards the bastards that are ratting on me you know

DAM: Yeah

DEM: for trying to make (UI) worry about me

DAM: I want to talk to Steve too ah I need to call Steve up

DEM: Call Steve up tonight but as for as Kountze is concerned, I I think his phone number is 797-7990 but that's another mother fucker that I don't trust.

DAM: Well I told you there's two people that you shouldn't be letting on here, you know, that girl and ah Kountze

DEM: Well what am I supposed to do you know, live in a cocoon?

DAM: Yeah

DEM: If they are out to get you they are going to get somebody you can't live in a cave Donnie.

DAM: Yeah

DEM: (talking over each other) I can't I can't feel good about it but I will tell you what Donnie, ah I think I am going to go down fighting, they gotta be pretty scared they had they had 5 full cars parked along the highway

DAM: Yeah, me too , they came in here

DEM: That fucking that fucking sheriff's deputy and that God damned fucking ah BATF they were shaking like a leaf Donnie, just shaking.

DAM: Yeah, well he's not welcome anymore if he comes down here chase him off

DEM: They gotta have a warrant. It also let me tell you something, our little buddy there showed up, you know the little sheriff deputy that showed up

DAM: Yeah

DEM: I'm never going to say much to him

DAM: Yeah okay

DEM: You know I mean I just get I mean but anyway looks like looks like you know it's really strange because we haven't been done nothing in fucking years

DAM: Yeah I know I can believe it that's

DEM: They don't they got who's ever doing it is trying to make a mountain out of a molehill because you know I think I will go to court

DAM: (talking over each other) the judges name is Mahoney

DEM: Yeah, I know

DAM: Is that a federal judge, that's a federal judge I mean I assume yeah

DEM: He's a bankruptcy judge too

DAM: Yeah

DEM: But the B I want to know why the BATF came over here what's that all about

DAM: Yeah yeah

DEM: Oh well, they are going to have the statute of limitations thing is a they are going to have a hard time pushing it

DAM: Yeah

DEM: You see the only that gets civil rights violations is if you shoot somebody

DAM: Yeah that's right

DEM: Or hang somebody, you know, ah it's just ah I'm just going to straight on the job and ah just ah see what happens

DAM: Yeah think anybody

DEM: later

DAM: yeah

DEM: bye, tell Dottie that that they've done this to 300 people they are just trying to to ah to go on a fishing expedition.

DAM: Okay, talk to you later

DEM: bye