JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

DEBORAH L. WILLIAMS, # 010537
MILAGROS A. CISNEROS, # 020410
Asst. Federal Public Defenders
Attorneys for Defendant
deborah_williams@fd.org
milagros_cisneros@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 09-0712-PHX-DGC |
| Plaintiff, | NOTICE RE. USE OF THE WORD TERRORISM IN COUNT I |
| vs. | |
| Dennis Mahon, | |
| Defendant. | |

Dennis Mahon, through undersigned counsel, hereby files this Notice regarding an issue that was addressed but not resolved on September 30, 2011. The defense brings this matter to the Court's attention because it is an issue that will bear on the issue of whether or not to submit the indictment to the jury.

On July 13, 2010, the defense filed a motion to strike certain language from the indictment, including among others the reference to terrorism. *Docket 408.* The issue was argued on September 23, 2010. *Transcript, at 51-52, 54-55.* On September 29, 2010, the Court ordered that the word "terrorism" be stricken from Count One of the Indictment. *Docket 620, at 9.* This issue arose again during the September 30, 2011,

motion hearing, and there were several sets of recollections about the Court's previous ruling. This issue must be addressed before the indictment can be sent (or not) to the jury during their deliberations.

         Respectfully submitted: December 29, 2011.

         JON M. SANDS
         Federal Public Defender

         *s/Deborah L. Williams*
         DEBORAH L. WILLIAMS
         MILAGROS A. CISNEROS
         Asst. Federal Public Defenders
         JON M. SANDS
         Federal Public Defender

I hereby certify that on December 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

MICHAEL MORRISSEY
JOHN BOYLE
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central, Suite 1200
Phoenix, Arizona  85004-4408

BARBARA HULL
637 N. Third Ave. #3
Phoenix, AZ 85003-0001
Attorney for Co-defendant Daniel Mahon

Copy of the foregoing mailed to:

DENNIS MAHON
Defendant


 s/ *S. B.*
S. B.