UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
FINAL
JOINT DEFENDANTS' WITNESS LIST - CRIMINAL

/__/ Motion to Suppress    /__/ Non-Jury Trial    /X/ Jury Trial    Judge Code: __7031__

USA v. Dennis Mahon and Daniel Mahon    Case No. CR-09-712-PHX-DGC

UNITED STATES v. Dennis Mahon and Daniel Mahon

/__/    PLAINTIFF    /XX/    DEFENDANTS

| NAME | G/D | DATE SWORN | APPEARED |
|---|---|---|---|
| Allen, Jody | | | |
| Amato, Peter | | | |
| Angelica, Julia | D | 2-10-12 | 2-10-12 |
| Atwood, Richard | | | |
| Ball, Terence | | | |
| Bartosh, Doug | D | 2-7-12 | 2-7-12 |
| Bell, Joseph | | | |
| Bell, Jacque | | | |
| Bettendorf, Lawrence | | | |

| NAME | G/D | DATE SWORN | APPEARED |
|---|---|---|---|
| Blas, Vincent | | | |
| Bowers, Richard | | | |
| Braccia, Dana | D | 2-10-12 | 2-10-12 |
| Brandenberger, Karl | | | |
| Brasfield, Lori | | | |
| Bromich, Barrett | | | |
| Brown, Beatrice | | | |
| Buchanan, Susan | | | |
| Carroll, Tom | | | |
| Casadei, Michael | D | 2-14-12 | 2-14-12 |
| Castillo, Oscar | D | 2-15-12 | 2-15-12 |
| Celaya, Dector J. | | | |
| COR Cellco DBA Verizon | | | |
| COR City of Scottsdale | | | |

| NAME | G/D | DATE | |
|---|---|---|---|
| | | SWORN | APPEARED |
| COR IRS | | | |
| COR Sprint Spectrum | | | |
| COR Social Security Administration | | | |
| Curran, John | D | 2-8-12 | 2-8-12 |
| Davis, Kristina | | | |
| Devlaeminck, Gary | | | |
| DiPirro, Carrie | | | |
| Dimitrelos, Gus | | | |
| Diss, Jim | | | |
| Dominguez, Kim | | | |
| Donnelly, John | | | |
| Eiser, Kevin | | | |
| Felton, James | | | |
| Fite, Carla | | | |

| NAME | G/D | DATE | |
|---|---|---|---|
| | | SWORN | APPEARED |
| Fisher, Robert | | | |
| Flores, Oscar | | | |
| Flynn, Timothy | | | |
| Gandara-Zavala, Helen | D | 2-7-12 | 2-7-12 |
| Gibson, Anthony | | | |
| Glorioso, Jane | | | |
| Granieri, J. Swain | | | |
| Green, Daniel | | | |
| Green, R.S. | | | |
| Guzman, John | | | |
| Hager, Sabrina | | | |
| Hamilton, Rita | D | 2-10-12 | 2-10-12 |
| Hansen, Don | | 1/26/12 | 1/26/12 |
| Heise, Donald | D | 2-10-12 | 2-10-12 |

| NAME | G/D | DATE | |
|---|---|---|---|
| | | SWORN | APPEARED |
| Heller, Sharice | | | |
| Hildick, Michael | | | |
| Hokr, Wayne | | | |
| Horowitz, Joan | | | |
| Hough, Larry | D | 2-10-12 | 2-10-12 |
| Howell, April | | | |
| Hunt, Mary Beth | | | |
| Johnson, Cassie | | | |
| Karceski, Andy | | | |
| Kaufman, Michelle | | | |
| Kennedy, George | | | |
| Kennedy, Pat | | | |
| Kreiger, Nichole | | | |
| Kudela, Tess | | | |

| NAME | G/D | DATE SWORN | APPEARED |
|---|---|---|---|
| Kuechler, Mark | | | |
| Kuperus, Wanda | | | |
| Kwong, Sylvia | | | |
| LaPorte, Gerald | | | |
| Leduc, Joe | | | |
| Lenzen, Tim | D | 2-14-12 | 2-14-12 |
| Lester, Steven | | | |
| Lewis, Carol | | | |
| Linville, Sherry | | | |
| Linyard, Renita | | | |
| Livingstone, Chris | | | |
| Loehrs, Tami | D | 2-8-12 | 2-8-12 |
| Logan, Donald Ray | | | |
| Lukowski, Mike | | | |

| NAME | G/D | DATE | |
|---|---|---|---|
| | | SWORN | APPEARED |
| MacKenzie, John | D | 2-15-12 | 2-15-12 |
| Maes, Robert | | | |
| Mahon, Daniel | | | |
| Mahon, Dennis | | | |
| Mahon, Willie | | | |
| Mangan, Tom | | | |
| Mardeusz, Joe | | | |
| May, Tony | | | |
| McCormick, Kathi | | | |
| McKeown, Anita | | | |
| McMillian, Velicia | D | 2-8-12 | 2-8-12 |
| Metzger, Tom | | | |
| Misner, Kenneth | | | |
| Moberley, Robert | | | |

| NAME | G/D | DATE SWORN | APPEARED |
|---|---|---|---|
| Monteilh, Jeff | | | |
| Moore, Virgil W. | | | |
| Moreland, Tristan | D | 1-12-12 | 2-14-12 |
| Morrison, Joanna  — video depo played 2-15-12 | | | |
| Morse, Anthony | | | |
| Myers, Clint | | | |
| Nakar, Grace | D | 2-8-12 | 2-8-12 |
| Norfleet, Patricia | | | |
| Piacenza, Edward | | | |
| Popp, Greg | D | 2-10-12 | 2-10-12 |
| Remy, Roger | | | |
| Riley, Don | | | |
| Sartuche, Jesse | | 2/3/12 | 2/3/12  2/7/12 |
| Simiele, Robin | | | |

| NAME | G/D | DATE | |
|------|-----|------|---|
|      |     | SWORN | APPEARED |
| Smith, Kent | | | |
| Smith, Stephanie | | | |
| Smith, Steve | | | |
| Smitherman, Cynthia | | | |
| Staub, Rick | | | |
| Torbenson, Greg | | | |
| Trimble, Marshall | | | |
| Van Meter, Tom | | | |
| Waltenbaugh, Dan | | | |
| Wells, Bryon | | | |
| Werbick, Robert | | | |
| Wilkins, Chris | | | |
| Williams, Brandon | | | |
| Williams, Rebecca Tonya | D | 1-24-12 | 2-14-12 |

| NAME | G/D | DATE | |
|---|---|---|---|
| | | SWORN | APPEARED |
| Wilson, James L. | | | |
| Workman, Clay | | | |
| Yazell, Bill | D | 2-10-12 | 2-10-12 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |