# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 4 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## WITNESS LIST -- CRIMINAL

___ Ex Parte Evidentiary Hearing    ___ Non-Jury Trial    X Jury Trial

USA v. Mahon, et al, Dennis                09-CR-00712-PHX-DGC
      Last,  First,  Middle                Year-Case Nr-Deft Nr-Judge

X GOVERNMENT    ___ DEFENDANT

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1 | Jacque Bell | G | 2-1-12 | 2-1-12 |
| 2 | Larry Bettendorf, ATF | G | 1-12-12 | 1-12-12, 2-1-12, 2-3-12, 2-15-12 |
| 3 | Todd Bille, ATF Lab | | | |
| 4 | Grant Bristow | G | 1-31-12 | 1-31-12 |
| 5 | Briana Brito, ATF | | | |
| 6 | Susan Buchanan, Reporter | | | |
| 7 | John Curran, US Postal | G | 2-8-12 | 2-15-2012 |
| 8 | Gary Devlaeminck, City of Scottsdale | G | 2-1-12 | 2-1-12 |
| 9 | Carla Fite, City of Scottsdale | | | |
| 10 | Sabrina Hager, ATF | G | 1-12-12 | 1-12-12, 1-13-12 |
| 11 | Paul Harvey, ATF | G | 1-12-12 | 1-12-12 |
| 12 | Steve Hauser, ATF | | | |
| 13 | Donald Heise, City of Scottsdale | | | |
| 14 | Michelle Kaufman, ATF | | | |
| 15 | Greg Kunce | | | |
| 16 | Tim Lenzen, ICE | | | |
| 17 | Renita Linyard | G | 2-1-12 | 2-1-12 |
| 18 | Chris Livingstone, ATF | | | |
| 19 | Don Logan | G | 2-1-12 | 2-1-12, 2-3-12 |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 20 | Velicia McMillan ~~, City of Scottsdale~~ - Humes | G | 1-31-2012 | 1-31-2012 |
| 21 | Jeff Monteilh, City of Scottsdale | | | |
| 22 | Tristan Moreland, ATF | G | 1-12-12 | 1-12-12, 1-13, 1-17, 1-18, 1-19, 1-20, 1-24, 1-31, 2-1, 2-15-12 |
| 23 | Joanna Morrison, City of Scottsdale | | | |
| 24 | David Morse | | | |
| 25 | Patricia Norfleet, City of Scottsdale | G | 2-1-12 | 2-1-12 |
| 26 | Alan Scott | | | |
| 27 | Neetul Sharma (or other Verizon Representative) | | | |
| 28 | Mike Sinclair | G | 1-12-12 | 1-12-12 |
| 29 | Rick Staub, Cellmark Lab | G | 1-19-12 | 1-12-12 |
| 30 | Rebecca Williams | G | 1-24-12 | 1-24-12, 1-25-12, 1-31-12 |
| 31 | Brad Woodard | | | |
| 32 | Jody Citizen | G | 1-31-12 | 1-31-12 |
| 33 | Connie Wyckoff | G | 2-15-12 | 2-15-12 |
| 34 | Steve Anderson | G | 2-15-12 | 2-15-12 |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |