UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

/___/ Motion to Suppress Hrg     /___/ TRO     /___/ Non-Jury Trial     / x / Jury Trial

JUDGE CODE: DGC          DATE: January 10, 2012

**UNITED STATES v. DENNIS and DANIEL MAHON**
CR-09-0712-PHX-DGC
DEFENDANTS JOINT EXHIBIT LIST

/___/PLAINTIFF                                          /X/DEFENDANTS

| EXHIBIT NUMBER | DATE: MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 900 | | | Indictment, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 901 | | | Superseding Indictment, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 902 | | | Criminal Complaint, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 903 | | | 8/10/09 MOI re. Alan Scott (Bates USPSsupp 40-42) |
| 904 | | | Draft memorandum of James Felton (Bates USPSsupp 47-49) |
| 905 | | | 8/28/09 Handwritten notes of James Felton |
| 906 | | | 9/3/09 ROI #308 |
| 907 | | | 10/26/09 ROI #324 (10654-10665) |
| 908 | | | ATF payment to Alan Scott |
| 909 | | | 11/13/09 Motion to Set Bond, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 910 | | | 9/28/10 Transcript of Plea Hearing, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 911 | | | 11/8/10 John Donnelly e-mail (USPSsupp 43) |
| 912 | | | 3/30/11 Motion to Terminate Home Incarceration, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 913 | | | 4/6/11 Transcript of Proceedings, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 914 | | | 4/6/11 Notification of Docket Entry, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| 915 | | | 10/12/11 Notification of Docket Entry, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 916 | | | 10/19/11 Notification of Docket Entry, *U.S. v. Alan Scott*, Case No. 08-CR-00652 |
| 917 | | | NCIC Report of Alan Scott |
| 918 | | | DuPage County, Illinois Circuit Court case information re. Case No. 1999DT004108 |
| 919 | | | DuPage County, Illinois Circuit Court case information re. Case No. 2000TR004698 |
| 920 | | | DuPage County, Illinois Circuit Court case information re. Case No. 2001CF001325 |
| 921 | | | Internet posting re. Alan Scott AKA Crook! |
| 922 | | | 1/15/03 Deposition of Don Logan (Bates 11254-11310) |
| 923 | | | 2/26/04 Interview of Donald Logan at hospital (Bates 10435-10436) |
| 924 | | | 2/26/04 Interview of Donald Logan at scene (Bates 10424) |
| 925 | | | 2/27/04 Interview of Donald Logan (Bates USPSsupp 145-147) |
| 926 | | | 3/2/04 Interview of Donald Logan (Bates USPS 798-800) |
| 927 | | | 3/5/04 Interview of Donald Logan (Bates USPS 801-802) |
| 928 | | | 7/6/04 Interview of Donald Logan (Bates 1942-512) |
| 929 | | | 11/1/04 Jesse Sartuche notes re. Donald Logan interview (Bates 1943-541 to -545) |
| 930 | | | 10/04 *The Phoenix Files* article (Bates 1945-344 to -348) |
