# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### *EXHIBIT LIST -- CRIMINAL*

_____ Motion to Suppress          _____ Non-Jury Trial          XX    Jury Trial

FILED
RECEIVED
LODGED
COPY

FEB 2 4 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA v. Mahon, et al, Dennis
Last, First, Middle

CR-09-00712-PHX-DGC
Year-Case Nr-Deft Nr-Judge

✔ GOVERNMENT          _____ DEFENDANT

| EXHIBIT NO. | DATE | | DESCRIPTION |
|---|---|---|---|
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 1 | | 1-12-12 | National Geographic interview |
| 2 | | | National Geographic transcript |
| 3 | | 1-18-12 | 3/15/2008 WAR broadcast call 2067 |
| 4 | | | 3/15/2008 WAR broadcast call 2067 transcript |
| 5 | | | 12/5/2007 call 298 |
| 6 | | | 12/5/2007 call 298 transcript |
| 7 | | 1-18-12 | 3/22/2008 call 2190 |
| 8 | | | 3/22/2008 call 2190 transcript |
| 9 | | 1-18-12 | April 2009 tape E-109 |
| 10 | | | April 2009 tape E-109 transcript |
| 11 | | 1-18-12 | March 24, 2008 call 2230 |
| 12 | | | March 24, 2008 call 2230 transcript |
| 13 | | 1-18-12 | 12/22/2007 call 620 |
| 14 | | | 12/22/2007 call 620 transcript |
| 15 | | | 1/10/2008 WAR broadcast |
| 16 | | | Sabotage Targets  Bates 4692 |
| 17 | | | The Insurgent  Bates 5647 |
| 18 | | | Northwest Front  Bates 5802 |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| 19 | | | Business Leaflet   Bates 5803 |
| 20 | | 1-17-12 | News Article   Bates 4681 |
| 21 | | | News Article   Bates 4680 |
| 22 | | | News Article   Bates 4647 |
| 23 | | 1-17-12 | 12/5/2006 Mailing   Bates 4666 |
| 24 | | | 7/29/2004 Article Bates 7302 |
| 25 | | | Diversity Paper Bates 7283 |
| 26 | | | WAR Press Release Bates 6639 |
| 27 | | | WAR Paper Bates 5511 |
| 28 | | | WAR Paper Bates 6640 |
| 29 | | 1-12-12 | Dennis Mahon Letter |
| 30 | | 1-13-12 | WAR Paper EXH 158 |
| 31 | | 1-13-12 | WAR Mailing 2/13/2006 EXH 158 |
| 32 | | 1-13-12 | WAR Mailing 8/31/2006 EXH 158 |
| 33 | | 1-13-12 | WAR Mailing 12/19/2005 EXH 158 |
| 34 | | | |
| 35 | | 1-13-12 | WAR manual - Goals |
| 36 | | 1-13-12 | WAR manual - Lone Wolf |
| 37 | | 1-13-12 | WAR manual - Assasination |
| 38 | | 1-13-12 | WAR manual - Sabotage |
| 39 | | 1-13-12 | WAR manual - IEDs |
| 40 | | 1-13-12 | WAR manual - Police Investigations |
| 41 | | 1-13-12 | WAR manual - Arson |
| 42 | | 1-13-12 | 4/25/2008 call 1604 |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| 43 | | | 4/25/2008 call 1604 transcript |
| 44 | | 1-13-12 | 4/8/2008 call 1374 |
| 45 | | | 4/8/2008 call 1374 transcript |
| 46 | | 1-17-12 | 5/22/2008 call 3287 |
| 47 | | | 5/22/2008 call 3287 transcript |
| 48 | | 1-13-12 | 12/11/2007 call 460 |
| 49 | | | 12/11/2007 call 460 transcript |
| 50 | | 1-13-12 | 4/2/2008 call 2367 |
| 51 | | | 4/2/2008 call 2367 transcript E-36 |
| 52 | | 1-25-12 | 10/20  E-52b |
| 53 | | | 10/20  E-52b transcript |
| 54 | | 1-25-12 | 1/16/2008  E-111 |
| 55 | | | 1/16/2008  E-111 transcript |
| 56 | | 1-25-12 | 2/9/2008  E-138 |
| 57 | | | 2/9/2008  E-138 transcript |
| 58 | | 1-31-12 | Joos letter 6/15/2009 Bates 4620 |
| 59 | | 1-31-12 | Joos letter Bates 3238 |
| 60 | | 1-31-12 | Joos letter 2/13/2009 |
| 61 | | 1-31-12 | E-223 call 1 |
| 62 | | 1-31-12 | E-223 call 2 |
| 63 | | 1-18-12 | Reconstruction photo 1 |
| 64 | | 1-18-12 | Reconstruction photo 2 |
| 65 | | 1-18-12 | Reconstruction photo 3 |
| 66 | | 1-18-12 | Reconstruction photo 4 |

