☐ FILED          ☐ LODGED
☐ RECEIVED       ☐ COPY

FEB 2 4 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

/__ / Motion to Suppress Hrg        /__/ TRO        /__/ Non-Jury Trial        / x / Jury Trial

**JUDGE CODE:  DGC** _____        **DATE:  January 10, 2012** _____

### UNITED STATES v. DENNIS and DANIEL MAHON
### CR-09-0712-PHX-DGC
### DEFENDANTS JOINT EXHIBIT LIST

/__/PLAINTIFF                              /X/DEFENDANTS

| EXHIBIT NUMBER | DATE: MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 500 | 2/10 | | Alaska Airlines Certification of Records |
| 501 | 2/10 | 2/10/12 | Alaska Airlines Records of Daniel Mahon |
| 502 | 2/10 | 2/10/12 | Alaska Airlines Timesheets for 2003-2004 |
| 503 | 2/10 | 2/10 /12 | Alaska Airlines Employee Action Form of Daniel Mahon |
| 504 | | | 2004 Pen and Trap Reports (Bates 1943-928 to -1481) |
| 505 | | | 2/12/04 Gibson E-mail |
| 506 | | | Swedish-American Medical Records COR Certification |
| 507 | | | Swedish-American Medical Records of Daniel Mahon |
| 508 | 2/1 | | 2/26/04 Interview of Jacque Bell (Bates 879) |
| 509 | | | 3/26/04 MOI re. Jacque Bell (Bates 1196-1197) |
| 510 | | | 2/26/04 MOI re. Wayne Hokr (Bates 1244-1245) |
| 511 | | | 2/27/04 Interview of Sherry Linville (Bates 1537-1543) |
| 512 | | | 3/2/04 SPD Supplement of Det. Hall re. Sherry Linville (Bates 936-937) |
| 513 | | | 2/28/04 MOI re. Michael Lukowski (Bates 1286-1287) |
| 514 | | | 2/28/04 Transcript of Interview of Mike Lukowski (Bates 1544-1568; Tape 1 of 2) |
| 515 | | | 2/28/04 Transcript of Interview of Mike Lukowski (Bates 1569-1594; Tape 2 of 2) |
| 516 | | | 3/3/04 MOI re. Michael Lukowski (Bates 1283-1285) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| 517 | | | 3/3/04 Transcript of Interview of Michael Lukowski (Bates 1595-1617; Tape 1 of 2) |
| 518 | | | 3/3/04 Transcript of Interview of Mike Lukowski (Bates 1618-1633; Tape 2 of 2) |
| 519 | | | 3/4/04 MOI re. Rita Hamilton (Bates 1162-1164) |
| 520 | 2/11 | | Undated Transcript of Interview of Joanna Morrison (Bates 1684-1697) |
| 521 | 2/11 | | 3/4/04 MOI re. Joanna Morrison (Bates 1174-1175) |
| 522 | | | 2/27/04 MOI re. Patricia Norfleet (Bates 1259) |
| 523 | | | 2/27/04 MOI re. Patricia Norfleet (Bates 1268) |
| 524 | | | 2/27/04 Transcript of Interview of Patricia Norfleet (Bates 1734-1741) |
| 525 | | | 3/4/04 MOI re. Patty Norfleet (Bates 1176-1177) |
| 526 | | | 12/16/04 MOI re. Patricia Norfleet (Bates 1267) |
| 527 | | | 3/1/04 MOI re. Gary Devlaeminck (Bates 1260-1261) |
| 528 | | | 3/5/04 MOI re. Gary Devlaeminck (Bates 1158-1159) |
| 529 | | | Undated Transcript of Interview of Don Heise (Bates 1478-1487) |
| 530 | | | 3/5/04 MOI re. Donald Heise (Bates 1165-1166) |
| 531 | | | 3/5/04 MOI re. Dana Braccia (Bates 1156-1157) |
| 532 | | | 3/5/05 MOI re. Jeff Monteilh (Bates 1172-1173) |
| 533 | | | 3/1/04 MOI re. Carla Fite (Bates 1262-1263) |
| 534 | | | 3/8/04 MOI re. Carla Fite (Bates 1160-1161) |
| 535 | | | 3/9/04 MOI re. Donald Logan (Bates 1191-1192) |
| 536 | 2/3 | | 3/19/04 MOI re. Don Logan (Bates 1184-1185) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 537 | | | Investigative Notes re. 4/9/04 Interview of Don Logan (Bates 1180) |
| 538 | 2/3 | | 1/24/05 MOI re. Don Logan (Bates 1186-1188) |
| 539 | 2/1 | | 3/12/04 MOI re. Renita Linyard (Bates 1205-1206) |
| 540 | 2/1 | | 3/26/04 MOI re. Renita Linyard (Bates 1208) |
| 541 | | | Investigative Notes re. 4/13/04 Interview of Renita Linyard (Bates 1207) |
| 542 | 1/31 | | 3/26/04 MOI re. Velicia McMillian (Bates 1215-1216) |
| 543 | | | 3/24/04 USPIS Report of Postal Inspector Sartuche (Bates USPS 115-118) |
| 544 | | | 4/27/04 USPIS Report of Postal Inspector Sartuche (Bates USPS 109-114) |
| 545 | 1/20 | | 8/9/06 USPIS Report of Postal Inspector Sartuche (Bates USPSsupp 17-38) |
| 546 | | | 1/11/05 Investigative Summary Log of Postal Inspector Sartuche–OKC (Bates 2098-2099) |
| 547 | | | 1/12/05 Investigative Summary Log of Postal Inspector Sartuche–OKC (Bates 2104-2105) |
| 548 | | | 1/13/05 Investigative Summary Log of Postal Inspector Sartuche–OKC (Bates 2094-2095) |
| 549 | | | 1/14/05 Investigative Summary Log of Postal Inspector Sartuche–Tulsa (Bates 2082-2083) |
| 550 | | | 1/15/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2090-2091) |
| 551 | | | 1/16/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2092-2093) |
| 552 | | | 1/17/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2088-2089) |

4

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 553 | | | 1/18/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2100-2101) |
| 554 | | | 1/19/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2106-2107) |
| 555 | | | 1/24/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2086-2087) |
| 556 | | | 1/25/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2102-2103) |
| 557 | | | 1/27/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2096-2097) |
| 558 | | | 1/28/05 Investigative Summary Log of Postal Inspector Sartuche–Catoosa (Bates 2084-2085) |
| 559 | 1/20 | | 4/05 E-mails re. Draft Letter to Dennis Mahon (Bates 1943-433 to -436) |
| 559A | 1/25 | 1/25/12 | 4/4/05 Letter to Dennis Mahon (Bates 1943-436) |
| 560 | 1/25 | 2-1-12 | 5/6/04 USPIS News Release re. $100,000 Reward (Bates 2171) |
| 561 | 1/25 | 2-1-12 | Silent Witness Reward Flyer (Bates 1945-193) |
| 562 | | | USPIS Case Management Report (Bates 1943-742 to -746) |
| 563 | 2/3 | | USPIS Search Warrant Inventory (Bates 9008) |
| 564 | | | USPIS Property/Evidence Log re. Toshiba Laptop (Bates 9308-9309) |
| 565 | | | USPIS Property/Evidence Tag/Label re. Q-151 (Bates 9327-9332) |
| 566 | | | 6/10/04 USPIS Lab Report (Bates LAB 714-720) |
| 567 | | | 6/10/04 USPIS Lab Report (Bates 9152-9156) |
| 568 | | | 8/5/04 USPIS Lab Report (Bates 9165) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 569 | | | 8/20/04 USPIS Lab Report (Bates 9169-9171) |
| 570 | | | 6/6/05 USPIS Lab Report (Bates 9192-9193) |
| 571 | | | 6/10/04 USPIS Lab Report re. Mockup Blast Prep (Bates LAB 560-636) |
| 572 | 2/1 | | Civic Center Library Floor Plan (Bates 1944-1150) |
| 572A | 2/1 | 2/1/12 | Civic Center Library Floor Plan w/o notations (Bates 1944-1150) |
| 573 | | | Map of Scottsdale Civic Center |
| 574 | 2/10 | | Mailing Labels–Authors & Appetizers, 2/20/04 (Bates 1944-918 to -992) |
| 574A | 2/10 | 2/10/12 | Mailing Label - Authors & Appetizers, 2/20/04 (Bates 1944-921) |
| 575 | 2/10 | 2/10/12 | Authors & Appetizers Video (ATF Exh. 158) |
| 576 | | | Sylvia Kwong E-mails re. Call Reports |
| 577 | 2/8 | 2/10/12 | Photo Lineup I.D. 13543, dated 6/21/04 (Bates 1949-59A) |
| 578 | 2/8 | 2/10/12 | Photo Lineup I.D. 13544, dated 6/21/04 (Bates 1949-57A) |
| 579 | | | SPD Investigative Lead List (Bates 999-1002) |
| 580 | | | 5/7/04 U.S. Secret Service Report (Bates 1943-810 to -811) |
| 581 | | | Map of Catoosa KOA Campground |
| 582 | | | 11/16/07 Order, Application and Affidavit for Interception of Wire (Bates 1-78) |
| 583 | | | 12/17/07 Order, Application and Affidavit for Interception of Wire (Bates 79-168) |
| 584 | | | 1/17/08 Order, Application and Affidavit for Interception of Wire (Bates 169-276) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 585 | | | 2/15/08 Order, Application and Affidavit for Interception of Wire (Bates 277-391) |
| 586 | | | 3/17/08 Order, Application and Affidavit for Interception of Wire (Bates 392-525) |
| 587 | | | 4/4/08 Order, Application and Affidavit for Interception of Wire (Bates 526-665) |
| 588 | 1/19 | | 5/13/08 Order, Application and Affidavit for Interception of Wire (Bates 666-827) |
| 589 | 1/19 | | 6/23/09 Application and Affidavit for Search Warrant (Bates 4740-4784) |
| 590 | | | 6/16/09 Grand Jury Transcript |
| 591 | 1/20 | | 8/11/10 Grand Jury Transcript |
| 592 | 1/20 | | 9/22/10 Hearing Transcript of SA Moreland Testimony |
| 593 | | | 1/11/10 Trial Testimony (Robert Joos) of SA Moreland |
| 594 | | | ATF Policy No. 3250, Chapter A (Informants) |
| 595 | | | ATF Policy No. 3259, Chapter B (Undercover Operations) |
| 596 | | | News Articles (Bates 2367-2381) |
| 597 | | | News Articles (Bates 10655-10665) |
| 598 | | | Mailings to Bryon Wells (Bates 2441-2445) |
| 599 | 1/24 | | 6/17/04 ROI #6 (Bates 2221-2224) |
| 600 | | | 11/2/04 ROI #32 (Bates 2364-2381) |
| 601 | | | 12/16/04 ROI #40 (Bates 2439-2445) |
| 602 | | | 6/14/06 ROI #59 (Bates 2598-2599) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 603 | | | 1/2/08 ROI #119 (Bates 3121-3122) |
| 604 | | | 1/29/08 ROI #143 (Bates 3282-3286) |
| 605 | | | 3/21/08 ROI #186 (Bates 3716-3719) |
| 606 | 1/20 | | 5/20/09 ROI #289 (Bates 4597-4609) |
| 607 | 1/13 | | 7/10/09 ROI #307 (Bates 4727-4910) |
| 607A | 1/20 | 1/20/12 | Aerial photo of farm (Bates 4729) |
| 608 | 1/13 | | ATF Evidence Tags for Davis Junction Search |
| 609 | | | Photo Thumbnails of 6/29/09 Search |
| 610 | 1/13 | 1/13/12 | Photo of Brother Typewriter (IMG_0458) |
| 611 | 1/13 | 1/13/12 | Photo of Brother Typewriter (IMG_0459) |
| 612 | 1/13 | 1/13/12 | Photo of E-Machine (MAHON 033) |
| 613 | 1/13 | 1/13/12 | Photo of E-Machine (MAHON 034) |
| 614 | 1/13 | 1/13/12 | Photo of Glue (IMG_0361) |
| 615 | | | Photo of Glue (IMG_0363) |
| 616 | 1/13 | 1/13/12 | Photo of Model Airplanes (IMG_0403) |
| 617 | | | 6/25/09 Pre- and Post-Search Warrant Video (ATF Exh. 147) |
| 618 | | | 2/16/11 PPD Computer Forensics re. Toshiba Hard Drive |
| 619 | | | 2/16/11 Guzman Report |
| 620 | | | ACE Hardware Documents (Bates 2247-2258) |
| 621 | 1/20 | | Call No. 201 Synopsis |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 622 | 1/20 | | Call No. 208 Synopsis |
| 623 | | | Call No. 230 Synopsis |
| 624 | 1/20 | | Call No. 325 Synopsis |
| 625 | | | Call No. 499 Synopsis |
| 626 | | | Call No. 502 Synopsis |
| 627 | | | Call No. 642 Synopsis |
| 628 | | | Call No. 659 Synopsis |
| 629 | | | Call No. 786 Synopsis |
| 630 | | | Call No. 1031 Synopsis |
| 631 | | | Photo of Donald Logan with Mock Package |
| 632 | 1/20 | 1/20\�lv | Photo of Rebecca Williams with Grenade |
| 633 | 1/20 | 1/20\�lv | Photo of Rebecca Williams in Wig/Leather Jacket (Bates 2520) |
| 634 | 1/20 | 1/20 \�lv | Photo of Rebecca Williams in Fishnets and Chaps (Bates 11570) |
| 635 | 1/20 | 1/20\�l�'\ | Photo of Rebecca Williams in Bikini (Bates 11491) |
| 636 | 1/25 | 1/25\l�'\ | Video Photo of Rebecca Williams in Rockford Motel |
| 637 | 1/25 | 1/25\�l�'\ | Photo of Rebecca Williams from Flagstaff Newspaper, 2010 |
| 638 | | | Daniel Mahon's Hat and Sunglasses.  SEE 644 |
| 639 | 2/10 | 2/10\�l�'\ | Daniel Mahon's Uniform.  SEE 645 |
| 640 | 1/25 | 1/25\�l�) | Video Photo of Rebecca Williams Taking Photo of Dennis Mahon on 1/4/08 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 641 | | | Video Photo of Rebecca Williams in Rockford Motel |
| 642 | 1/19 | | Redacted CI File |
| 642A | 1/19 | 1·25·12 | 3/19/04 Informant Agreement |
| 643 | 1/25 | | 9/22/10 Hearing Transcript of Rebecca Williams Testimony |
| 644 | | | Photo of Daniel Mahon's Hat and Sunglasses. |
| 645 | 2/10 | 2/10\12 | Photo of Daniel Mahon's Uniform |
| 646 | 1/26 | | CV of Don Hansen |
| 647 | | | CV of Don Riley |
| 648 | | | CV of K. Gus Dimitrelos |
| 649 | | | CV of Tami Loehrs |
| 650 | | | CV of Terence Ball |
| 651 | 1/19 | 1/19\12 | Cellmark DNA report of April 22, 2008 (LAB 639-641) |
| 652 | 1/19 | 1/19\12 | Cellmark DNA report of June 28, 2008 (pages 57-60) |
| 653 | 1/19 | 1/19\12 | Cellmark DNA report of October 24, 2008 (pages 99-102) |
| 654 | 1/19 | 1/19\12 | Cellmark DNA report of October 29, 2008 (pages 258-266) |
| 655 | 1/19 | 1/19\12 | Cellmark DNA report of January 6, 2009 (pages 271-280) |
| 656 | 1/24 | 1/24\12 | Video clip from 2/3/05 E-025, 18:39:53 to 18:40:11 |
| 657 | | | Defense transcript for 2/3/05 E-025, 18:39:53 to 18:40:11 |
| 658 | 1/24 | 1/24\12 | Video clip from 2/3/05 E-025, 18:42:01 to 18:50:06 |
| 659 | | | Defense transcript for 2/3/05 E-025, 18:42:01 to 18:50:06 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 660 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 19:04:51 to 19:06:00 |
| 661 | | | Defense transcript for 2/3/05 E-025, 19:04:51 to 19:06:00 |
| 662 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 19:18:15 to 19:20:10 |
| 663 | | | Defense transcript for 2/3/05 E-025, 19:18:15 to 19:20:10 |
| 664 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 19:34:58 to 19:35:35 |
| 665 | | | Defense transcript for 2/3/05 E-025, 19:34:58 to 19:35:35 |
| 666 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 19:50:00 to 20:06:19 |
| 667 | | | Defense transcript for 2/3/05 E-025, 19:50:00 to 20:06:19 |
| 668 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 20:06:47 to 20:07:18 |
| 669 | | | Defense transcript for 2/3/05 E-025, 20:06:47 to 20:07:18 |
| 670 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 20:08:20 to 20:08:45 |
| 671 | | | Defense transcript for 2/3/05 E-025, 20:08:20 to 20:08:45 |
| 672 | 1/24 | 1/24\|1∿ | Video clip from 2/3/05 E-025, 20:16:39 to 20:19:55 |
| 673 | | | Defense transcript for 2/3/05 E-025, 20:16:39 to 20:19:55 |
| 674 | 1/24 | 1/24\|1∿ | Audio clip from 2/10/05 call, E-028 Tape 1 Side A, 7:40 to 12:34 |
| 675 | | | Defense transcript for 2/10/05 call, E-028 Tape 1 Side A, 7:40 to 12:34 |
| 676 | 1/24 | 1/24\|1∿ | Audio clip from 2/10/05 call, E-028 Tape 1 Side B, 1:30 to 7:37 |
| 677 | | | Defense transcript for 2/10/05 call, E-028 Tape 1 Side B, 1:30 to 7:37 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 678 | | | Audio clip from E-030 Tape 2 Side A, 45:54 |
| 679 | | | Defense transcript for E-030 Tape 2 Side A, 45:54 |
| 680 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 15:40 to 15:50 |
| 681 | | | Defense transcript for E-030 Tape 3 Side A, 15:40 to 15:50 |
| 682 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 26:30 to 26:40 |
| 683 | | | Defense transcript for E-30 Tape 3 Side A, 26:30 to 26:40 |
| 684 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 28:18 to 28:48 |
| 685 | | | Defense transcript for E-30 Tape 3 Side A, 28:18 to 28:48 |
| 686 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 29:54 to 30:10 |
| 687 | | | Defense transcript for E-030 Tape 3 Side A, 29:54 to 30:10 |
| 688 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 32:30 to 33:00 |
| 689 | | | Defense transcript for E-030 Tape 3 Side A, 32:30 to 33:00 |
| 690 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 3 Side A, 37:25 to 38:15 |
| 691 | | | Defense transcript for E-030 Tape 3 Side A, 37:25 to 38:15 |
| 692 | 1/24 | 1/24\\Ⴑ | Audio clip from E-030 Tape 4 Side A, 4:53; 11:49 to 12:20 |
| 693 | | | Defense transcript for E-030 Tape 4 Side A, 4:53; 11:49 to 12:20 |
| 694 | | | NUMBER NOT USED |
| 695 | | | NUMBER NOT USED |
| 696 | 1/24 | 1/24\|Ⴑ | Audio clip from E-030 Tape 4 Side A, 23:35 to 25:14 |
| 697 | | | Defense transcript for E-030 Tape 4 Side A, 23:35 to 25:14 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 698 | 1/24 | 1/24 |١٢ | Audio clip from E-030 Tape 5 Side A, 3:47 to 4:08 |
| 699 | | | Defense transcript for E-030 Tape 5 Side A, 3:47 to 4:08 |
| 700 | 1/24 | 1/24 |١٢ | Audio clip from E-030 Tape 5 Side A, 7:56 to 11:25 |
| 701 | | | Defense transcript for E-030 Tape 5 Side A, 7:56 to 11:25 |
| 702 | 1/24 | 1/24 |١٢ | Audio clip from E-030 Tape 5 Side A, 21:41 to 21:55 |
| 703 | | | Defense transcript for E-030 Tape 5 Side A, 21:41 to 21:55 |
| 704 | 1/24 | 1/24 |١٢ | Audio clip from E-036 Tape 2 Side A, 42:41 to 43:53 |
| 705 | | | Defense transcript for E-036 Tape 2 Side A, 42:41 to 43:53 |
| 706 | 1/24 | 1/24 |١٢ | Audio clip from E-036 Tape 2 Side B, 2:46 to 4:11 |
| 707 | | | Defense transcript for E-036 Tape 2 Side B, 2:46 to 4:11 |
| 708 | 1/24 | 1/24 |١٢ | Audio clip from E-036 Tape 2 Side B, 8:09 to 11:33 |
| 709 | | | Defense transcript for E-036 Tape 2 Side B, 8:09 to 11:33 |
| 710 | 1/24 | 1/24 |١٢ | Audio clip from E-036 Tape 2 Side B, 16:10 to 17:39 |
| 711 | | | Defense transcript for E-036 Tape 2 Side B, 16:10 to 17:39 |
| 712 | 1/24 | 1/24 |١٢ | Audio clip from E-037 Tape 1 Side A, 17:45 to 18:27 |
| 713 | | | Defense transcript for E-037 Tape 1 Side A, 17:45 to 18:27 |
| 714 | 1/24 | 1/24 |١٢ | Audio clip from E-037 Tape 1 Side A, 27:44 to 28:40 |
| 715 | | | Defense transcript for E-037 Tape 1 Side A, 27:44 to 28:40 |
| 716 | 1/24 | 1/24 |١٢ | Audio clip from E-039 Tape 1 Side A, 9:31 to 10:31 |
| 717 | | | Defense transcript for E-039 Tape 1 Side A, 9:31 to 10:31 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 718 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side A, 13:01 to 14:05 |
| 719 | | | Defense transcript for E-039 Tape 1 Side A, 13:01 to 14:05 |
| 720 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side A, 16:47 to 17:12 |
| 721 | | | Defense transcript for E-039 Tape 1 Side A, 16:47 to 17:12 |
| 722 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side A, 21:33 to 21:45 |
| 723 | | | Defense transcript for E-039 Tape 1 Side A, 21:33 to 21:45 |
| 724 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side A, 23:20 to 24:04 |
| 725 | | | Defense transcript for E-039 Tape 1 Side A, 23:20 to 24:04 |
| 726 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side B, 3:44 to 5:43 |
| 727 | | | Defense transcript for E-039 Tape 1 Side B, 3:44 to 5:43 |
| 728 | 1/24 | 1/24\|12 | Audio clip from E-039 Tape 1 Side B, 14:10 to 14:23 |
| 729 | | | Defense transcript for E-039 Tape 1 Side B, 14:10 to 14:23 |
| 730 | 1/24 | 1/24\|12 | Audio clip from 11/06 E-041, 18:06 to 18:44 |
| 731 | | | Defense transcript for 11/06 E-041, 18:06 to 18:44 |
| 732 | 1/24 | 1/24\|12 | Audio clip from 11/06 E-041 Side B, 4:07 to 5:04 |
| 733 | | | Defense transcript for 11/06 E-041 Side B, 4:07 to 5:04 |
| 734 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 2, 1:49:36 to 1:53:00 |
| 735 | | | Defense transcript for 5/07 E-044 CD2 Section 2, 1:49:36 to 1:53:00 |
| 736 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 2, 1:59:10 to 2:00:01 |
| 737 | | | Defense transcript for 5/07 E-044 CD2 Section 2, 1:59:10 to 2:00:01 |

14

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 738 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 3, 1:31 to 1:50 |
| 739 | | | Defense transcript for 5/07 E-044 CD2 Section 3, 1:31 to 1:50 |
| 740 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 3, 7:40 to 8:05 |
| 741 | | | Defense transcript for 5/07 E-044 CD2 Section 3, 7:40 to 8:05 |
| 742 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 3, 14:20 to 15:24 |
| 743 | | | Defense transcript for 5/07 E-044 CD2 Section 3, 14:20 to 15:24 |
| 744 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 3, 29:10 to 29:34 |
| 745 | | | Defense transcript for 5/07 E-044 CD2 Section 3, 29:10 to 29:34 |
| 746 | 1/24 | 1/24\|12 | Audio clip from 5/07 E-044 CD2 Section 3, 32:03 to 32:30 |
| 747 | | | Defense transcript for 5/07 E-044 CD2 Section 3, 32:03 to 32:30 |
| 748 | 1/24 | 1/24\|12 | Audio clip from E-047 Side A, 15:48 to 17:21 |
| 749 | | | Defense transcript for E-047 Side A, 15:48 to 17:21 |
| 750 | 1/24 | 1/24\|12 | Audio clip from E-139 Audio 1, Call 726, 10:25 to 11:01 |
| 751 | | | Defense transcript for E-139 Audio 1, Call 726, 10:25 to 11:01 |
| 752 | 1/24 | 1/24\|12 | Audio clip from E-139 Audio 1, Call 1533, 46:19 to 46:48 |
| 753 | | | Defense transcript for E-139 Audio 1, Call 1533, 46:19 to 46:48 |
| 754 | 1/24 | 1/24\|12 | Audio clip from E-139 Audio 2, Call 1533, 00:22 to 00:47 |
| 755 | | | Defense transcript for E-139 Audio 2, Call 1533, 00:22 to 00:47 |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 756 | | | BOOK: "Forgive? Forget It! Creative Revenge At Its Best" by Michael Connor.  IN GOVERNMENT'S POSSESSION |
| 757 | | | CV of Ken Misner |
| 758 | | | Operation Archangel - LA Community Policing |
| 759 | | | Operation Archangel - LAPD Website |
| 760 | | | Operation Archangel - Officer Website |
| 761 | | | Operation Archangel - Safeguarding Cities |
| 762 | | | Operation Archangel - World Protection Group |
| 763 | | | 3/26/07 Phoenix Evidence Collection Camera A - Tape 1, Disk 2 of 9 |
| 764 | | | 3/26/07 Phoenix Evidence Collection Camera B - Tape 1, Disk 5 o f 9 |
| 765 | 1/19 | 1/19 l2 | Cellmark DNA file |
| 766 | | | Undercover Mailing (A00855594).  IN GOVERNMENT'S POSSESSION |
| 767 | | | Undercover Mailing (A00855595).  IN GOVERNMENT'S POSSESSION |
| 768 | | | Undercover Mailing (A00860518).  IN GOVERNMENT'S POSSESSION |
| 769 | | | Undercover Mailing (A00860552).  IN GOVERNMENT'S POSSESSION |
| 770 | | 2-14-2012 | Undercover Mailing (A00860557).  IN GOVERNMENT'S POSSESSION |
| 771 | | | Undercover Mailing (A00860559).  IN GOVERNMENT'S POSSESSION |
| 772 | | | Undercover Mailing (A00860560).  IN GOVERNMENT'S POSSESSION |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 773 | | | Undercover Mailing (A00860561).  IN GOVERNMENT'S POSSESSION |
| 774 | | | Undercover Mailing (A00860562).  IN GOVERNMENT'S POSSESSION |
| 775 | | | Undercover Mailing (A00860563).  IN GOVERNMENT'S POSSESSION |
| 776 | | | Undercover Mailing (A00367727).  IN GOVERNMENT'S POSSESSION |
| 777 | | | Undercover Mailing (A00367728).  IN GOVERNMENT'S POSSESSION |
| 778 | | | Undercover Mailing (A00367729).  IN GOVERNMENT'S POSSESSION |
| 779 | | | Undercover Mailing (A00367730).  IN GOVERNMENT'S POSSESSION |
| 780 | | | Undercover Mailing (A00367731).  IN GOVERNMENT'S POSSESSION |
| 781 | | | Undercover Mailing (A00367732).  IN GOVERNMENT'S POSSESSION |
| 782 | | | Undercover Mailing (A00380698).  IN GOVERNMENT'S POSSESSION |
| 783 | | | Undercover Mailing (A00380699).  IN GOVERNMENT'S POSSESSION |
| 784 | | | Undercover Mailing (A01249776).  IN GOVERNMENT'S POSSESSION |
| 785 | | | Undercover Mailing (A01241034).  IN GOVERNMENT'S POSSESSION |
| 786 | | | Undercover Mailing (A01249509).  IN GOVERNMENT'S POSSESSION |
| 787 | | | Undercover Mailing (IS0000321280) (A).  IN GOVERNMENT'S POSSESSION |
| 788 | | | Undercover Mailing (IS0000321280) (B).  IN GOVERNMENT'S POSSESSION |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 789 | | | Undercover Mailing (IS0000321282).  IN GOVERNMENT'S POSSESSION |
| 790 | | | Undercover Mailing (IS0000321281).  IN GOVERNMENT'S POSSESSION |
| 791 | 1/20 | | 12/1/2004 AZ DPS Lab report re glue (LAB 252) |
| 792 | | | 12/29/2004 USPIS Case Summary Report of Postal Inspector Sartuche (1943-010 to 19) |
| 793 | | | Complaint, CV01-1770-PHX-MHM |
| 794 | | | Order dated 3/31/2004, CV01-1770-PHX-MHM |
| 795 | | | Motion for Attorneys Fees, CV01-1770-PHX-MHM |
| 796 | | | Memorandum in Support of Attorney Fees, CV01-1770-PHX-MHM |
| 797 | | | Order Awarding Fees, CV01-1770-PHX-MHM |
| 798 | 2/7 | | 10/10/2000 Memorandum from Donald Logan (Bates 11225 -11233) |
| 799 | | | Lab Disclosure File (Bates 1-831) |
| 800 | | | Undated Transcript of Interview of John Rollins (Bates 1648 -1663) |
| 801 | 2/10 | | Handwritten notes of Michael Casadei (USPSSupp 133-135) |
| 802 | | | Transcript of 2/26/04 9-1-1 calls (2142-2147) |
| 803 | | | 2/27/2004 ATF Significant Activity Report (11175-11177) |
| 804 | | | USPS file on Paul Giblin (Bates 1808-1836) |
| 805 | | | Scottsdale P.D. DR#04-05716 (USPSsupp 11-16) |
| | | | |

18

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 806 | 1/18 | 1/18 |12 | Photo of Moreland at scene |
| 807 | 1/18 | 1/18 |12 | Photo of Moreland at scene |
| 808 | 1/20 | 1-20-12 | 3/5/2005 Letter from CI (1949-21A to 21F) |
| 809 | | 2-15-12 | Scottsdale Civic Center Mall area photo |
| 810 | | 2-15-12 | Video of 1/22/2012 Scottsdale drive |
| 811A-R | | 2-15-12 | Photos from 1/22/2012 Scottsdale drive |
| 812 | | | Inspector Lenzen emails (Bates LAB 644-645; LAB 707-708; USPSsupp 65-66) |
| 813 | 2/7 | | 4/13/04 MOI re. Helen Gandara (Bates 1193-1195) |
| 814 | 2/8 | | 2/27/04 MOI re. Grace Nakar (Bates 1266) |
| 815 | | | 8/9/10 Brandenberger report |
| 816 | 2/10 | | 6/24/04 Curran email (Bates 1942-220) |
| 817 | 2/10 | | Curran note re. photo lineup (Bates 1942-232A) |
| 818 | 2/10 | | 6/25/04 Curran email (Bates 1942-228) |
| 819 | 2/10 | | Steve Anderson photo lineup (Bates 10368) |
| 820 | 2/10 | | City of Scottsdale Purchase Orders for 7/1/00 to7/13/10 re. Uline |
| | | | |
| | | | |
| | | | |
| | | | |

18

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| 806 | 1/18 | 1/18 | Photo of Moreland at scene |
| 807 | 1/18 | 1/18 | Photo of Moreland at scene |
| 808 | 1/20 | 1/29 | 3/5/2005 Letter from CI (1949-21A to 21F) |
| 809 | | 2-15-12 | Scottsdale Civic Center Mall area photo |
| 810 | | 2-15-12 | Video of 1/22/2012 Scottsdale drive |
| 811A-R | | 2-15-12 | Photos from 1/22/2012 Scottsdale drive |
| 812 | | | Inspector Lenzen emails (Bates LAB 644-645; LAB 707-708; USPSsupp 65-66) |
| 813 | 2/7 | | 4/13/04 MOI re. Helen Gandara (Bates 1193-1195) |
| 814 | 2/8 | | 2/27/04 MOI re. Grace Nakar (Bates 1266) |
| 815 | | | 8/9/10 Brandenberger report |
| 816 | 2/10 | | 6/24/04 Curran email (Bates 1942-220) |
| 817 | 2/10 | | Curran note re. photo lineup (Bates 1942-232A) |
| 818 | 2/10 | | 6/25/04 Curran email (Bates 1942-228) |
| 819 | 2/10 | | Steve Anderson photo lineup (Bates 10368) |
| 820 | 2/10 | | City of Scottsdale Purchase Orders for 7/1/00 to7/13/10 re. Uline |
| 821A | | | 2/11/2012 Video Deposition of Joanna Morrison |
| 821B | | | 2/11/2012 Transcript of Video Deposition of Joanna Morrison |
| 822 | | 2-14-12 | Box 1   7-8-2008 |
| 823 | | 2-14-12 | Box 2   11-5-2005 |

19

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| 824 | | 2-14-12 | Box 3    8-30-2007 |
| 825 | | 2-14-12 | Box 4    10-25-2005 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

19

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |