IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Dennis Mahon,<br><br>　　　　Defendant. | CR 09-712-1-PHX-DGC<br><br>**ORDER** |

The Court has received the attached letter and affidavit from an individual who apparently is incarcerated in Oklahoma. Copies have been mailed to counsel for Dennis Mahon and the Government.

DATED this 27th day of March, 2012.

_David G. Campbell_
David G. Campbell
United States District Judge