FILED ___ LODGED
✓ RECEIVED ___ COPY

MAR 26 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The U.S. District Court
ATTENTION Judge Mary M. Schrueder
OR Mary H. Murguia
601 Sandra Day O'Conner
U.S. Courthouse, 401 W. Washington St.
Phoenix, Az. 85003-2156

Att: Judge Campbell
David Campbell

IN THE MATTER of:

United States -v- Mahon Brothers Criminal Trial:

CR 09-712-001-PHX-DGC

## MOTION FOR PROTECTIVE ORDER
### Or Injunctive Order

Feb. 6th., 2012, an UNKNOWN A.T.F. agent called the State prison where Robert Cotner, a state prisoner is housed at, AND attempted to intimidate him, and have him punished BECAUSE Cotner COULD TESTIFY for the defendants, and produce UNDISPUTABLE evidence that would require dismissal of the charges.

AS A RESULT, for reasons set out in the ~~accompaning~~ AFFIDAVIT of 2/08/12, IN ORDER to prevent a GREAT MISCARRIAGE of justice, and result in GREAT physical harm to the person of Robert Cotner, Cotner seeks an order ENJOYING the Federal Government and the State of Oklahoma, FROM committing any acts as set out in the attached affidavit,

### AND FURTHER

Moves the Court to allow Cotner to testify IN CHAMBERS, or if in open Court, WITH use immunity, AND AN INJUNCTIVE ORDER preventing the plaintifs, their agents, or the State of Okla., from extracting punishment for that testimoney OR committing any acts of revenge upon him, THAT would prevent his getting his State sentences COMMUTED to time served in 2014, AND/OR IN Denying Cotner needed medical treatment, OR transfering him to a PUNITIVE, punishment facility or otherwise imposing BOGUS Misconducts or other forms of punishment upon Cotner, BECAUSE of the contents of his statements in the ~~attached~~ affidavit, OR HIS testimoney in this Court, in this case.

** NOTE** Cotner offered to take a polygraph, adviseed NOW retired F.B.I. and other
        agents, of his willingness to testify, provide UNDISPUTABLE evidence,
        and information LEADING to evidence the A.T.F., CONCEALED from the U.S.
        Justice Dept. attorneys in this case, and the Court, amoung other matters.

BECAUSE of the actions of the Federal Government's agents in this case, THEIR co-agents in Okla., and the State prison officials, placing Cotner' life in danger BY THEIR acts involved in this case, and for other reasons BEST testified to IN CHAMBERS, this petitioner, (ALREADY being denied medical treatment, parole and other matters BY STATE employees of the prison system, BECAUSE of his ability TO TESTIFY in this case, and steaming from Government agents acts to RETALIATE against Cotner), THIS COURT should grant this Motion, without delay.

Certification of mailing this 29th day
of Feb., 2012. Copy mailed
The Mahon Family, the U.S. Public
Defenders office, and others. R.C.

AtchAFALAy
    PROJKcf

Respectfully,
Robert Cotner

Robert Cotner, # 93780, B/N-121-2
Mack Alford Cor. Cen.
P.O. Box 220
Stringtown, Okla.

74569

In The U.S. District Court

ATTENTION Judge Mary M. Schrueder

<u>OR</u> Mary H. Murguia

601 Sandra Day O'Conner
U.S. Courthouse, 401 W. Washington, ST.
Phoenix, AZ 85003-2156

*Att: Judge David Campbell*

**In The Matter Of:**

United States -v- Mahon Brothers Criminal Trial:

### Motion For Ad-Testicandum Order

For reasons set out in the SEPARATE Motion For Protective Order or Injunctive Order, and the affidavit attached to this, THE ENDS OF JUSTICE DEMANDS that Petitioner Robert Cotner, # 93780, B/N- 121-2, HOUSED in the Mack Alford Cor. Cen., P.O. Box 220, Stringtown, Okla. 74569, BE WRITED TO THIS COURT for highly sensitive, and confidential testimoney, BEST hurd in chambers, OR IN OPEN COURT if required.

Because of Cotners more than 40 years experience AS AN UNDERCOVER Private Investigator, and his personal knowledge of the governments witnesses, and OTHER matters concealed from the defendants attorneys BY the government, petitioner MOVES this Court to grant this Motion, without delay, and issue an order for the Federal Marshals to acqure the Custody of Robert Cotner FROM the Warden At The State prison were he is housed at:

Mack Alford Cor. Cen., P.O. Box 220, Stringtown, Okla. 74569

BY WARDEN Trammel; *AND PRODUCE him BEFOR this COURT.*

For this relief, petitioner/witness does pray.

Dated: 2/29/12

Certification of mailing
Copy mailed respondents and
all parties.     *RC*

Respectfully,
*Robert Cotner*

Robert Cotner, # 93780, B/N-121-2
Mack Alford Cor. Cen.
P.O. Box 220
Stringtown, Okla. 74569

*AtchAFALAY - PROJECT*

*I AM NOT A RAISIST,
I AM NOT A whiter SUPRAMISY,
I AM NOT ANTI-GOVERNMENT,
R.C.*



:AFFIDAVIT:

I, Robert Cotner due depose and state that from my **PERSONAL** Knowledge, and experience The following is true:

Let's first 'set-the-stage', here; I've been beat up by prison guards before ( Broken big toe, knee cap, jaw tooth, injured back, right ear, have a hernia they refuse to fix, had an eye'stroke, put in soluntary confinment cell's with no lights, ants eating at you, all on bull-shit misconducts) AND since 1997 prison staff have seized 100 % of any money I received, ( I earn $ 11.oo a month as an orderly, BUT they take 100 %).

Well, you get the picture: SO, 2/07/2012 I was visited by a U.S. Public defender, AFTER a federal A.T.F. Agent had called the prison on 2/06/12 AND HAD ME Locked in a soluntary confinment cell, TO INTIMIDATE me and punishment me for wanting to provide Dennis Mahon's defense attorney information and evidence I had, benificial to his defense.

I have more than 40 years experience as an UNDERCOVER Private Investigator, 12 of them licensed in Tulsa, Okla. ( No. 1059) and in 1986 I incorporated. UNDERCOVER Private Investigators operate more like undercover police or 'SPY's', then regular private investigators, and during my course of working for FORMER F.B.I. Agent Parnell in Tulsa, gathering evidence of CORRUPT police in North Eastern Okla., (LATER part of the 2010 grand jury Tulsa police corruption matter), I HAD occation to meet Dennis Mahon.

Ok, BECAUSE I was already being punished by the A.T.F. Order of 2/06/12, (LOSING ME 1, new ink pen, 1 plastic cup with 10 postage stamps in it, 6 new boxers, 6 new shirts, (T), 2 new stretch pants, 2 class a shirts, 6 pair of new socks, one custom pillow, one Religuous Mangetic Prayr-object, 1 new BDU paints, 1 photo-i.d., 4 new sheets, 2 towels, PLACEMENT IN Soluntary confinment, ancle chains cutting into leggs causing scares ALL OF which took me more than 2 years to accumulate), and having first hand knowledge of prison retalators actions before, over the last 21 years, I EXPECTED more IF I TOLD all the truth to the Federal Publid defender, WITHOUT a protective order from a federal judge). I AM Not RAISIST, Not A WhitE SUPREMIST, But CAN testify As to why DANNis should Go FREE,

THEREFORE, I did NOT tell the federal public defender that I had violated state prison rules, or state laws, AND USED AN ILLEGAL PRISONER CELPHONE, to call Former Tulsa Police officer at his home, ( Officer Well's) and in the course of our conversation, the subject of Dennis Mahon came up, And I told him about when in 2007 I had talked by another prisoner celphone to a woman NOW testifying against Dennis, and she told me she was having sex with Dennis, AND PLANED to have his baby.

Officer wells CONFIDED in me that the woman WAS A Confidentual informant for him, and other police officers INVOLVED in the federal Grand jury investigation, that she was 'dirty' and her testimoney would not hold up in court.

SOMETIME in 2010 I used another celphone and called a number Officer Wells had gaven me, THAT SUPPOST to be the phone number where the woman was working at, and I called it, AND talked to her again, (I recognized her voice), and 'fished' for information about Dennis's trial, and in the course of the conversation, SHE let it slip that she was being coached by the federal officers conducting the trial, OTHERWISE she could not keep her testimoney straight.

YOU CAN SEE how this information, VERIFIABLE by the inmates who's celphones I used, WHO SAT IN ON and over-hurd the conversations, FROM BOTH sides, would have gotten me in serious trouble with state prison staff, AND the federal agents could have caused me real harm, (Denial of access to courts for habeas, denial of parole & etc., PLUS many prison misconducts), SO THIS is why, I DID NOT LIE to the federal ~~prosecutor~~, BUT I ALSO did NOT volunteer the above information.     PUBLIC DEFENDER

IF Dennie is convicted, I will send ~~the original~~ A COPY of this to Dennis's family, a copy to the federal public defender, AND JUST SUFFER the punishment the ATF and state officials will inflict upon me, AND HOPE it helps on Dennis's appeal.

_____
Robert Cotner, # 93780, B/N-12142

Signed and Sworn to before me this  8th  day of  february  2012

Dianna Eldridge   Notary Public
My Comm. Expires  Aug 25, 2015
My Comm. Number is  11007778

DON NICKLES
OKLAHOMA

COMMITTEES
BUDGET, CHAIRMAN
FINANCE
ENERGY AND NATURAL RESOURCES
RULES AND ADMINISTRATION

# United States Senate
WASHINGTON, DC 20510-3602

April 28, 2003

Mr. Robert Cotner
Mack Alford Correctional Center
Post Office Box 220
Stringtown, Oklahoma 74569

Dear Robert:

Thank you for the copy of your letter to Senator Hillary Clinton (D-NY) concerning the Human Intelligence Network. I appreciate you sharing your views on this matter.

If I can be of assistance to you in the future, please do not hesitate to contact me.

Sincerely,

Don Nickles

DON NICKLES
U.S. Senator

[Handwritten stamp: RECEIVED MAY 23RD 2003]

[Handwritten annotations:]
6/24 back 1500

A- 1,500 DEEP COVER, SELF-SUPPORTING, COVERT, PRIVATE UNDERCOVER HUMAN INTELLIGENCE ASSETS- NETWORK. (STARTED- 1967, EXPANDED BY SOLDIER OF FORTUNE, FEB. 1980 AD.)

I WORKED FOR JAMES JESUS ANGLETON.

1820 LIBERTY TOWER
100 NORTH BROADWAY

3310 MID-CONTINENT TOWER
401 SOUTH BOSTON

711 SW D AVENUE
SUITE 202
LAWTON, OK 73501

1916 LAKE ROAD
PONCA CITY, OK 74604
(580) 767-1270
