INDEX OF EXHIBITS
United States v. Dennis Mahon
CR-09-712-PHX-DGC

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ATF Report of Investigation No. 307

Exhibit B . . . . . . . . . . . . . . . . . . . . . . Ogle County Sheriff's Office Narrative Report

Exhibit C . . . . . . . . . . . . . . . . . . . . . . . . Order filed in Eastern District of Michigan

Exhibit D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Sentencing Graph

# EXHIBIT A

| U.S. Department of Justice | Report of Investigation |
| --- | --- |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | |

| Title of Investigation: | Investigation Number: | Report Number: |
| --- | --- | --- |
| Logan Bombing | 785080-04-0012 | 307 |

## SUMMARY OF EVENT:

Service of Federal search and arrest warrants at the residence of Dennis and Daniel MAHON.

## NARRATIVE:

1. On June 25, 2009, Bureau of Alcohol, Tobacco, Firearms and Explosive's (ATF) Special Agents (SAs) assisted by Ogle County Sheriff's Deputies and United State Postal Inspectors served a federal search warrant at the residence of Dennis and Daniel MAHON located at 5794 N. Blackwoods Rd., Davis Junction, Illinois. Additionally, the MAHON brothers were arrested on this date pursuant to federal arrest warrants from the Judicial District of Arizona (see attached). The federal search warrant is identified as number 09 M0007, which was issued by the Northern District of Illinois, Western Division, and is attached to this report.

2. At approximately 0610 hours, Ogle County Sheriff's Deputies led by Lt. Greg Kunce arrived at 5794 N. Blackwood Rd., Davis Junction, Illinois in marked police vehicles. Upon arrival, the deputies knocked on the north side door to the main residence. Dennis MAHON came to the door. The deputies requested Dennis MAHON exit the residence to talk to them. MAHON told the Deputies that he was not coming out unless they had a warrant. The deputies told MAHON that they did have a warrant and explained to Dennis MAHON that they needed him and his brother to come outside. MAHON closed the door explaining to Lt. Kunce that he had to go get his brother. At this same time, snipers from the Illinois State Police observed movement in the upstairs window above the Ogle County deputies. As a result, the deputies retreated from the residence to a safe location. For the next 30 minutes or so, several calls were made to the phones of the MAHONs with no answer until approximately 0645 hours when Dennis MAHON answered his phone and agreed to come out of the residence and surrender. It should be noted that during this roughly 30 minute period, Dennis and Daniel MAHON were observed by snipers walking in and out of the residence prior to answering their phones and surrendering to the deputies.

3. Subsequent to the detention of the MAHON's by Ogle County Deputies, Dennis and Daniel MAHON were taken into custody by Special Agents (SAs) Hager and Morales who arrived on scene at approximately 0655 hours. SAs Morales and Hager made contact with Daniel MAHON first who was in a separate area from Dennis. During this time SA Green approached and explained to Daniel that agents and officers were present in regards to a federal search warrant and allowed Daniel to review a copy of said warrant. SA Green further explained there was in addition to the search warrant, an arrest warrant for Daniel. SA Green allowed Daniel

| Prepared by: Tristan Moreland | Title: Special Agent, Phoenix V (Arson) Field Office | Signature: | Date: 7/10/09 |
| --- | --- | --- | --- |
| Authorized by: Douglas R. Palmer | Title: Group Supervisor, Phoenix V (Arson) Field Office | Signature: | Date: 7/10/09 |
| Second level reviewer (optional): William D. Newell | Title: Special Agent in Charge, Phoenix Field Division | Signature: | Date: |