# EXHIBIT B

# OGLE COUNTY SHERIFF'S OFFICE
## NARRATIVE REPORT

After several minutes Lt. Kunce was able to make phone contact with Dennis Mahon. After a brief conversation, the Mahon's agreed to surrender peacefully. Lt. Kunce and Deputies Colloton, Anderson and Rivera met with Dennis and Daniel Mahon in the driveway at approximately 6:45 a.m. where they were taken into custody without incident.

Once Lt. Kunce advised the subjects were in custody, I then made contact with the Mahon's elderly father, William Mahon, who was standing outside the residence. The Illinois State Police Tactical Team then approached the residence and conducted a protective sweep of the residence and out buildings. Once the area was secured arrangements were made to have Mrs. Barbara Mahon, who is bed ridden, removed via ambulance from the scene. She was transported to Neighbor's Nursing Home located in Byron.

The scene was then turned over to ATF Agents so they may execute their search warrant. During the course of the day it was learned that Dennis Mahon, after the initial contact by Lt. Kunce, had made some phone calls to others who are associated with his radical group and stated he was contemplating on shooting Lt. Kunce when he approached the door.

During the search several firearms were located inside the home, however none of them were illegal in nature. Our agency was asked if we would take the weapons for safe keeping because the father did not have a valid FOID card and Dennis and Daniel would be in custody, therefore no one in the house could possess a firearm legally. The firearms were documented and seized by ATF agents and then signed over to Lt. Kunce. They will held here at the Sheriff's Office for the time being. Also located in an outbuilding on the property was a box of .223 caliber ammunition, with writing "Armor Piercing". Because it is illegal in the State of Illinois to possess such ammunition and it is not a Federal Law violation, this ammunition was also seized by ATF agents and then signed over to our custody. See the property list for descriptions of the above mentioned items.

At approximately 1:30 p.m. this date, ATF official stated their search was complete and our assistance was no longer needed. We then secured from the scene.