| 931 | | | 5/14/08 Interview of Donald Logan (Bates 4261-4262) |
| 932 | | | 8/11/09 *New Times* article |
| 933 | | | *New Times* article, "Barbeque Nations" (Bates 1942-237 to -245) |
| 934 | | | 2/26/04 Scottsdale PD Supplement of Det. Green (Bates 866-884) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 935 | | | 11/16/04 Arizona DPS Lab Report (Bates LAB 145) |
| 936 | | | 9/04 Arizona DPS Request for Scientific Examination (Bates LAB 782) |
| 937 | | | 11/16/04 Arizona DPS Lab Report (Bates LAB 785) |
| 938 | | | 10/04 Arizona DPS Lab Message Log (Bates LAB 821) |
| 939 | | | 5/27/04 USPIS Report of Postal Inspector Curran (Bates USPS103-108) |
| 940 | | | 6/25/04 Curran e-mail re. photo lineup (Bates 1949-69 to 70) |
| 941 | | | 4/28/04 Werbick e-mail (Bates 1943-697) |
| 942 | | | 3/2/08 ROI # 175 (Bates 3557-3600) |
| 943 | | | 12/4/07 ROI #98 re. 12/3/07 call to Metzger (Bates 2929-2931) |
| 944 | | | 3/04 Calendar |
| 945 | | | 4/7/08 ROI #196 (Bates 3816-3819) |
| 946 | | | 2/26/04 Scottsdale PD Supplement re. Gary Devlaeminck, Patty Norfleet (Bates 914-915) |
| 947 | | | 3/8/04 Scottsdale PD Supplement re. Patty Norfleet (Bates 10085-10089) |
| 948 | | | 11/5/04 ROI #35 (Bates 2385-2389) |
| 949 | | | 3/5/04 Scottsdale PD Supplement re. Joanna Morrison (Bates 10094-10097) |
| 950 | | | 3/3/04 Scottsdale PD Supplement re. Velicia McMillian (Bates 941-947) |
| 951 | | | 3/3/04 Scottsdale PD Supplement re. Velicia McMillian (Bates 931-935) |
| 952 | | | 3/26/04 Handwritten notes of Michael Casadei (Bates USPS 865-867) |

Case 2:09-cr-00712-DGC    Document 1692    Filed 02/24/12    Page 3 of 18

3


4

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 953 | | | 3/2/04 MOI re. Renita Linyard (Bates USPS 720-722) |
| 954 | | | 8/5/02 Performance Evaluation of Renita Linyard 2001-2002 (Bates USPS 739-741) |
| 955 | | | 6/20/02 Employee Review Input Form (Bates USPS 742-743) |
| 956 | | | 2/26/04 Scottsdale PD Supplement re. Renita Linyard (Bates USPS 745-746) |
| 957 | | | 3/8/04 Scottsdale PD Supplement re. Don Heise (Bates 10090-10093) |
| 958 | | | 3/8/04 Scottsdale PD Supplement re. Devlaeminck (Bates 10077-10084) |
| 959 | | | Internet research re. Heritage Front (Bates 1942-252 to -258) |
| 960 | | | 2/23/11 ROI #342 |
| 961 | | | 11/30/10 ATF Report of Expenditures re. Grant Bristow |
| 962 | | | ATF Financial Records for CI 946/986/782 |
| 963 | | | 8/9/04 ROI # 14 re. ACE Hardware (Bates 2246-2258) |
| 964 | | | 9/14/04 ROI # 19 re. Hobby Surplus (Bates 2278) |
| 965 | | | 9/24/04 ROI #21 re. ebay and PayPal (Bates 2283-2284) |
| 966 | | | 11/10/04 ROI # 37 re. David Morse (Bates 2430-2432) |
| 967 | | | 2/10/05 ROI # 44 re. UC Kaufman (Bates 2465-2466) |
| 968 | | | 7/27/07 ROI # 69 re. Tempe/Scottsdale (Bates 2640-2645) |
| 969 | | | 4/27/09 amended ROI # 69 re. Tempe/Scottsdale (Bates 2646-2650) |
| 970 | | | 5/27/08 ROI # 235 re. wire calls (Bates 4270-4364) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 971 | | | 5/7/09 ROI # 283 re. 2009 recording review (Bates 4554-4587) |
| 972 | | | 12/22/09 ROI # 329 re. mailings (Bates 10695-10704) |
| 973 | | | 10/19/04 ROI #28 re. American Sportsman purchases (Bates 2334-2335) |
| 974 | | | 12/15/04 ROI #38 re. Rembrandt call (Bates 2433-2434) |
| 975 | | | 9/27/04 ROI # 41 re. Rembrandt call (Bates 2446-2450) |
| 976 | | | 12/30/04 ROI # 42 re. Rembrandt call (Bates 2451) |
| 977 | | | 12/3/07 First 15-Day Report (Bates 9684-9692) |
| 978 | | | 12/17/07 Second 15-Day Report (Bates 9693-9706) |
| 979 | | | 1/2/08 Third 15-Day Report (Bates 9707-9721) |
| 980 | | | 1/16/08 Fourth 15-Day Report (Bates 9722-9734) |
| 981 | | | 2/1/08 Fifth 15-Day Report (Bates 9735-9755) |
| 982 | | | 2/19/08 Sixth 15-Day Report (Bates 9756-9775) |
| 983 | | | 3/3/08 Seventh 15-Day Report (Bates 9776-9794) |
| 984 | | | 3/17/08 Eighth 15-Day Report (Bates 9795-9825) |
| 985 | | | 4/1/08 Ninth 15-Day Report (Bates 9826-9841) |
| 986 | | | 4/7/08 Tenth 15-Day Report (Bates 9842-9847) |
| 987 | | | 4/18/08 Eleventh 15-Day Report (Bates 9850-9885) |
| 988 | | | 5/5/08 Twelfth 15-Day Report (Bates 9886-9925) |
| 989 | | | 5/27/08 Thirteenth 15-Day Report (Bates 9926-9954) |
| 990 | | | 6/11/08 Fourteenth 15-Day Report (Bates 9955-9981) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 991 | | | 8/9/10 Brandenberger Investigative Report re. Norfleet |
| 992 | | | 1/2/04 Daniel Mahon Alaska Airlines letter (Bates 7665-7666) |
| 993 | | | 3/1/04 Mailroom Safety News (Bates 1945-175 to -177) |
| 994 | | | 6/4/04 ATF Electronic Surveillance Request |
| 995 | | | 8/4/04 Jim Foster e-mail (Bates 2289-2290) |
| 996 | | | 10/27/04 Eyring status notes (LAB 726) |
| 997 997A | | 2-3-12 | 12/14/04 "White Isn't Always Right" flyer (Bates 1943-514 to -517) /pg. 1943515 only flyer |
| 998 | | | 2/2/05 Lenzen e-mail re. surveillance (Bates 1942-267 to -268) |
| 999 | | | 3/9/05 Horowitz e-mail (Bates 1943-450) |
| 1000 | | | 5/4/04 USPIS Fact Sheet (Bates 1943-168 to -172) |
| 1001 | | | 3/10 ATF Explosives Enforcement Officer (EEO) Fact Sheet |
| 1002 | | | 3/29/04 Scottsdale PD Supplement (Bates 10293-10308) |
| 1003 | | | 5/30/02 U.S. Attorney General Memorandum re. monitoring verbal communications |
| 1004 | | | 2/4/06 $100 check |
| 1005 | | | Tristan Moreland CV |
| 1006 | | | Catossa tapes chain of custody |
| 1007 | | | Flagstaff Justice Court document re. eviction |
| 1008 | | | Glorioso documents |
| 1009 | | | IRS records for Rebecca Williams |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1010 | | | E-049 tape |
| 1011 | | | 3/7/05 ROI # 46 (Bates 2470-2482) |
| 1012 | | | Agent notes re. January 2005 Oklahoma pre-surveillance |
| 1013 | | | Agent notes re. Catoosa tapes chain of custody (Bates 1943-388) |
| 1014 | | | Agent notes from Catoosa surveillance |
| 1015 | | | 4/04 Daniel Mahon resignation letter (Bates 2224) |
| 1016 | | | 5/6/04 USPS Personal History Data re. Steve Anderson (Bates USPS 1576-1577) |
| 1017 | | | 4/12/04 Dennis Mahon Change of Address form (Bates 1949-83) |
| 1018 | | | 3/17/04 Curran e-mail (Bates 1949-443) |
| 1019 | | | 6/22/04 Curran handwritten notes (Bates 1942-182 to -183) |
| 1020 | | | 6/9/04 Curran letter to Tunkel (Bates 11173-11174) |
| 1021 | | | 3/7/05 ROI # 45 (Bates 2467-2469) |
| 1022 | | | 3/7/05 ROI # 47 (Bates 2483-2486) |
| 1023 | | | 5/11/05 ROI # 48 (Bates 2487-2490) |
| 1024 | | | 5/11/05 ROI # 49 (Bates 2491-2495) |
| 1025 | | | 5/11/05 ROI # 50 (Bates 2496-2503) |
| 1026 | | | 1/10/08 ROI # 124 (Bates 3141-3151) |
| 1027 | | | 1/14/08 ROI # 129 (Bates 3172-3178) |
| 1028 | | | 1/22/08 ROI # 134 (Bates 3226-3228) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1029 | | | 1/24/08 ROI # 140 (Bates 3252-3253) |
| 1030 | | | 1/29/08 ROI # 137 (Bates 3237-3239) |
| 1031 | | | 2/14/08 ROI # 162 (Bates 3423-3427) |
| 1032 | | | 5/28/08 ROI # 237 (Bates 4382-4385) |
| 1033 | | | MOI of Inspector Fisher (Bates 1227-1229) |
| 1034 | | | Verizon phone records for CI phone (623) 670-2667 |
| 1035 | | | Alan Scott proffer letter |
| 1036 | | | 4/7/04 ROI of Tristan Moreland |
| 1037 | | | 2/28/04 *Arizona Republic* article |
| 1038 | | | Possible Scott notes |
| 1039 | | | 8/10/09 Notes of Donnelly |
| 1040 | | | AZ Driver's License of Willie Mahon (Bates 1949-22A) |
| 1041 | | | February 2004 calendar (Bates 7185) |
| 1042 | | | Video clips from 6/25/09 E-225 re. female ATF agent |
| 1043 | | | Video clips from 6/25/09 E-225 |
| 1044 | | | Audio clip from E-097 Disk 1 Track 3, 1:27 to 5:20 |
| 1045 | | | Audio clip from E-218 Body Recorder Track 4, 1:10 to 5:10 |
| 1046 | | | Audio clip from E-218 CI Purse Wire, 42:00 to 46:39 |
| 1047 | | | Audio clip from 6/9/06 E-218 CI Purse Wire, 1:48:18 to 1:48:20; 1:49:29 to 1:49:32 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1048 | | | Audio clip from E-218 CI Body Recorder, 2:36:01 to 2:37:40 |
| 1049 | | | Audio clip from E-219, 13:55 to 14:30 |
| 1050 | | | Video clip from E-101, DVD 3, 10:18:30 to 10:21:15 |
| 1051 | | | Audio clip from E-220, 6:15 to 7:15 |
| 1052 | | | Audio clip from E-223 #1, 10:00 to 12:52 |
| 1053 | | | |
| 1054 | | | Audio clip from E-223 Call header, :15 to 1:01 |
| 1055 | | 1-31-12 | Audio clip from E-223 #1, 9:07 to 9:45 |
| 1056 | | | Audio clip from E-052 Side B, 3:44 to 22:10 |
| 1057 | | | |
| 1058 | | 1-31-12 | Audio clip from E-203 Tape 1 Side A, 6:56 to 7:15 |
| 1059 | | | Audio clip from E-039 Side A, 4:33 |
| 1060 | | | Audio clip from E-036 Tape 2 Side B, 26:45 |
| 1061 | | | Audio clip from E-044 Section 1, 31:16 |
| 1062 | | | Audio clip from E-044 Section 1, 1:33:18 |
| 1063 | | | Video clip from E-096 DVD 1 Session 10, 20:05:13 to 20:05:43 |
| 1064 | | | Audio clip from E-199 Tape 2 Side A, 7:30 |
| 1065 | | | Video clip from E-208 DVD 1, Tape 8, 14:47:30 |
| 1066 | | 1-18-12 | BOOK: "Forgive? Forget It! Creative Revenge At Its Best" by Michael Connor |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| 1067 | | | Scottsdale PD CSS Evidence Worksheet (Bates 9402-9406) |
| 1068 | | | ATF NForce Log |
| 1069 | | 1-20-12 | 2/26/04 Crime Scene Photo |
| 1070 | | 1-20-12 | 2/26/04 Crime Scene Photo |
| 1071 | | 1-20-12 | Photo of Microswitch |
| 1072 | | 1-20-12 | Photo of Microswitch, item #19 |
| 1073 | | 1-20-12 | Photo of Microswitch, item #19 Closeup |
| 1074 | | | |
| 1075 | | | |
| 1076 | | 1-20-12 | Audio clip from E-065 Side A, 11/12/07, 9:30 to 10:25 |
| 1077 | | 1-20-12 | Audio clip from E-036 Tape 2 Side B Call 1 |
| 1078 | | 1-20-12 | Clip from E-097 Disk 1 Track 1, 40:55 to 42:58 |
| 1079 | | 1-20-12 | Clip from E-097 Disk 2 Track 3, 1:20 to 5:18 |
| 1080 | | 1-20-12 | Clip from E-208 DVD 1, 15:35 |
| 1081 | | 1-20-12 | Clip from E-208 DVD 2 Beowolf Track 2, 1:34:40 to 1:34:56 |
| 1082 | | 1-20-12 | Clip from E-033 5/4/06 Side 1 Call 3, 6:00 to 6:15 |
| 1083 | | 1-20-12 | Clip from E-139 2/20/08 Tape 1 Side B |
| 1084 | | 1-20-12 | Clip from E-218 6/8/06, 1:57:15 to 2:12:05 |
| 1085 | | 1-20-12 | Clip from E-096 DVD 1, 18:52:15 to 18:52:40 |
| 1086 | | 1-20-12 | Clip from E-139 Audio 2/17/08, 12:25 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1087 | | 1-20-12 | Clip from E-101 DVD 2, 8:44:40 to 8:45:40 |
| 1088 | | 1-20-12 | Clips from E-022, 16:22:42 to 16:22:52; 16:23:05 to 16:25:15; 16:29:44 to 16:29:53 |
| 1089 | | 1-20-12 | Clips from E-022 2/1/05 |
| 1090 | | 1-20-12 | Clip from E-022, 17:03:04 to 17:03:25 |
| 1091 | | 1-20-12 | Clip from E-022, 18:04:39 to 18:04:48 |
| 1092 | | 1-20-12 | Clip from E-023, 17:00:07 to 17:00:15 |
| 1093 | | 1-20-12 | Clips from E-023, 17:01:00, 17:07:18; 17:07:46 to 17:07:55 |
| 1094 | | 1-20-12 | Clip from E-028 Side B, 1:29 to 3:04 |
| 1095 | | 1-20-12 | Clip from E-029 Tape 1 Side A, :13 to 1:40 |
| 1096 | | 1-20-12 | Clip from E-033 5/2/06 Tape 1 Side A Call 1, :00 to :45 |
| 1097 | | 1-20-12 | Clip from E-096 Session 007, 18:52:10 |
| 1098 | | 1-20-12 | Clip from E-029 Tape 1 Side A, :00 to 1:40 |
| 1099 | | 1-20-12 | Clip from E-053 Side B, 10:32 |
| 1100 | | 1-20-12 | Clip from E-139 Audio 1 Track 1, 9:07 to 11:10 |
| 1101 | | 1-20-12 | Clip from E-214 Tape 1 Side B, 30:04 to 30:15 |
| 1102 | | 1-20-12 | Clip from E-041, 2:45 to 3:25 |
| 1103 | | 1-20-12 | Clip from E-138 Side B Tape 1, 45:47 to 47:15 |
| 1104 | | 1-20-12 | Clip from E-023, 17:41:25 to 17:48:50 |
| 1105 | | 1-20-12 | Clip from E-022, 18:00:25 to 18:10:45 |
| 1106 | | 1-20-12 | Clip from E-022, 16:53:22 to 16:53:36 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1107 | | 1-20-12 | Clip from E-023, 18:00:25 to 18:00:44 |
| 1108 | | 1-20-12 | Clip from E-022, 16:53:49 to 16:54:10 |
| 1109 | | 1-20-12 | Clip from E-022, 17:46:53 to 17:47:30 |
| 1110 | | 1-20-12 | Clip from E-027, 17:47:48 to 17:47:50 |
| 1111 | | 1-20-12 | Clips from E-025 Video 2, 18:46:00 to 18:46:11; 18:47:28 to 18:47:35 |
| 1112 | | 1-20-12 | Clip from E-028 Side B, 3:01 to 3:10 |
| 1113 | | 1-20-12 | Clip from E-028 Side B, 5:52 to 6:14 |
| 1114 | | 1-20-12 | Clip from E-028 Side B, 6:38 to 7:10 |
| 1115 | | 1-20-12 | Clip from E-043, 15:17:00 to 15:18:00 |
| 1116 | | 1-20-12 | Clip from E-043, 15:20:40 to 15:20:50 |
| 1117 | | 1-20-12 | Clip from E-043, 15:32:16 to 15:33:33 |
| 1118 | | 1-20-12 | Clips from E-198 Tape 2 Side B, 29:51 to 30:10; 32:40 to 33:18; 34:37 to 35:15; 38:18 to 38:45 |
| 1119 | | 1-20-12 | Clip from E-022, 17:47:10 to 17:47:30 |
| 1120 | | 1-20-12 | Clip from E-218 Tulsa CI_UC_Mahons, 2:35:20 to 2:38:30 |
| 1121 | | 1-20-12 | Clip from E-218 Body Recorder Track 4, 1:10 to 5:10 |
| 1122 | | 1-20-12 | Clip from E-218, 4:10 to 4:40 |
| 1123 | | 1-20-12 | Clip from E-044 CDR1 Audio, :10 to 1:10 |
| 1124 | | 1-20-12 | Clip from E-044 CDR 1 Audio, 15:09 to 16:18 |
| 1125 | | 1-20-12 | Clip from E-044 CDR 1 Audio Section 1, 1:38:31 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1126 | | 1-20-12 | Clip from E-044 CDR2, Section 2, 17:16 to 18:05 |
| 1127 | | 1-20-12 | Clip from E-044, 45:27 to 48:19 |
| 1128 | | 1-20-12 | Clip from E-101 DVD 4, 6:38:50 |
| 1129 | | 1-20-12 | Clip from E-097 Disk 1 Track 3, 1:27 to 5:20 |
| 1130 | | 1-20-12 | Clip from E-020, 15:04:36 to 15:06:13 |
| 1131 | | 1-20-12 | Clips from E-049 Video 1, 2:47:11 to 2:48:10; 7:41:34 to 7:43:55 |
| 1132 | | 1-20-12 | Clip from E-096 Session 3, 16:40:16 to 16:53:05 |
| 1133 | | 1-20-12 | Clip from E-101 Tape 1, 4:41:43 to 4:52:04 |
| 1134 | | 1-20-12 | Clip from E-101 Tape 1, 4:46:02 to 4:46:35; 4:52:04 |
| 1135 | | 1-20-12 | Clip from E-023, 17:05:44 to 17:05:50 |
| 1136 | | 1-20-12 | Clip from E-096 DVD 1 HawkVideo_007, 18:52:01 to 18:53:10 |
| 1137 | | 1-20-12 | Clip from E-096 DVD 1 HawkVideo_009, 19:48:57 |
| 1138 | | 1-20-12 | Clip from E-096 Session 09, 19:52:00 to 19:53:40 |
| 1139 | | 1-20-12 | Clip from E-096 Session 09, 19:53:50 to 19:54:20 |
| 1140 | | 1-20-12 | Clip from E-096 DVD 1 Session 10, 20:23:25 to 20:23:40 |
| 1141 | | 1-20-12 | Clip from E-096 DVD 2 Session 12, 21:17:17 to 21:17:27 |
| 1142 | | 1-20-12 | Clip from E-096 Session 10, 20:24:23 to 20:24:30 |
| 1143 | | 1-20-12 | Clip from E-096 DVD 2 Session 12, 21:03:05 to 21:03:10 |
| 1144 | | 1-20-12 | Clip from E-101 DVD 2, 9:12:48 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1145 | | 1-20-12 | Clips from E-101 DVD 3, 10:10:03; 10:10:42 to 10:10:50 |
| 1146 | | 1-20-12 | Clip from E-101 DVD 3, 10:18:30 to 10:18:40 |
| 1147 | | 1-20-12 | Clip from E-101 DVD 3, 10:30:50 |
| 1148 | | 1-20-12 | Clip from E-101 DVD 3, 10:31:04 |
| 1149 | | 1-20-12 | Clip from E-101 DVD 3, 10:39:22 to 10:40:45 |
| 1150 | | 1-20-12 | Clip from E-101 DVD 3, 11:49:40 to 11:50:20 |
| 1151 | | 1-20-12 | Clip from E-101 DVD 3, 10:41:10 to 10:41:25 |
| 1152 | | 1-20-12 | Clip from E-101 DVD 4, 6:16:00 to 6:16:20 |
| 1153 | | 1-20-12 | Clip from E-101 DVD 4, 6:17:00 to 6:17:50 |
| 1154 | | 1-20-12 | Clip from E-101 DVD 4, 6:24:00 to 6:24:08 |
| 1155 | | 1-20-12 | Clip from E-097 Track 5, :53 to 1:16 |
| 1156 | | 1-20-12 | 1/6/08 Wire Call 908 |
| 1157 | | 1-20-12 | Clip from E-218 TulsaCI_UC, 26:30 to 26:50 |
| 1158 | | 1-20-12 | Clips from E-096, E-020, E-021, E-028, E-218, E-219, E-046, E-208, E-032, E-047, E-044 |
| 1159 | | 1-20-12 | Clip from E-043, 16:03:45 to 16:04:20 |
| 1160 | | 1-20-12 | Clip from E-043, 14:14:05 to 14:14:20 |
| 1161 | | 1-20-12 | Clip from E-043, 15:25:23 to 15:25:30 |
| 1162 | | 1-20-12 | Clip from E-044 CD-2 Section 2 & 3 Audio file, 16:35 to 18:10 |
| 1163 | | 1-20-12 | Clip from E-044 CD-2 Section, 18:30 to 18:35 |
| 1164 | | 1-20-12 | Clip from E-044 Section 4, 1:59:10 to 1:59:25 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1165 | | 1-20-12 | Clip from E-218, 3:26:20 to 3:26:58 |
| 1166 | | 1-20-12 | Clip from E-214 Tape 1 Side A, 22:14 to 22:30 |
| 1167 | | 1-20-12 | Clip from E-096 DVD 1 Session 10, 20:23:20 to 20:23:40 |
| 1168 | | 1-20-12 | Clip from E-023, 18:11:40 to 18:12:00 |
| 1169 | | 1-20-12 | Clip from E-025, 20:03:40 to 20:03:50 |
| 1170 | | 1-20-12 | Clip from E-046, 9:40 to 10:08 |
| 1171 | | 1-20-12 | Clip from E-051 Side A, 9:10 to 9:50 |
| 1172 | | 1-20-12 | Clip from E-039 Side B, 14:10 to 14:25 |
| 1173 | | 1-20-12 | Clip from E-040 Side A, 9:40 to 9:54 |
| 1174 | | 1-20-12 | Clip from E-030 Tape 1, 15:10 to 15:21 |
| 1175 | | 1-20-12 | Clips from E-050 Side B, 21:26; 29:42 to 30:03 |
| 1176 | | 1-20-12 | Clips from E-198 Tape 1 Side A, 37:40 to 37:50 |
| 1177 | | 1-20-12 | Clip from E-211 Tape 1, 14:50 to 15:57 |
| 1178 | | 1-20-12 | Clip from E-211 Side A, 10:46 to 10:55 |
| 1179 | | 1-20-12 | Clip from E-211 Tape 1 Side A, 11:15 to 11:30 |
| 1180 | | 1-20-12 | Clip from E-212 Tape 1 Side A, 4:10 to 5:00 |
| 1181 | | 1-20-12 | Clip from E-051 Side A, 18:25 to 18:50 |
| 1182 | | 1-20-12 | Clip from E-052 Side A, :30 to :50 |
| 1183 | | 1-20-12 | Clip from E-052, 27:45 to 28:08 |
| 1184 | | 1-20-12 | Clip from E-053 Side A, 23:09 to 23:19 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1185 | | 1-20-12 | Clip from E-211 Side A, 23:25 to 26:01 |
| 1186 | | 1-20-12 | Clip from E-019 Tape 3, 18:18:25 to 18:19:50 |
| 1187 | | 1-20-12 | Clips from E-019 Tape 3, 19:59:25; 29:20:07 |
| 1188 | | 1-20-12 | Clip from E-021 Video 3, 19:17:29 to 19:17:40 |
| 1189 | | 1-20-12 | Clip from E-208 Bwolf Track 2, 18:00 to 18:20 |
| 1190 | | 1-20-12 | Clip from E-034 Side A, 4:00 to 4:40 |
| 1191 | | 1-20-12 | Clip from E-039 Side A, 4:30 to 4:50 |
| 1192 | | 1-20-12 | Clip from E-041 Side B, 4:08 to 5:05 |
| 1193 | | 1-20-12 | Clip from E-044 Section 1, 31:16 to 31:55 |
| 1194 | | 1-20-12 | Clip from E-096 DVD 1 Session 10, 20:05:16 to 20:05:43 |
| 1195 | | 1-20-12 | Clip from E-214 Tape 1 Side A, 27:18 |
| 1196 | | 1-20-12 | Clip from E-204, 12:57:30 to 12:57:50 |
| 1197 | | 1-20-12 | Clips from E-199 Tape 1 Side A, 18:15 to 19:40; 27:00 to 27:10 |
| 1198 | | 1-20-12 | Clip from 7Jan08 CarRecord_002, 13:55 to 14:30 |
| 1199 | | 1-20-12 | Clip from E-097 Disk 2 Track 3, 1:25 to 5:00 |
| 1200 | | 1-20-12 | Clip from E-097 Disk 2 Track 3, 1:05 to 1:20 |
| 1201 | | 1-20-12 | Clip from E-044 Section 1, 28:14 to 28:30 |
| 1202 | | 1-20-12 | Clip from E-020 Tape 1, 17:28:18 |
| 1203 | | ~~scribbled~~ | |
| 1204 | | 1-20-12 | Clip from E-218 June 9 Body Wire Track 4, 1:50 to 5:10 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 1203 | | | |
| 1204 | | 1-20-12 | Clip from E-218 June 9 Body Wire Track 4, 1:50 to 5:10 |
| 1205 | | | Clip from E-219 1/5/08 Keyring 1, 45:40 to 45:47 |
| 1206 | | 1-24-12 | 6/17/2009 Arrest Warrants (Bates 4786-4789) |
| 1207 | | | Notes of "Mahon visit" (Bates 11959-11960) |
| 1208 | | | Glendale PD DR04-040589 |
| 1209 | | | Transcript of E-225 6/25/09 van transport |
| 1210 | | 2-1-12 | E-223 Audio clip - UC Moreland call to RJ #1 6-23-09 |
| 1211 | | 2-1-12 | E-223 Audio clip - UC Moreland call to RJ #2 6-23-09 |
| 1212 | | | COS charter of Failure to perform duties |
| 1213 | | | 9-3-2004 Email from John Curran DPS |
| 1214 | | | |
| 1215 | | | |
| 1216 | | | |
| 1217 | | | |
| 1218 | | | |
| 1219 | | | |
| 1220 | | | |
| 1221 | | | |
| 1222 | | | |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| 1223 | | | STEVE ANDERSON RESUME (9110-9115) |
| 1224 | | | 7/14/2004 STEVE ANDERSON MOI |
| 1225 | | | 2/4/2002 STEVE ANDERSON Psych Evaluations |
| 1226 | | | 10/28/2002 Brady Wilson Exam of Anderson |
| 1227 | | | 1/16/2003 Anderson Third Amended Complaint |
| 1228 | | | 4/23/2002 C. Wycoff Workstation Computer |
| 1229 | | | 8/17/04 Anderson Letter |