| EXHIBIT NO. | DATE | | DESCRIPTION |
|---|---|---|---|
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 67 | | 1-18-12 | Reconstruction photo 5 |
| 68 | | 1-18-12 | Reconstruction photo 6 |
| 69 | | 1-17-12 | Bomb mockup |
| 70 | | 1-8-12 | Bomb remnants in plastic bag |
| 71 | | | Photo Mahon home table and AK-47 |
| 72 | | 1-12-12 | Photo Daniel Mahon bedroom - bed |
| 73 | | 1-12-12 | Photo Daniel Mahon bedroom - box |
| 74 | | 1-12-12 | Photo Mahon bedroom 1 |
| 75 | | 1-12-12 | Photo Mahon bedroom 2 |
| 76 | | 1-12-12 | Photo Mahon bedroom 3 |
| 77 | | 1-17-12 | Photo Mahon bedroom 4 |
| 78 | | 1-12-12 | Photo Mahon bedroom 5 |
| 79 | | 1-12-12 | Photo Mahon bedroom 6 |
| 80 | | 1-12-12 | Photo Mahon bedroom 7 |
| 81 | | | Photo Mahon bedroom 8 |
| 82 | | 1-12-12 | Photo Mahon bedroom 9 |
| 83 | | 1-12-12 | Photo Dennis Mahon will |
| 84 | | 1-18-12 | Photo mock IED |
| 85 | | 1-8-12 | Photo IED trash can |
| 86 | | 1-18-12 | Photo IED trash can |
| 87 | | 1-17-12 | Mock IED video |
| 88 | | 1-17-12 | Bombing photo box label and postage |
| 89 | | 1-17-12 | Bombing photo - box label |
| 90 | | 1-17-12 | Bombing photo - bottom of box |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| 91 | | 1-17-12 | Bombing photo - bottom of box |
| 92 | | 1-17-12 | Bombing photo - box |
| 93 | | 1-17-12 | Bombing photo - box |
| 94 | | 1-17-12 | Bombing photo - box |
| 95 | | 1-17-12 | Bombing photo - box |
| 96 | | 1-17-12 | Bombing photo - pipe |
| 97 | | 1-17-12 | Bombing photo - pipe |
| 98 | | 1-17-12 | Bombing photo - threaded piece |
| 99 | | 1-17-12 | Bombing photo - #4 |
| 100 | | 1-17-12 | Bombing photo - end cap |
| 101 | | 1-17-12 | Bombing photo - pipe pieces |
| 102 | | 1-17-12 | Bombing photo - end cap with thread |
| 103 | | 1-17-12 | Bombing photo - battery |
| 104 | | 1-17-12 | Bombing photo - metal |
| 105 | | 1-17-12 | Bombing photo - wire with switch |
| 106 | | 1-17-12 | Bombing photo - wire |
| 107 | | 1-17-12 | Bombing photo - wire |
| 108 | | 1-17-12 | Bombing photo - wire fragment |
| 109 | | 1-17-12 | Bombing photo - small pipe |
| 110 | | 1-17-12 | Bombing photo - note |
| 111 | | | |
| 112 | | 1-12-12 | Scene photo - entrance up close |
| 113 | | 1-12-12 | Scene photo - entrance from far |
| 114 | | 1-12-12 | Scene photo - outside seating area |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 115 | | 1-12-12 | Scene photo - hallway |
| 116 | | 1-12-12 | Scene photo - hallway room 4 |
| 117 | | 1-12-12 | Scene photo - debris on floor in front of desk |
| 118 | | 1-12-12 | Scene photo - cubicle shelves |
| 119 | | 1-12-12 | Scene photo - office doorway |
| 120 | | 1-12-12 | Scene photo - cubicle desktop |
| 121 | | 1-12-12 | Scene photo - from inside cubicle |
| 122 | | 1-12-12 | Scene photo - close up of postage label |
| 123 | | 1-12-12 | Scene photo - shrapnel near metal cabinets |
| 124 | | 1-12-12 | Scene photo - close up of shrapnel |
| 125 | | 1-12-12 | Scene photo - shrapnel under cubicle desk |
| 126 | | 1-12-12 | Scene photo - shrapnel near metal cabinets from far |
| 127 | | 1-12-12 | Scene photo - blood at bottom of blinds |
| 128 | | 1-12-12 | Scene photo - shattered doorway glass |
| 129 | | 1-12-12 | Scene photo - debris on floor near shattered glass |
| 130 | | 1-12-12 | Scene photo - portion of bomb box debris up close |
| 131 | | 1-12-12 | Scene photo - portion of bomb box debris from far |
| 132 | | 1-12-12 | Scene photo - hole in cubicle counter top up close |
| 133 | | 1-12-12 | Scene photo - hole in wall above clock up close |
| 134 | | 1-12-12 | Scene photo - hole in wall above clock from far |
| 135 | | 1-12-12 | Scene photo - hole wall above flag |
| 136 | | 1-12-12 | Scene photo - blood splatter on carpet up close |
| 137 | | 1-12-12 | Scene photo - blood splatter on carpet from far |
| 138 | | | Scene photo - male victim arm injury bedside |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 139 | | 2-1-12 | Scene photo - male victim arm injury up close |
| 140 | | | Scene photo - flesh on frame |
| 141 | | 2-1-12 | Scene photo - male victim hand injury |
| 142 | | 2-1-12 | Scene photo - female victim bedside |
| 143 | | 2-1-12 | Scene photo - female victim eye injury up close |
| 144 | | 1-17-2012 | 2/9/2008 call 1439 |
| 145 | | | 2/9/2008 call 1439 transcript |
| 146 | | 1-17-2012 | 2/13/2008 call 1489 |
| 147 | | | 2/13/2008 call 1489 transcript |
| 148 | | 1-17-2012 | 2/17/2008 call 726 |
| 149 | | | 2/17/2008 call 726 transcript |
| 150 | | 1-25-12 | 1/5/2009 call E-211 |
| 151 | | | 1/5/2009 call E-211 transcript |
| 152 | | 1-25-12 | 3/29 2009 call E-217 |
| 153 | | | 3/29 2009 call E-217 transcript |
| 154 | | 1-18-12 | 11/29/2007 call 152 |
| 155 | | | 11/29/2007 call 152 transcript |
| 156 | | 1-18-12  - Edits | 5/24/2008 call 3351 |
| 157 | | | 5/24/2008 call 3351 transcript |
| 158 | | 1-25-12 | 6/25/2009 call E-228 |
| 159 | | | 6/25/2009 call E-228 transcript |
| 160 | | 1-18-12 | 4/5/2008 WAR radio recording with Dennis Mahon |
| 161 | | 1-12-12 | Dennis Mahon will Bates 6429 |
| 162 | | | 4/9/2004 Article Bates 7278 |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 163 | | | 4/9/2004 Article |
| 164 | | 1-24-12 | Poor Man's James Bond 2 - EXH 158   w/o index pages   pg 2 pg 3 removed |
| 165 | | 1-13-2012 | Forgive Forget It - EXH 158 |
| 166 | | 2-1-12 | Fighting in the Streets |
| 167 | | 2-3-12 | OK. WAR video list   w/ Redactions |
| 168 | | | Farm photo |
| 169 | | | 12/15/2008 Card EXH 158 |
| 170 | | | E-mail Bates 2217 |
| 171 | | 2-1-12 | 9/26/2003 call |
| 172 | | | 9/26/2003 call transcript |
| 173 | | 1-24-12 | 11/7/2006 call E-39 |
| 174 | | | 11/7/2006 call E-39 transcript |
| 175 | | 1-24-12 | 5/4/2006 call E-33 |
| 176 | | | 5/4/2006 call E-33 transcript |
| 177 | | 1-24-12 | 5/2/2006 and 5/3/2006 call E-32 |
| 178 | | | 5/2/2006 and 5/3/2006 call E-32 transcript |
| 179 | | 1-18-12 | 1/4/2008 video E-96 |
| 180 | | | 1/4/2008 video E-96 transcript |
| 181 | | 1-17-2012 | 5/1/2007 video E-43 |
| 182 | | | 5/1/2007 video E-43 transcript |
| 183 | | 1-17-2012 | 5/29/2008 call 3405 |
| 184 | | | 5/29/2008 call 3405 transcript |
| 185 | | 1-17-202 | 5/29/2008 call 1904 |
| 186 | | | 5/29/2008 call 1904 transcript |

| EXHIBIT NO. | DATE | | DESCRIPTION |
|---|---|---|---|
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| 187 | | 1-17-12 | 5/29/2008 call 1907 |
| 188 | | | 5/29/2008 call 1907 transcript |
| 189 | | 1-17-12 | 3/22/2008 call 2194 |
| 190 | | | 3/22/2008 call 2194 transcript |
| 191 | | 1-12-12 | 2/1/2005 video E-22 |
| 192 | | | 2/1/2005 video E-22 transcript |
| 193 | | 1-12-12 | 2/2/2005 video E-23 |
| 194 | | | 2/2/2005 video E-23 transcript |
| 195 | | 1-12-12 | 2/3/2005 video E-25 |
| 196 | | | 2/3/2005 video E-25 transcript |
| 197 | | 1-12-12 | 2/4/2005 video |
| 198 | | 1-12-12 | 2/5/2005 video |
| 199 | | | 2/5/2005 video transcript |
| 200 | | 1-24-12 | 3/25/2005 call E-29 |
| 201 | | | 3/25/2005 call E-29 transcript |
| 202 | | 1-24-12 | 11/12/2007 call E-65 |
| 203 | | | 11/12/2007 call E-65 transcript |
| 204 | | 1-24-12 | 10/16/2007 call E-52A |
| 205 | | | 10/16/2007 call E-52A transcript |
| 206 | | 1-7-12 | 3/13/2008 call 2026 |
| 207 | | | 3/13/2008 call 2026 transcript |
| 208 | | 1-17-12 | 4/24/2008 call 2942 |
| 209 | | | 4/24/2008 call 2942 transcript |
| 210 | | 1-17-12 | 5/3/2008 call 3133 |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| 211 | | | 5/3/2008 call 3133 transcript |
| 212 | | | Tom Metzger phone book-1 page E-114 |
| 213 | | | Mahon phone book- 4 pages E-69 |
| 214 | | 1-31-12 | Verizon cell site records E-21 |
| 215 | | 1-31-12 | Toll records    ROI 2 |
| 216 | | | |
| 217 | | | |
| 218 | | | 5/27/2008  Call 2318 |
| 219 | | | 5/27/2008  Call 2318 transcript |
| 220 | | 1-17-2012 | Recording      E-44 |
| 221 | | 1-13-12 | E-225 Van recording |
| 222 | | | E-225 Transcript |
| 223 | | 1-12-12 | KARE TV video - Dennis Mahon |
| 224 | | | EXH 70 Kountze slip |
| 225 | | 1-25-12 | E-39  A-B |
| 226 | | | Feb 2004 Calendar |
| 227 | | | Diversity pamphlets |
| 228 | | | |
| 229 | | | |
| 230 | | 1-25-12 | Call E-36 |
| 231 | | 1-17-12 | Overhead City Hall Complex photo |
| 232 | | 1-17-12 | City Hall address photo |
| 233 | | 1-17-12 | City Hall driveway entrance photo |
| 234 | | 1-17-12 | N. 75th ST sign post photo - far |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| 235 | | 1-17-12 | N. 75th ST sign post photo - up close |
| 236 | | 1-17-12 | Intersection photo |
| 237 | | 1-17-12 | Inside library photo |
| 238 | | | Mail room cart photo |
| 239 | | | Mail room "Not an exit" photo |
| 240 | | | Loading dock photo |
| 241 | | 1-17-12 | Library computer area photo |
| 242 | | | Office hallway shelving photo |
| 243 | | | Hallway restroom photo |
| 244 | | | Pipe Bomb Display |
| 245 | | 1-24-12 | 2 pages of photos bookcase |
| 248 | | 1-31-12 | 1-4-2008  10:18:17 PM  video |
| 246 | | | Video At Mahon Farm |
| 250 | | 2-1-12 | Diversity & Dialogue About the Office |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EXHIBIT NO. | DATE | | DESCRIPTION |
| | MARKED FOR EVIDENCE | ADMITTED IN EVIDENCE | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |